AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| RACHEL CRAFTON, as Administratrix of the Estate of CASEY CRAFTON, deceased, <br> *Plaintiff* <br> v. <br> AMERICAN AIRLINES, INC., PSA AIRLINES, INC., and UNITED STATES OF AMERICA, <br> *Defendant* | ) ) ) ) ) ) ) Case No. |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RACHEL CRAFTON, as Administratrix of the Estate of CASEY CRAFTON, deceased.

Date: 09/24/2025

/s/ Tracy A. Brammeier
*Attorney's signature*

Tracy A. Brammeier - IL0137
*Printed name and bar number*

CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street
36th Floor
Chicago, IL 60602
*Address*

tab@cliffordlaw.com
*E-mail address*

(312) 899-9090
*Telephone number*

(312) 251-1160
*FAX number*