UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RACHEL CRAFTON, as Administratrix of the Estate of CASEY CRAFTON, deceased,<br><br>Plaintiff,<br><br>-v.-<br><br>AMERICAN AIRLINES INC., PSA AIRLINES, INC., and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No: 1:25-cv-03382<br><br><br><br>**Notice of Errata** |

**Noncompliance with LCvR 5.1(c).**


DATED: September 25, 2025


        **CLIFFORD LAW OFFICES, P.C.**

        By: */s/ Robert A. Clifford*
        Robert A. Clifford (Bar ID: IL0135)
        Kevin P. Durkin (Bar ID: IL0136)
        Tracy A. Brammeier (Bar ID: IL0137)
        John V. Kalantzis (applicant *pro hac vice*)
        120 N. LaSalle Street Suite 3600
        Chicago, Illinois 60602
        (312) 899-9090
        rac@cliffordlaw.com
        kpd@cliffordlaw.com
        tab@cliffordlaw.com
        jvk@cliffordlaw.com

**KREINDLER & KREINDLER LLP**

Andrew J. Maloney, III (Bar ID: 476030)
Anthony Tarricone, (admission pending)
Brian J. Alexander (applicant *pro hac vice*)
Justin T. Green (applicant *pro hac vice*)
Daniel O. Rose (applicant *pro hac vice*)
Megan Wolfe Benett (applicant *pro hac vice*)
Evan Katin-Borland (admission pending)
Vincent C. Lesch (admission pending)
Erin R. Applebaum (applicant *pro hac vice*)
485 Lexington Avenue, 28th Floor
New York, New York 10017
(212) 687-8181
amaloney@kreindler.com
atarricone@kreindler.com
balexander@kreindler.com
jgreen@kreindler.com
drose@kreindler.com
mbenett@kreindler.com
ekatinborland@kreindler.com
vlesch@kreindler.com
eapplebaum@kreindler.com

**SPEISER KRAUSE PC**

Douglas A. Latto, Esq. (admission pending)
Frank H. Granito, III, Esq. (applicant *pro hac vice*)
Jeanne M. O'Grady, Esq. (admission pending)
Kenneth P. Nolan, Esq. (applicant *pro hac vice*)
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
(914) 220-5333
dal@speiserkrause.com
f3g@speiserkrause.com
jog@speiserkrause.com
kpn@speiserkrause.com

*ATTORNEYS FOR PLAINTIFF*