UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RACHEL CRAFTON, as Administratrix of the Estate of CASEY CRAFTON, deceased,<br><br>Plaintiff,<br><br>-v.-<br><br>AMERICAN AIRLINES INC., PSA AIRLINES, INC., and<br><br>UNITED STATES OF AMERICA<br>U.S. Department of Justice<br>Civil Division, Torts Branch<br>Aviation, Space & Admiralty Litigation<br>175 N Street, N.E., 11th Floor<br>Washington, DC 20002<br><br>Defendants. | Case No:   1:25-cv-03382-ACR |

**NOTICE OF APPEARANCE OF BRADLEY J. PREAMBLE**

Under LCvR 83.2(d), I appear in this case as co-lead counsel for Defendant United States of America.

September 29, 2025	Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*
*Civil Division*


 */s/ Bradley J. Preamble*
BRADLEY J. PREAMBLE
   (DC Bar No. 493969)
*Trial Attorney*
U.S. Department of Justice
Civil Division, Torts Branch
Aviation, Space & Admiralty
P.O. Box 14271
Washington, DC 20044-1471
Tel. (202) 616-4019
Fax (202) 616-4002
Email: bradley.j.preamble@usdoj.gov

*Attorneys for Defendant*
*United States of America*