## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RACHEL CRAFTON, Individually and as Administratrix of the Estate of CASEY CRAFTON, deceased<br><br>            Plaintiff,<br><br>    -v.-<br><br>AMERICAN AIRLINES INC.<br>1 Skyview Drive<br>Fort Worth, TX 76155<br><br>PSA AIRLINES, INC.<br>1 Terminal Drive<br>Middletown, PA 17057<br><br>UNITED STATES OF AMERICA<br>Pamela Bondi, in her official capacity as U.S. General Attorney<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br><br>           Defendants. | CASE NO. 1:25-CV-03382-ACR |

### NOTICE OF APPEARANCE OF WILLIAM F. GOULD

Pursuant to LCvR 83.6, William F. Gould, of the law firm Holland & Knight LLP, hereby enters his appearance as counsel of record for Defendants American Airlines Inc. and PSA Airlines, Inc., and request that all pleadings, motions, and other papers be served at:

William F. Gould<br>
william.gould@hklaw.com<br>
Holland & Knight LLP<br>
800 17th Street, N.W., Suite 1100<br>
Washington, D.C. 20006<br>
Tel. (202) 955-3000<br>
Fax (202) 955-5564

Date: October 9, 2025                                        Respectfully submitted,
                                                                             HOLLAND & KNIGHT LLP

By: */s/ William F. Gould*
William F. Gould (D.C. Bar #428468)
Holland & Knight LLP
800 17th Street, N.W., Suite 1100
Washington, D.C. 20006
Tel. (202) 955-3000
Fax (202) 955-5564
william.gould@hklaw.com

*Counsel Defendants American Airlines Inc. and PSA Airlines, Inc*

2