AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

RACHEL CRAFTON, as Administratrix of the Estate of CASEY CRAFTON, deceased,
*Plaintiff*
v.
American Airlines, et.al.
*Defendant*

Case No. 1:25-cv-03382

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Rachel Crafton - Plaintiff

Date: October 14, 2025

*Attorney's signature*

Andrew J. Maloney
*Printed name and bar number*

485 Lexington Ave, 28th Flr., New York, NY 10017
*Address*

amaloney@kreindler.com
*E-mail address*

(212) 973-3438
*Telephone number*

(212) 972-9432
*FAX number*