AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

RACHEL CRAFTON, as Administratrix of the Estate of CASEY CRAFTON, deceased,
*Plaintiff*
v.
Americal Airlines, et.al.
*Defendant*

Case No. 1:25-cv-03382

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Rachel Crafton, as Administratrix of the Estate of Casey Crafton, deceased - Plaintiff.

Date: October 15, 2025

/s/ Vincent C. Lesch
*Attorney's signature*

Vincent C. Lesch
*Printed name and bar number*

485 Lexington Ave, 28th Flr., New York, NY 10017
*Address*

vlesch@kreindler.com
*E-mail address*

(212) 973-3482
*Telephone number*

(212) 972-9432
*FAX number*