# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RACHEL CRAFTON, as Administratrix of the Estate of CASEY CRAFTON, deceased,<br><br>Plaintiff,<br><br>-v.-<br><br>AMERICAN AIRLINES INC., PSA AIRLINES, INC., and<br><br>UNITED STATES OF AMERICA<br><br>Defendants. | Case No:   1:25-cv-03382-ACR |

## NOTICE OF APPEARANCE OF GAVIN J. HALLISEY

Under LCvR 83.2(d), I appear in this case as counsel for Defendant United States of America.

October 17, 2025

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*
*Civil Division*

 /s/ Gavin J. Hallisey
GAVIN J. HALLISEY
DC Bar No. 90029052
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Aviation, Space & Admiralty
P.O. Box 14271
Washington, DC 20044-1471
Tel. (202) 451-7343
Fax (202) 616-4002
Email: gavin.hallisey@usdoj.gov

*Attorneys for Defendant*
*United States of America*

1