AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| RACHEL CRAFTON, as Administratrix of the Estate of CASEY CRAFTON, deceased,<br>*Plaintiff*<br>v.<br>AMERICAN AIRLINES, et al.,<br>*Defendant* | Case No. 1:25-cv-03382 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Rachel Crafton, as Administratrix of the Estate of Casey Crafton, deceased - Plaintiff.

Date: October 17, 2025

/s/ Douglas A. Latto
*Attorney's signature*

Douglas A. Latto
*Printed name and bar number*

800 Westchester Avenue, Ste. S608, Rye Brook, NY 10573
*Address*

dal@speiserkrause.com
*E-mail address*

914-220-5333
*Telephone number*

914-220-5334
*FAX number*