UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RACHEL CRAFTON, as Administratrix of the Estate of CASEY CRAFTON, deceased,<br><br>Plaintiff,<br><br>-v.-<br><br>AMERICAN AIRLINES INC., *et al.*,<br><br>Defendants. | Case No:   1:25-cv-03382 (ACR)<br><br>**DEFENDANT UNITED STATES OF AMERICA'S NOTICE THAT ADMINISTRATIVE CLAIMS WILL BE DENIED UPON SPECIFIC REQUEST** |

Pursuant to the Court's Case Management and Scheduling Order (ECF No. 13), Defendant United States of America notifies the Court and counsel of record that the Federal Aviation Administration (FAA), which has been designated the single agency to investigate and decide the merits of all administrative claims arising out of a midair collision on January 29, 2025, between American Eagle Flight 5342 and a United States Army Black Hawk helicopter over the Potomac River, will deny the claims to expedite the filing of actions against the United States under the Federal Tort Claims Act upon receipt of a written request from the claimant or his or her legal representative to deny the claim.

October 17, 2025                                                  Respectfully submitted,

                                                                          BRETT A. SHUMATE
                                                                          *Assistant Attorney General*
                                                                          *Civil Division*

                                                                      */s/ Debra D. Fowler*

                                                                       DEBRA D. FOWLER
                                                                         (VA Bar 30574)
                                                                    Senior Aviation Counsel
                                                                    U.S. Department of Justice
                                                                    Civil Division, Torts Branch

Aviation, Space & Admiralty
P.O. Box 14271
Washington, DC 20044-1471
Tel. (202) 616-4025
Fax (202) 616-4002
Email: debra.fowler@usdoj.gov

*Attorneys for Defendant*
*United States of America*