UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RACHEL CRAFTON, as Administratrix of CASEY CRAFTON, deceased,<br><br>Plaintiff,<br><br>-v.-<br><br>AMERICAN AIRLINES INC., et al.<br><br>Defendants. | Case No.: 1:25-cv-3382 (ACR) |

JOINT STATUS REPORT

As directed by the Court at the Pre-Answer Status Conference on October 14, 2025, and in the Case Management and Scheduling Order entered on the same date, the parties to the above captioned case have conferred and respectfully submit the following Joint Status Report.

**Joint Discovery Committee**

The parties identify the following proposed members of the Joint Discovery Committee ("JDC") for the Court's consideration. Biographies for each proposed Plaintiffs member are attached hereto as Exhibit A.

    **Plaintiffs**

    1. Patrick Regan, Regan Zambri Long LLP

    2. Justin T. Green, Kreindler & Kreindler LLP

    3. Tracy Brammeier, Clifford Law Offices, P.C. (junior partner)

    **Defendants American Airlines, Inc., and PSA Airlines, Inc.**

    1. Sarah Korapaty, Holland & Knight LLP

    2. Joshua Levenson, Holland & Knight LLP

    3. Jana Friedman, American Airlines

    4. Steven Nigh, PSA Airlines

**Defendant United States of America**

    1. Ashley E. Dempsey, United States Department of Justice

    2. Laine Goodhue, United States Department of Justice

    3. Chris Stevenson, Federal Aviation Administration

    4. LTC Steve Higgins, Department of the Army

**Plaintiffs' Steering Committee**

Plaintiffs respectfully propose the following Plaintiffs' Steering Committee ("PSC"). Plaintiffs' counsel for all but one of the passenger claimants in this matter have been identified, are already meeting regularly to advance this matter, and have agreed to this PSC proposal.[1] The PSC will include a Lead Counsel, two Co-Chairs, a Liaison Counsel, and one attorney from every firm selected by a passenger victim family to represent them. Plaintiffs are filing a Motion to Appoint Plaintiffs' Organizing Structure simultaneously with this Joint Status Report to more fully describe the proposed roles and operation of the PSC for the Court's consideration. Biographies for proposed members of the Plaintiffs' Steering Committee are attached hereto as Exhibit B.

---

[1] Not all the members of the proposed PSC have filed a case or appeared before this Court. In addition, given the Court's direction that Plaintiffs' counsel is directed to file a Proposed Master Complaint by October 28, 2025, it is not anticipated that any additional actions will be filed until after that date. Counsel who are not presently before this Court are designated below with a ^.

**Plaintiffs' Steering Committee**

*Lead Counsel*

1. Brian Alexander, Kreindler & Kreindler LLP

*Co-Chairs*

2. Robert A. Clifford, Clifford Law Offices, P.C.

3. Douglas A. Latto, Speiser Krause, P.C.

*Liaison Counsel*

4. Vincent C. Lesch, Kreindler & Kreindler LLP (junior partner)[*]

*PSC Members*

5. Anthony Tarricone, Kreindler & Kreindler LLP

6. Daniel O. Rose, Kreindler & Kreindler LLP

7. Evan Katin-Borland, Kreindler & Kreindler LLP[*]

8. Erin R. Applebaum, Kreindler & Kreindler LLP

9. Kevin Durkin, Clifford Law Offices, P.C.

10. John Kalantzis, Clifford Law Offices, P.C.

11. Jeanne O'Grady, Speiser Krause, P.C.

12. Kenneth P. Nolan, Speiser Krause, P.C.

13. Frank H. Granito, III, Speiser Krause, P.C.

14. Dane Butswinkas, Williams Connolly LLP

15. Robert Spohrer, Spohrer Dodd[*^]

16. William Angelley, Angelley Hightower LLP[*^]

17. Daniel Back, Hutton & Hutton Law Firm LLP[*^]

---

[*] Counsel who have not previously served on a PSC are designated with a *.

