# EXHIBIT A



# Patrick M. Regan

President & Senior Partner
pregan@reganfirm.com
202-822-1880

### Education
- Columbus School of Law at the Catholic University of America, J.D.
- Hamilton College, B.A.

### Recognitions
- Fellow, American College of Trial Lawyers
- Fellow, International Academy of Trial Lawyers
- Fellow, American Board of Trial Advocates
- "500 Leading Plaintiff Consumer Lawyer," *Lawdragon*, 2023-2024
- "Lawyer of the Year" in the category of Mass Tort Litigation, *The Best Lawyers in America* ®, 2022 & 2024
- "Lawyer of the Year" in the category of Medical Malpractice Law, *The Best Lawyers in America* ®, 2020
- "Top Ten Power Lawyers" in Washington, D.C., *The Best Lawyers in America* ®
- "Top Lawyers Lifetime Achievement honor roll," *Washingtonian* magazine, 2022
- "Recognized as one of *The Best Lawyers in America* ®
- "Recognized as one of The Best Lawyers in America," *The National Law Journal*
- Selected to Top 100 Washington, D.C. Lawyers, *Super Lawyers*

Patrick Regan is a board-certified personal injury lawyer and a founding partner at **Regan Zambri Long**. His practice is devoted to helping those who suffered catastrophic injuries in car accidents, truck accidents, Metro accidents, and medical malpractice.

As one of the country's leading trial attorneys, Pat has been described by the Washingtonian as "a personal injury lawyer who could be a poster boy for legal ethics and integrity" and "one of the most successful advocates for clients in negligence."

Over his 45-year career, Pat has obtained some of the most significant jury verdicts in the history of Washington, DC on behalf of injured victims. These cases include wrongful death; defective and dangerous products; medical malpractice; aviation crashes; truck accidents; bicycle accidents; burn injuries; serious traumatic brain injuries; and defectively designed automobiles.

He is described by his colleagues as a "lawyers' lawyer" and "the go-to personal injury lawyer in the D.C. Metro area." He has been a commentator on local and national media outlets such as The Today Show, Fox News, WTTG, CBS News, WJLA, and WRC. Pat was named to the 2024 and 2023 *Lawdragon 500* Leading Plaintiff Consumer Lawyers guides. He has been named one of the "Top Ten Power Lawyers" in Washington, DC and has been named among the "Best Lawyers in America" by *Best Lawyers* for more than 25 years, and recognized in *The National Law Journal.* He was named "Lawyer of the Year" by Best Lawyers in 2024 and 2022 for Mass Tort Litigation and in 2020 for Medical Malpractice Law. He has been named a Washington, D.C. Super Lawyer by *Super Lawyers* for over 20 years and has been named several times to the Top 100 Washington, *D.C. Super Lawyers* list. In 2022, Pat was named to *Washingtonian* magazine's Top Lawyers Lifetime Achievement honor roll, made up of exceptional attorneys who have been cited as a Top Lawyer for ten of the past 15 years.

For more than 20 years, Pat has served on the Board of Governors for the American Association for Justice. Pat is a Fellow of the American College of Trial Lawyers, the International Academy of Trial Lawyers, the International Society of Barristers, and the American Board of Trial Advocates. He is also board certified in Civil Trial Law and Civil Practice Advocacy by the National Board of Trial Advocacy. He is

a Master of the Bench for the Thurgood Marshall American Inn of Court and is the President of the D.C. Chapter of the American Board of Trial Advocates. He is also a member of the Maryland Trial Lawyers Association, the Civil Justice Foundation, the American Bar Association, the International Academy of Trial Lawyers, the Roscoe Pound Foundation, and the Virginia Trial Lawyers Association.

Pat is licensed to practice law in Washington, DC, Virginia, and Maryland. He received his B.A. at Hamilton College and his J.D. at the Columbus School of Law at the Catholic University of America.

**Justin T. Green**

Justin T. Green was a pilot in the United States Marine Corps, graduated from the Naval Post Graduate School's Aviation Officer's Course and served as an Aviation Safety Officer. He is a veteran of Desert Shield and Desert Storm. He graduated from Fordham Law School in 1995, clerked for the Honorable Alfred E. Lechner, in the District of New Jersey, has been at the Kreindler & Kreindler law firm since 1997 and was named partner in 2003.

Mr. Green has focused his practice on representing victims of aviation disasters. He currently serves as the Co-Chair of the Plaintiffs' Executive Committee in litigation arising from the Ethiopian Airlines Flight 302 litigation in the Northern District of Illinois. He served as a Lead Lawyer in the litigation arising from the Continental Connection (Colgan) Flight 3407 litigation in the United States District Court for the Western District of New York. He has successfully represented plaintiffs in many other airplane and helicopter accident cases.

Mr. Green edits Aviation Accident Law (Lexis), a leading treatise on aviation law and practice. He has served in leadership positions in numerous bar associations, including as President of the Aviation Lawyers Association (formerly International Air and Transportation Safety Bar Association and the NTSB Bar Association).

**TRACY A. BRAMMEIER**
**PARTNER**

Tracy A. Brammeier is a partner at Clifford Law Offices. She works closely with partner Kevin P. Durkin handling many transportation matters. Tracy has worked on several wrongful death and catastrophic injury cases involving semi-trucks, boating accidents, train derailments, and forklifts.

Currently, Tracy is part of the team representing families of the victims of Ethiopian Airlines Flight 302 in dozens of wrongful death lawsuits against Boeing that were consolidated in federal district court in Chicago. She served as the court-appointed Liaison Counsel in that complex litigation. Tracy was appointed by the court to be the liaison counsel for all the plaintiffs' law firms in the litigation regarding that crash, serving as the primary point of contact for both the plaintiff and defense lawyers.
Tracy also handles a number of small private aviation incidents as well as helicopter crashes. In the past, Tracy has been involved with other commercial aviation incidents, including work on the 2014 Malaysian Airlines Flight 370, which was never recovered, as well as on the 2009 Colgan Air Flight 3407 at the start of her tenure with the firm.

Tracy also gives back to the community through her work with the 100 Club of Chicago, a not-for-profit organization that assists the families of police officers and firefighters throughout Cook and Lake Counties, by providing legal resources following the death of a loved one killed in the line of duty. Tracy volunteers with the Chicago Bar Association Young Lawyers Section program for Wills For Heroes, which prepares basic wills for Chicago and Illinois State police officers.