3

18. Michael Rader, Bartimus Frickleton Robertson Rader, LLP^

19. Marijo Adimey, Gair, Gair, Conason, Rubinowitz, Bloom, Hershenhorn, Steigman & Mackauf^

20. Amanda Dure, Pangia Law Group*^

21. Robert Curtis, Foley Bezek Behle & Curtis LLP^

22. Keith Franz, Azrael, Franz, Schwab, Lipowitz & Solter, LLC^

23. Joshua Birmingham, Miller Weisbrod LLP^

24. Timothy Loranger, Wisner Baum LLP^

Dated: October 20, 2025

Respectfully submitted,

| **PLAINTIFFS** | **DEFENDANTS** |
| --- | --- |
| KREINDLER & KREINDLER LLP | HOLLAND & KNIGHT LLP |

By: ___/s/ Vincent C. Lesch___          By: ___/s/ William F. Gould___
    Brian J. Alexander                            William F. Gould
    (Bar ID: NY0679)                              (D.C. Bar #428468)
    Justin T. Green                                800 17th Street, N.W., Suite 1100
    (applicant *pro hac vice*)                Washington, D.C. 20006
    Anthony Tarricone                            Tel. (202) 955-3000
    (Bar ID: 492480)                               william.gould@hklaw.com
    Daniel O. Rose
    (applicant *pro hac vice*)                *Attorneys for Defendants*
    Vincent C. Lesch                             *American Airlines, Inc., and*
    (Bar ID: NY0675)                              *PSA Airlines, Inc.*
    Evan Katin-Borland
    (admission pending)
    Erin R. Applebaum                           U.S. DEPARTMENT OF JUSTICE
    (Applicant *pro hac vice*)
    485 Lexington Avenue, 28th Floor   By: ___/s/ Debra D. Fowler___
    New York, New York 10017              Debra D. Fowler
    (212) 687-8181                                   (VA Bar 30574)
    balexander@kreindler.com              Senior Aviation Counsel
    jgreen@kreindler.com                       Civil Division, Torts Branch
    atarricone@kreindler.com              Aviation, Space & Admiralty
    drose@kreindler.com                        P.O. Box 14271
    vlesch@kreindler.com                       Washington, DC 20044-1471

| | |
|---|---|
| ekatinborland@kreindler.com<br>eapplebaum@kreindler.com | Tel: (202) 616-4025<br>Email: debra.fowler@usdoj.gov |
| CLIFFORD LAW OFFICE, P.C.<br>    Robert A. Clifford<br>    (Bar ID: IL0135)<br>    Kevin P. Durkin<br>    (Bar ID: IL0136)<br>    Tracy Brammeier<br>    (Bar ID: IL0137)<br>    John V. Kalantzis<br>    (applicant *pro hac vice*)<br>    120 N. LaSalle Street Suite 3600<br>    Chicago, Illinois 60602<br>    (312) 899-9090<br>    rac@cliffordlaw.com<br>    kpd@cliffordlaw.com<br>    tab@cliffordlaw.com<br>    jvk@cliffordlaw.com | *Attorneys for Defendant*<br>*United States of America* |

SPEISER KRAUSE, P.C.
    Douglas A. Latto
    (Bar ID: NY0672)
    Kenneth P. Nolan
    (applicant *pro hac vice*)
    Jeanne M. O'Grady
    (admission pending)
    Frank H. Granito, III
    (applicant *pro hac vice*)
    800 Westchester Avenue, Suite S-608
    Rye Brook, New York 10573
    (914) 220-5333
    dal@speiserkrause.com
    f3g@speiserkrause.com
    jog@speiserkrause.com
    kpn@speiserkrause.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of October 2025, the foregoing document was served by electronic filing on all counsel of record through the Court's ECF system.

                                                /s/ Vincent C. Lesch
                                                Vincent C. Lesch

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---------|-------------|
| A. | Biographies of Plaintiffs' Representatives identified for Joint Discovery Committee |
| B. | Biographies of Proposed Plaintiffs' Steering Committee Members |