# EXHIBIT B

**BIOGRAPHIES OF KREINDLER & KREINDLER LLP ATTORNEYS
TO SERVE ON PLAINTIFFS' STEERING COMMITTEE IN
*IN RE MID-AIR COLLISION IN WASH. D.C. ON JAN. 29, 2025***

**The Kreindler Firm**

Kreindler & Kreindler LLP is a national aviation law firm with 25 lawyers and three offices in New York, Boston and Los Angeles. The firm and its members have litigated aviation cases in all fifty states and several foreign countries for the past 75 years. The firm has a long history of representing plaintiffs in complex aviation and other mass tort litigation with a special emphasis on multi-jurisdictional issues involving choice-of-law on liability and damages. The firm has handled, led, or been involved in nearly every major commercial aviation crash case around the country, including serving as lead counsel in litigation concerning the last fatal U.S. commercial airline crash – the 2009 Colgan Connection crash near Buffalo, New York – and participating in the Plaintiffs' Executive Committee in *In re: Ethiopian Airlines Flight ET302 Crash*, Case No. 19-cv-02170 (N.D. Ill.), concerning the 2019 Boeing MAX crash in Ethiopia. Kreindler lawyers authored the treatises New York Law of Torts (West) and Aviation Accident Law (Matthew Bender). Kreindler lawyers led the trial work that resulted in the most important plaintiffs' verdicts in aviation law history, including the Pan Am Lockerbie Flight 103 disaster and the Korean Airlines Flight 007 case. Members of the firm have been appointed by Courts around the country to committee leadership positions representing plaintiffs in numerous disaster cases. Website: https://www.Kreindler.com

Representative aviation mass tort cases in which the firm and its lawyers have played a significant role in leadership of the litigation include: *In re: Air Crash Near Clarence Center, New York, on February 12, 2009*, MDL-2085 (W.D.N.Y.); *Consolidated Turkish Airlines Flight 1951, Feb. 25, 2010 Amsterdam Crash* (Cook County, Ill.); *In re*: *Air Disaster at Lockerbie,*

*Scotland, on December 21, 1988;* MDL-799 (E.D.N.Y.); *In re*: Air *Crash at Lexington, Kentucky, on August 27, 2006*, MDL-1830 (E.D. Ky.); *In re*: *Air Crash Near Athens, Greece, on August 14, 2005* MDL-1773 (N.D. Ill.);  *In re: Air Crash at Belle Harbor, New York, on November 12, 2001*, MDL-1448 (S.D.N.Y.); *In re: Air Crash at Taipei, Taiwan, on October 31, 2000*, MDL-1394 (W.D. Wa.); *In re*: *Air Disaster Near Cove Neck, New York, on January 25, 1990*, MDL-843 (E.D. N.Y.); *In re: Air Crash Near Nantucket Island, Massachusetts, on October 31,1999*, MDL-1344 (E.D.N.Y.); *In re*: *Air Crash at Little Rock, Arkansas, on June 1, 1999*, MDL-1308 (D. Ark.); *In re: Air Crash Near Peggy's Cove, Nova Scotia, on September 2, 1998*, MDL-1269 (E.D. Pa.); *In re*: *Air Crash at Dubrovnik, Croatia, on April 3, 1996,* MDL-1180 (D.D.C.); *In re: Air Crash off Long Island, New York, on July 17, 1996* MDL-1161 (S.D.N.Y.); *In re*: *Air Crash Near Cali, Colombia, on December 20, 1995*, MDL-1125 (S.D. Fla.); *In re*: Air *Crash at Charlotte, North Carolina, on July 2, 1994,* MDL-I041 (D.S.C); *In re: Air Crash Disaster Near Tucuti, Panama, on June 6, 1992,* MDL-1035 (S.D. Tex.); *In re*: *Air Crash Disaster at New York LaGuardia Airport, on March 22, 1992*, MDL-936 (N.D. Ohio); *In re*: *Air Disaster Near Honolulu, Hawaii, on February 24, 1989*, MDL-807 (N.D. Cal.); *In re*: Air *Crash Disaster Near Warsaw, Poland, on May 9, 1987,* MDL-787 (E.D.N.Y.); *In re*: *Korean Air Lines Disaster of September 1, 1983*, MDL-565 (D.D.C.).

The firm has also played a significant leadership role in other complex ma); Int litigation including: *In the Matter of Petition of GRACE OCEAN PRIVATE LIMITED, et al.*, *for Exoneration from or Limitation of Liability* , Case No. JKB-24-0941 (D. Md.) (Lead Counsel for Personal Injury and Wrongful Death); *In re: Oil Spill by the Oil Rig "Deepwater Horizon",* MDL-2179 (E.D. La.) (Plaintiffs' Steering Committee ("PSC") Workgroup Coordinator); *In re: Countrywide Financial Corp. Securities Litig.*, U.S. District Court Case No. CV-07-5295-MRP;

2

*In re: Sabin Oral Polio Vaccine Products Liability Litigation* (D. Md. 1991); *In re: National Football League Players' Concussion Injury Litigation on January 31, 2012*, MDL -2323 E.D.P.A); I*n re: Fresenius Granuflo/Naturalyte Dialysate Products Liability Litigation on March 29, 2*013, MDL-2428 (D. Ma.).

## Brian J. Alexander

Brian J. Alexander graduated from the United States Military Academy in 1985. Following graduation, he attended the U.S. Army Flight School and subsequently served as a helicopter and fixed wing pilot from 1985 to 1990, including four years assigned to the Military District of Washington, Priority Air Transport group at Davison Army Airfield, where he frequently flew the helicopter routes surrounding Reagan National Airport ("DCA"). He is a graduate of the Army Aviation Accident Investigation Course and a licensed FAA commercial multi-engine airplane and helicopter pilot with instrument ratings. During his time in service, he was the recipient of the Meritorious Service Medal, Army Commendation Medal and Army Achievement Medal. He went on to receive his J.D. from the University of Notre Dame Law School in 1993. He then clerked for the Honorable Robert D. Potter, in the Western District of North Carolina before joining Kreindler & Kreindler in 1995. He was named a partner in 2001.

Mr. Alexander is admitted to practice in New York, New Jersey and Pennsylvania, as well as before the U.S. District Courts for the Southern and Eastern Districts of New York, the District of New Jersey, and District of Columbia, and the U.S. Court of Appeals for the 2nd and 6th Circuits.

For over 30 years Mr. Alexander has focused his practice on aviation accident litigation representing wrongful death and personal injury victims of aviation disasters. Mr. Alexander has successfully represented victims and had a leading role in litigation arising from numerous major

commercial airline disasters, including the following: LOT Polish Airline Flight 5055 crash near

Warsaw, Poland (1987); the United Express Flight 5025 runway collision at Quincy, IL (1996);

the Korean Air Flight 801 crash near Agana, Guam (1997); the Singapore Air Flight 006 crash at

Taipei, Taiwan (2000); the Executive Airlines Jetstream Crash near Bear Creek, PA (2000); the

terrorist hijacking of American Airlines Flights 11 and 77 and United Airlines Flights 175 and 93

(2001); the American Airlines Flight 587 crash in Belle Harbor, NY (2001); the China Airlines

Flight 611 in-flight breakup in the Taiwan Straits (2002); the US Airways Express Flight 5481

crash in Charlotte, NC (2003); the Helios Airways Flight 522 Crash near Athens, Greece (2005);

the Continental Flight 1404 Crash at Denver International Airport (2008); the Caribbean Airways

Flight 523 near Georgetown, Guyana (2011); and the Asiana Flight 214 Crash at San Francisco

International Airport (2013).  He is currently a member of the Plaintiffs' Executive Committee in

the Ethiopian Airlines Flight 302 Boeing Max litigation.  He was a member of the Plaintiffs'

Steering Committees in the litigation arising from the Singapore Flight 006 crash.

Mr. Alexander has handled more than 15 cases against FAA air traffic controllers,

including two mid-air collisions.  Notably, he was lead counsel in a successful FAA case

involving claims against the DCA tower for failure to issue a safety alert.  He was also one of the

lead examiners on behalf of the PSC for numerous depositions of operational and supervisory

FAA personnel in the Korean Air Flight 801 tragedy, which involved both airline and air traffic

control negligence.

Mr. Alexander has been lead counsel in numerous international and domestic airline,

commuter, corporate, military and general aviation aircraft cases, as well as charter, medevac

and sightseeing helicopter cases, in state and federal courts throughout the United States and in

foreign courts.

Mr. Alexander is a past Chair of the Aviation Law Section of the American Association for Justice (formerly ATLA).  He was the Vice Chairman, American Bar Association, Aviation and Space Law Committee, Torts and Insurance Practice Section TIPS).  He was the co-editor of the ABA TIPS Air and Space Law Newsletter and was a co-author of the book Litigating the Aviation Case from Pre-Trial to Closing (ABA 1998).  He is a contributor to Aviation Accident Law (Lexis), a leading treatise on aviation law and practice.  Mr. Alexander was also an Adjunct Professor of Law at the Rutgers School of Law where he taught a course on Aviation Accident Litigation.  He has published numerous articles on aviation accident litigation and has often been a speaker or panelist at conferences and seminars throughout the United States and in England, Australia, Canada and Austria.

He has been named among the "Best Lawyers in America" by *Best Lawyers* for almost 20 years and recognized as a New York Super Lawyer by *Super Lawyers* for almost 15 years. He was also named to the 2025 *Lawdragon 500* Leading Global Litigators guide.

### Anthony Tarricone

Anthony Tarricone has experience litigating complex consolidated or MDL mass tort cases as well as extensive experience in aviation cases.  Mr. Tarricone is a past president of the American Association for Justice (formerly ATLA), and past president of the Massachusetts Academy of Trial Attorneys.  He is an experienced trial lawyer who has successfully represented plaintiffs in state and federal actions that included appeals to the Supreme Judicial Court of the Commonwealth of Massachusetts and the United States Courts of Appeals.  He has served as lead counsel in aviation death and injury cases in both state and federal courts around the country.  He is a recognized leader of the trial bar, author and internationally known speaker in complex litigation and the civil justice system.  Most recently, Anthony Tarricone served on the

Plaintiffs' Executive Committee in litigation arising from the Ethiopian Airlines Flight 302 accident; he was the Plaintiffs' Liaison Counsel in the Fresenius Granuflo/Naturalyte Dialysate Product Liability Litigation based in Federal Court in Boston, Massachusetts; he was on the Plaintiffs' Steering Committee of the NFL Concussion Injury Litigation based in Philadelphia, PA; and he was a Committee Coordinator for the Plaintiffs' Steering Committee in the Deepwater Horizon BP Oil Spill litigation based in New Orleans, LA. Mr. Tarricone, together with Justin Green, represented more than 60 plaintiffs in the consolidated litigation in Cook County, Illinois arising from the crash of Turkish Airlines Flight 1951 in Amsterdam, the Netherlands on February 25, 2010.

Mr. Tarricone's experience with Air Traffic Control cases includes trying to verdict two FTCA cases arising from the alleged negligence of FAA air traffic controllers, and, together with Justin Green, representing 28 families who lost loved ones in the crash of Pamir Airways Flight 112 while on approach to Kabul International Airport, Afghanistan, on May 17, 2010. Mr. Tarricone served as lead counsel in claims against a private company providing Air Traffic Control services to Pamir Flight 112 under contract with United States Department of Defense (N.D. Ill.).

### Daniel O. Rose

Daniel O. Rose was a pilot in the United States Navy, including serving as a carrier-based attack pilot on board the U.S.S. Independence during Operation Desert Shield. He graduated from Fordham Law School in 1996, clerked for the Honorable Paul V. Gadola, in the Eastern District of Michigan, has been at the Kreindler & Kreindler law firm since 1997, and was named partner in 2004. Mr. Rose remains an active pilot and has accumulated over 3,000 hours of flight time.

Mr. Rose has focused his practice on representing victims of aviation and maritime disasters. He currently serves as the Lead Counsel for all personal injury and wrongful death litigation arising from the Francis Scott Key Bridge Collapse, and is a member of the Plaintiffs' Executive Committee in litigation arising from the Ethiopian Airlines Flight 302 litigation in the Northern District of Illinois. He also served as a Lead Lawyer in the litigation arising from the Continental Connection (Colgan) Flight 3407 litigation in the United States District Court for the Western District of New York, and played key roles in litigation stemming from the crashes of American Airlines Flight 587, SwissAir Flight 111, and Comair Flight 5191. He has successfully represented plaintiffs in many other airplane and helicopter accident cases.

Mr. Rose has served in leadership positions in numerous bar associations, including as past Chair of the American Bar Association TIPS Aviation & Space Law Committee and the American Association for Justice Aviation Law Section.

### Vincent C. Lesch

Vincent C. Lesch's practice has focused on representing victims of aviation disasters, as well as other commercial, charter and general aviation accidents and incidents. While he has not yet served on a Plaintiffs' Steering Committee, Mr. Lesch played an important role representing victims of the disappearance of Malaysia Airlines Flight MH370 in 2014 (MDL Docket No. 2712 (D.D.C.)), the Ethiopian Airlines Flight 302 Boeing Max crash in 2019, and the uncontained engine failure and cabin depressurization of Southwest Airlines Flight 1380, including the flight's only fatality. Mr. Lesch also played a key role representing families of individuals killed in the 2016 crash of a Piper PA-31T air ambulance crash in Elko, Nevada, and the 2017 crash of a Beech A36 airplane in San Diego that killed two passengers and seriously injured two others, amongst other aviation cases.

Mr. Lesch graduated Fordham University School of Law in 2014, clerked for the Honorable John J. Langan, Jr., in New Jersey Superior Court, joined Kreindler & Kreindler LLP in 2015 and was named a partner in 2024.

Mr. Lesch has served in leadership positions in numerous bar associations, including presently serving as Secretary of the Aviation Lawyers Association (formerly the International Air and Transportation Safety Bar Association and NTSB Bar Association) and as a Vice Chair of the American Bar Association's TIPS Aviation and Space Law Committee. He is also a member of the Aviation Section of the American Association for Justice. Mr. Lesch regularly publishes articles and gives CLE presentations on aviation accident litigation, including a recent presentation at the Southern Methodist University Air Law Symposium on the Ethics of Commercial Aviation Settlements.

### Evan Katin-Borland

Evan Katin-Borland graduated from Brooklyn Law School in 2009, joined Kreindler & Kreindler in 2012, and was named a partner in 2023. Since joining the firm, Mr. Katin-Borland has played an active role in litigation arising from numerous military, general aviation, commercial aviation and train accidents, including multiple cases against the United States claiming negligent air traffic control. While he has not yet served on a Plaintiffs' Steering Committee, Mr. Katin-Borland has played a key role in representing the families of individuals killed in the crash of UPS Airlines Flight 1354 (*Fanning v. Honeywell Aerospace et al.*, Case No. 14-cv-01650 (M.D. Tenn.)), the crash of a TMB 900 aircraft that claimed the lives of prominent Rochester real estate developer Larry Glazer and his wife and fellow entrepreneur Jane Glazer (*Glazer v. Socata et al.*, Index No. I2016-009655 (N.Y. Sup. Monroe Cty.)), and the July 17,

2022 midair collision of two aircraft at North Las Vegas Airport (*Chiaramonti v. USA*, Case No. 24-cv-01484 (D. Nev.)), as well as *In Re: Amtrak Derailment in Philadelphia, PA, on May 12, 2015*, MDL-2654 (E.D. Pa.), and *In Re: Metro-North Railroad Collision at Valhalla, New York February 3, 2015*, Index. No. 2015-64924 (N.Y. Sup. Ct. Westchester Cty.).

Mr. Katin-Borland is a member of the steering committee for the American Bar Association's National Institute of Aviation Litigation, and regularly authors articles on legal issues relating to aviation accident litigation in legal publications.

### Erin R. Applebaum

Erin R. Applebaum is a Partner at Kreindler & Kreindler LLP, where she represents the interests of passengers severely injured or killed in general aviation accidents and commercial airline disasters. She served on the Plaintiffs' Executive Committee in litigation arising from the Ethiopian Airlines Flight 302 litigation in the Northern District of Illinois, and is presently awaiting court confirmation of her selection as Co-Chair of the Plaintiff's Executive Committee for the litigation arising from the February 2025 crash of Delta Flight 4819 at Toronto-Pearson International Airport. Ms. Applebaum played a central role in the criminal matter United States v. The Boeing Company, representing the ET302 victims' families in the federal criminal prosecution of Boeing. She was instrumental in the families' efforts to invalidate the Department of Justice's Deferred Prosecution Agreement and proposed plea deal with Boeing. She was part of the Kreindler team that represented the family of a passenger killed by an uncontained engine failure that breached the aircraft's fuselage aboard Southwest Airlines Flight 1380, along with dozens of passengers injured by the resulting sudden depressurization.

9

Ms. Applebaum also maintains a robust practice representing passengers injured on domestic and international commercial flights with a particular focus on the Montreal Convention of 1999.

Ms. Applebaum is a frequent speaker at legal conferences and teaches a variety of continuing education courses on litigation strategy and air travel-related topics. She has authored numerous articles on plaintiffs' advocacy and aviation law, with her work appearing in publications including the New York Law Journal, McGill University Annals of Air and Space Law, and International Comparative Legal Guides. In 2025, Ms. Applebaum received The Milestone Foundation's Compassionate Counsel Award, which recognizes attorneys who demonstrate a combination of legal excellence, exceptional empathy, and a strong commitment to justice.

Ms. Applebaum earned her B.A. from the University of Miami (2007) and her J.D. from Brooklyn Law School (2010). She currently serves as a Vice Chair of the American Bar Association's TIPS Aviation and Space Law Committee, is a member of the Aviation Section of the American Association for Justice, and is the former Co-Chair of the New York City Bar Association's Air and Space Law Committee.

**ROBERT A. CLIFFORD**
**FOUNDER AND SENIOR PARTNER AT CLIFFORD LAW OFFICES**

Bob Clifford has represented those injured or killed in every major domestic airline crash over the past four decades. Bob serves as Lead Counsel in the tragic crash of a Boeing 737 MAX shortly after takeoff in Ethiopia, killing all 157 aboard. Clifford Law Offices represents about 70 of the families of the victims in complex litigation in federal court in Chicago. The following list illustrates how truly exceptional Bob is in this field and how unparalleled his experience is:

- American Airlines Flight 191 in 1979
- United Airlines Flight 232 in 1989
- United Airlines Flight 585 in 1991
- American Eagle Flight 3379 in 1994
- American Eagle Flight 4184 in 1994
- US Air Flight 427 in 1994
- Tarom Airlines Flight 371 in 1995
- TWA Flight 800 in 1996
- Swissair Flight 111 in 1998
- American Airlines Flight 1420 in 1999
- Egyptair Flight 990 in 1999
- Alaska Air Flight 261 in 2000
- Singapore Air Flight 006 in 2000
- American Airlines Flight 587 in 2002
- Turkish Airlines Flight 634 in 2003
- Southwest Airlines Flight 1248 in 2005
- Comair Flight 5191 in 2006
- Continental Connection Flight 3407 in 2009
- Turkish Airlines Flight 1951 in 2009
- Caribbean Airlines Flight 523 in 2011
- Asiana Flight 214 in 2013
- Malaysia Airlines Flight 370 in 2014
- American Airlines Flight 383 in 2016
- Aeromexico/Aeroliterol Flight 2431 in 2018
- Southwest Airlines Flight 1380 in 2018
- Ethiopian Airlines Flight 302 in 2019

The above is exclusive of Bob's work on behalf of property damage interests that arose due to the collapse of the Twin Towers in New York on 9/11. Bob Clifford was the lead negotiator in that $1.2 billion settlement in 2014. In addition to an active law practice, Bob does integral work with the national and local bar associations. Bob has been Chair of the American Bar Association's Section of Litigation as well as President of the Chicago Bar Association.
He served as Chair of the Fund for Justice and Education, the charitable arm of the ABA. Bob has been inducted into the International Academy of Trial Lawyers and the American College of

Trial Lawyers. He is a member of the International Society of Barristers and the Inner Circle of Advocates.

Bob believes in helping the community, and to that end, decades ago he endowed the first Chair on Tort Law and Social Policy to his alma mater, DePaul University College of Law.

**KEVIN P. DURKIN**
**PARTNER**

Kevin P. Durkin is a partner at Clifford Law Offices. Over a career that spans more than 40 years, Mr. Durkin has successfully represented clients in many practice areas, including Aviation Litigation, Commercial Aviation Liability, Construction Liability, Personal Injury, Premises Liability, and Transportation Liability.

While he is an established attorney for personal injury, Mr. Durkin is perhaps best known for his work as an aviation accident attorney. He has been involved in nearly every major commercial airline crash of the last two decades, often serving as lead counsel. Mr. Durkin was part of the plaintiffs' team where a $110 million settlement was negotiated for a number of families in the American Airlines Flight 4184 crash in Roselawn, Indiana. He also served as one of three members of the Management Committee leading the complex litigation in the tragedy of Alaska Air Flight 261 that crashed in the Pacific Ocean in 2000 en route to Seattle from Puerto Vallarta, Mexico. Mr. Durkin took dozens of depositions, including those of the top engineers in the case against the airline and Boeing. Mr. Durkin obtained more than $40 million in settlements on behalf of seven families who lost loved ones, including the largest of the 90 cases settled in that mass disaster litigation.
Currently, he has been representing families that lost loved ones in the tragic crash of Ethiopian Airlines Flight 302 in wrongful death lawsuits against Boeing.

With his experience and success as an aviation accident attorney, Mr. Durkin served for four years as the Co-Chair of the American Bar Association's Section of Litigation Aviation Committee. In that position, he chaired an annual program that brought together the best and the brightest to discuss cutting-edge issues in aviation litigation. He often serves as a speaker for the annual program. Mr. Durkin served for two years as Co- Chair of the Mass Torts Litigation Committee and has served as Vice-Chair of the Aviation and Space Law Committee of the Tort Trial and Insurance Practice Section of the American Bar Association.

In addition to his work with commercial aviation litigation, Mr. Durkin has also represented victims of many small plane crashes. For example, he handled the case involving the plane crash of Bob Collins, WGN radio's most popular disc jockey, who was killed when a small plane crashed into him as he was landing in the Chicago area. Mr. Durkin also received a settlement in October 2001 on behalf of a photographer who was killed in a helicopter crash in northwest suburban Chicago.

Mr. Durkin graduated from DePaul University College of Law in 1980 and later returned as a member of the adjunct faculty from 1988-1994. He was President of the DePaul University College of Law Center for Public Interest Advisory Board from 2008-2010. Mr. Durkin served as an Assistant State's Attorney in the Cook County State's Attorney's Office in Chicago for eight years from 1980 to 1988. Since then, he has focused on civil litigation at Clifford Law Offices.

He is a member of the American College of Trial Lawyers and a fellow of the International Academy of Trial Lawyers. He also is a Past President of the Chicago Bar Association.

**JOHN V. KALANTZIS**
**PARTNER**

John focuses on aviation law and has a wealth of trial experience in motor vehicle collisions, premises liability, and wrongful death. He is also skilled in alternative dispute resolution. Currently, John is part of the team representing the families of the victims of the crash of Ethiopian Airlines Flight 302 in their lawsuits for wrongful death against Boeing. John has also represented family members of victims of car crashes in wrongful death cases as well as those who have suffered serious and life altering injuries.

Douglas A. Latto

Doug Latto is a partner with Speiser Krause, PC and specializes in aviation accident litigation. He has been representing the victims of aviation accidents for over 30 years, and has handled numerous cases involving catastrophic injuries and death.  Doug has worked on many high profile aviation accidents and was appointed Co-Lead counsel in the MDL litigation arising out of the crash of Colgan Air Flight 3407 that crashed on approach to Buffalo-Niagara International Airport.  Doug has also served on numerous Plaintiffs' Executive and Steering Committees in connection with several commercial aviation accidents including, Comair Flight 5191, American Airlines Flight 587 and Swissair Flight 111. Additionally, he has served on the plaintiffs' sub-committees responsible for the litigation stemming from the hijackings of American Airlines Flight 11 and American Airlines Flight 77 in the September 11th Terrorist Attacks.  Doug also played active roles in the litigations arising from the crashes of EgyptAir Flight 990, TWA Flight 800, Comair Flight 3272, ValuJet Flight 592 and Air Midwest Flight 5481.

Doug also has extensive experience in accidents involving general aviation aircraft, including mid-air collisions.  He represented family members in the 2009 mid-air collision over the Hudson River which took the lives of nine individuals, as well as the mid-air collision involving two sightseeing aircraft over the George Inlet, Alaska in 2019.  He has resolved numerous actions involving rotary and fixed wing aircraft, and has successfully litigated dozens of accidents involving claims against manufacturers, flight schools and fixed based operators.  Doug has litigated against some of the largest aviation manufacturers in the world including Boeing, Airbus, Beechcraft, Cessna, Honeywell, Sikorsky and Leonardo, S.p.A., to name a few.  He has consistently been named a "Super Lawyer" throughout his career, most recently in 2025.

Doug is presently working on numerous general aviation accidents, including crashes of Cessna and Beechcraft aircraft, as well as accidents involving helicopters.  He currently represents the families of two individuals killed in the crash of a Leonardo AW 139 helicopter that took place in Bahamian territorial waters. He is also involved in representing victims of both jet and turbine powered aircraft accidents, and has significant experience in litigation against the United States of America for the negligence of air traffic control.

Doug received his Juris Doctorate degree, *magna cum laude*, from the American University School of Law in 1991 and was a member of the Law Review and the Honor Society.  He is a member of numerous professional organizations, including, serving as past chair of the American Trial Lawyers Association, now known as American Association for Justice ("AAJ"), Aviation Law Section.

Jeanne M. O'Grady

Jeanne O'Grady is a partner with Speiser Krause, PC and specializes in aviation accident litigation, representing the victims of aviation accidents for over 20 years. Jeanne has been involved in the litigation of numerous major commercial air disasters, including the crash of American Airlines Flight 587 in Belle Harbor, New York; Comair Flight 5191 in Lexington, Kentucky; the crash of Colgan Air Flight 3407 in Buffalo, New York; and the September 11, 2001 hijackings of American Airlines Flight 11 and United Airlines Flight 175 that crashed into the World Trade Center Towers; American Airlines Flight 77 that crashed into the Pentagon and United Airlines Flight 93 that crashed in Shanksville, Pennsylvania. She has served as a member of the Plaintiffs' Executive Committee leading the Flight 3407 litigation and the Plaintiffs' Committee of the September 11th Litigation. Jeanne has been active in representing 9/11 victims in litigation as well to the September 11th Victim Compensation Fund of 2001 and most recently to the United States Victims of State Sponsored Terrorism Fund. Jeanne also has extensive experience in general aviation accidents, including actions involving rotary and fixed wing aircraft against owners, manufacturers, flight schools and fixed based operators.

Jeanne is a graduate of St. John's University School of Law and earned her Bachelor of Science degree in Biology from the Siena College/Albany Medical College Program for Science and the Humanities.

Kenneth P. Nolan

Kenneth P. Nolan specializes in aviation personal injury and wrongful death litigation and trials. Ken has successfully handled cases in the Avianca crash at Cove Neck, New York on January 25, 1990; the USAir Flight 5050 crash at LaGuardia on September 20, 1989; the USAir Flight 405 crash at LaGuardia on March 22, 1992; the Independent Air crash in the Azores in 1988; the United Airlines Sioux City crash on July 19, 1989; the Korean Air shoot down of September 1, 1983; the Pan Am Lockerbie disaster of December 21, 1988; the Roselawn ATR crash of October 31, 1994; the ASA crash in Georgia of August 21, 1995; the US Air Flight 427 disaster near Pittsburgh of September 8, 1994; the ValuJet tragedy of May 11, 1996; the American Air Cali tragedy of December 20, 1995; the TWA Flight 800 explosion of July 17, 1996; the Korean Air crash in Guam of August 6, 1997; the Swissair tragedy near Peggy's Cove, Canada on September 2, 1998; the Egyptair crash of October 31, 1999; the US Airways crash in Charlotte, North Carolina of January 8, 2003; the American Airlines Flight 587 crash in Belle Harbor, NY of November 12, 2001; the terrorist attacks of September 11, 2001 where he represented 150 families, the Comair Flight 5191 crash of August 27, 2006 in Lexington, Kentucky and the Colgan Air disaster of Feb. 12, 2009 near Buffalo, NY.

He was a member of the Plaintiffs' Steering Committees in the Swissair, Egyptair, Comair and Colgan litigation, was co-lead of the Steering Committee in the MDL Litigation arising form the crash of American Air Flight 587, he was also a member of the Plaintiffs' Executive Committee in the September 11, 2001 civil and terrorist litigations. He was also class counsel in the Kaprun Ski Train Fire of November 11, 2000. Ken had been named to the "Irish Legal 100" by The Irish Voice which lists the best 100 Irish American Lawyers in the U.S. and has also been named a Super Lawyer which means he is recognized by his peers, including adversaries, as one of the top attorneys in his field.

After graduating from Brooklyn Law School in 1977, he joined Speiser Krause where he has remained ever since. A prolific writer and an advocate, he has written and was an editor for *The New York Times*. Approximately 50 of his articles and 15 of his photographs were published in *The Times*. In addition, he has written two editorials and was make-up editor for the editorial and op-ed pages of *The Times*. He is past editor-in-chief of Litigation, published by the ABA, for which he has also written more than 30 articles. He is a Senior Editor and writes the "Sidebar" column in each issue. Ken is the author of *A Streetwise Guide to Litigation* (American Bar Association 2013). He is past Co-Chair of the ABA Fellows Committee, of the Aviation Litigation Committee, is a past member of the Board of Editors of the ABA Journal and past vice-chair of the Aviation and Space Law Committee of the TIPS Section of the ABA. He has published legal articles on aviation law, personal injury, and general trial techniques, including an article in The DePaul Law Review. In 2006, Ken was awarded third place in The New York Law Journal fiction writing contest.

He has tried numerous aviation cases including the Avianca case in New York City, the Korean Air Flight 007 case in Washington, D.C. and the US Airways crash at LaGuardia. He has lectured extensively on aviation and other legal issues throughout the United States and also in England, France, Mexico, Canada and Austria.

Frank H. Granito

Frank H. Granito, III, the firm's managing partner, received his undergraduate degree from Franklin & Marshall College in Lancaster, Pennsylvania in 1981. From 1981 until his graduation from St. John's University School of Law in 1987, he was involved in managing Pilgrim Airlines, a regional air carrier that operated throughout the northeast and Canada.

Mr. Granito was a member of the court-appointed Plaintiffs' Trial Committee in the multidistrict litigation arising out of the 1988 bombing of Pan Am Flight 103 over Lockerbie, Scotland, which obtained a jury verdict of willful misconduct against Pan Am after a 13 week trial on liability. Following the liability trial, Mr. Granito successfully litigated the damage phase of the Lockerbie litigation on behalf of the families of 60 victims of the disaster. In the aftermath of the Pan 103 litigation, the Speiser firm commenced an action against Libya under the anti-terrorism legislation that amended the Foreign Sovereign Immunities Act. As a member of the court appointed Plaintiffs' Committee, Mr. Granito met with representatives of the Libyan government in London, Paris and Tripoli and helped negotiate the historic $2.7 billion settlement between the Pan Am 103 families and Libya. Frank and his father were awarded the 2009 Public Justice Trial Lawyer of the Year Award for their work on the Libya case.

Mr. Granito has also served on numerous MDL aviation and other Plaintiffs' Steering Committees including: Amtrak "Sunset Limited" Train Disaster, Mobile, Alabama (1993); TWA Flight 800, Long Island, New York (1996); Swiss Air Flight 111, Halifax, Nova Scotia (1998); EgyptAir Flight 990, Nantucket Island, Massachusetts (1999); Executive Airlines Jetstream Charter, Bear Creek, Pennsylvania (2000) and American Airlines Flight 587, Belle Harbor, New York (2001). Presently, He also served on the Plaintiffs' Committee in the civil litigation arising out of the September 11, 2001 hijackings of American Airlines Flight 11 and United Airlines Flight 175 that crashed into the World Trade Center Towers. He was an integral part of the litigation team that recovered $1.2 billion from American Airlines and United Airlines on behalf of certain insurance companies and business owners who suffered financial damages as consequence of the destruction of the World Trade Center towers.

Mr. Granito is a frequent guest speaker at aviation conferences and has written numerous articles dealing with litigation issues pertaining to air law. He is also a guest lecturer at Fordham University School of Law and St. John's University School of Law, and serves on the Leadership Council of Franklin & Marshall College and the Parents Council at Drexel University. In addition, he serves on the Dean's Advisory Council at St. John's School of Law.



# Dane H. Butswinkas

Partner
dbutswinkas@wc.com
202-434-5110

**Education**

- University of Virginia School of Law, J.D., 1989; Order of the Coif; *Virginia Law Review*; First Place, William Minor Lile Moot Court Competition; Eppa Hunton IV Memorial Award; Stephen Pierre Traynor Award

- George Mason University, MAIS Public Policy, 1986

- James Madison University, *summa cum laude*, 1983

**Recognitions**

- Fellow, American College of Trial Lawyers

- "Litigation: General Commercial (DC)," *Chambers USA*, 2012-2025

- "Litigation: Trial Lawyers (Nationwide)," *Chambers USA*, 2018-2025

- "Litigation: Trial Lawyers – USA (Global)," *Chambers USA*, 2020-2025

- "Top 100 Trial Lawyers in America," *Benchmark Litigation*, 2012-2025

- "National Litigation Star," *Benchmark Litigation* 2016-2025

- "Local Litigation Star," *Benchmark Litigation* 2014-2024

- "Leading Lawyer," in the category of General Commercial Disputes, *The Legal 500*, 2021-2025

- "Leading Lawyer," in the category of International Litigation, *The Legal 500*, 2025

- "Leading Trial Lawyers," *The Legal 500*, 2014-2023, 2025

- "500 Leading Litigators in America," *Lawdragon*, 2023-2026

Dane Butswinkas focuses his practice on trial and arbitration work. Based on his extensive experience trying cases throughout the United States in both state and federal courts, *Law360* named him one of the top fifty "Trial Aces" in the nation. *Benchmark Litigation* recognized Dane as "National Commercial Lawyer of the Year" in February 2016.

*Chambers USA* reported that clients describe Dane as "'[a]n extraordinary trial lawyer' who is known for his 'fantastic courtroom presence.'" *Benchmark Litigation* emphasized Dane's "celebrated trial acumen," noting that he is "recommended by his peers and clients alike for his 'absolute trial-ready preparedness.'" *The Legal 500* reported that clients single Dane out as a "once in a lifetime generation trial lawyer."

A truly versatile commercial litigator, Dane has developed insight and experience in numerous sectors at the heart of the global economy. Dane's experience in the financial services sector includes defending financial institutions, directors, officers, and countries in civil and criminal litigation involving securitizations, hedge funds, bond and mortgage markets, investment vehicle structuring, and corporate governance. He also defends corporations, directors and officers in actions arising under securities laws, deceptive trade practice statutes, RICO, ERISA, and the Clayton and Sherman Acts, as well as in grand jury investigations.

Dane's diverse experience also includes defending corporations and individuals in product liability actions, including pharmaceutical companies in trials such as the Nexium, Baycol, Vioxx, and Seroquel litigations; in medical malpractice trials; and in the most significant defamation case to go to trial in many years.

In other sectors, Dane has defended companies in the food, telecommunications, technology, and power industries in commercial litigation throughout the United States as well as in Latin America, Europe, Asia, and Australia.

Dane also has a significant track record representing corporations in domestic and international arbitrations before the AAA and the ICC.

Dane joined the firm in 1989. He served on the firm's Hiring Committee from 1992-2004 and four terms on the firm's Executive Committee, including having served as the firm's Chairperson.  He

- "500 Leading Lawyers in America," *Lawdragon*, 2019-2021

- "Top Lawyer Hall of Fame," *Washingtonian* magazine, 2022

- "Washington's Top Lawyers," in the category of Civil Defense, Criminal Defense & White Collar, *Washingtonian* magazine, 2017, 2020

- *BTI Client Service All-Star*, 2020

- "Life Science Star," *LMG Life Sciences*, 2017-2025

- Recognized as one of *The Best Lawyers in America ®*, 2006-2021

- Named a National "Top 10 Practitioner" in General Commercial Litigation, *Benchmark Litigation*, 2017

- "National Commercial Lawyer of the Year," *Benchmark Litigation*, 2016

- "Top 50 Trial Aces," *Law360*, 2015

was appointed by the Virginia Supreme Court to serve on the faculty of the Virginia State Bar Professionalism Course (2004-2007). Dane is a fellow in the American College of Trial Lawyers, and *Benchmark Litigation* identified Dane as one of the Top 100 Trial Lawyers in America.

## Representative Experience

Though all cases vary and none is predictive, Dane's experience as lead trial counsel includes:

- Winning a defense verdict in Boston for a major pharmaceutical company in landmark antitrust litigation seeking $60 billion

- Winning a defense verdict in New York for Home Box Office in the first major media defamation case to go to verdict in about two decades

- Winning a defense verdict in a $750 million breach of contract trial in New York involving two Irish special purpose vehicles

- Winning acquittal on all counts for a Bear Stearns officer in a securities fraud insider trading and conspiracy trial in New York

- Winning a defense verdict in a $200 million corporate fiduciary duty trial in Indiana

- Winning a defense verdict in New York for a Pennsylvania corporation against allegations of fraud and breach of contract arising from a failed securitization

- Securing dismissal of all charges in Afghanistan against an Army Battalion Leader in a criminal case alleging negligent homicide and dereliction of duty

- Securing arbitral award and attorneys' fees in New York in an unfair competition claim against a Canadian company

- Winning a $20 million fraud verdict for an international corporation in California

- Winning acquittal on all counts in a criminal conspiracy case in New Hampshire

- Winning dismissal on vindictive prosecution grounds in a false statement case in Maine

- Winning dismissal for a financial institution of a $100 million commercial claim in New York

- Winning summary judgment for a corporation in a $150 million securities action in Seattle

- Securing dismissal and sanctions against plaintiffs for a corporation in a $200 million fraud action in California

- Prevailing against a $55 million commercial claim and receiving a multi-million dollar award, including attorneys' fees, for an international corporation before the ICC

- Successfully defending and winning an award of fees for a corporation in a product liability arbitration before the AAA in Texas

- Winning defense verdicts for a government official in a commercial litigation in the District of Columbia, a corporate officer in a Virginia sexual harassment trial, and a nationally-recognized teaching hospital in a wrongful death trial

## Robert F. Spohrer

President and Senior Partner
Spohrer & Dodd, P.L.


Robert Spohrer is the President and Senior Partner of Spohrer & Dodd, P.L., a firm of 8 lawyers located in Jacksonville, Florida, concentrating on complex litigation.    He is a past Chair of the Executive Council of the Trial Lawyers Section of The Florida Bar.

Mr. Spohrer is Board Certified by The Florida Bar in Civil Trial Law and Aviation Law and has served as Chair of the Board of Examiners for both committees.    Since admission to The Florida Bar in 1974, he has tried over 100 cases involving aviation accidents, products liability, professional negligence, and insurance law. Bob is a member of The Inner Circle of Advocates, and is listed in *Florida Trend Magazine's* "Legal Elite" and in "Best Lawyers in America".    He is a Barrister of The American Inns of Court, a Diplomate of The American Board of Trial Advocates, a former Director of The Florida Justice Association, International Association of Trial Lawyers, International Society of Barristers, and past Chair of the Grievance Committee for the United States District Court, Middle District of Florida. Bob was presented the Servant Leader Award by the Jacksonville Leadership Coalition in 2007.

Bob's continuing role in legal education includes presentations and lectures to numerous legal organizations, including the University of Florida College of Law, Florida Justice Association, American Justice Association, American Board of Trial Advocacy, and Embry-Riddle Aeronautical University.    Bob is also a past member of the Boards of Directors for: HandsOn Jacksonville, Jacksonville Area Legal Aid, and Southern Legal Counsel, Inc.

# William Angelley

**Angelley Hightower PLLC**
**3710 Rawlins Street, Suite 1420 PMB 105249, Dallas, Texas 75219**
**Phone: (214) 580-9800  E-Mail: wil@angelley.com**

## Summary Profile

William Angelley's practice is focused primarily on representing clients in aviation and products liability matters. Over the years, he has handled litigation on both sides of the docket as lead trial counsel in state and federal courts in many jurisdictions throughout the country. He has have lived and worked in Dallas, New York City, and Los Angeles and is licensed in Texas, New York, California and New Mexico, as well as numerous federal courts. Prior to attending law school, Mr. Angelley served as a pilot in the U.S. Navy.

## Education & Licenses

- J.D., The University of Texas School of Law (1997)

- B.A., Texas Tech University, *cum laude* (1988)

- Licensed in Texas, New York, California, and New Mexico

- Admitted in the United States Court of Appeals for the Tenth Circuit, the United States District Court for the Northern, Southern, Eastern and Western Districts of Texas, the United States District Court for the Southern and Eastern Districts of New York, the United States District Court for the Northern District of California, and the United States District Court for the District of New Mexico. ** Application to U.S. District Court for D.C. pending.

## Select Notable Matters

- Represented the estate of an individual killed in the crash of a helicopter sightseeing tour into the East River in NYC.

- Represented the family of a U.S. Senator whose son was killed in the crash of a Mitsubishi MU-2 airplane in Oklahoma.

- Represented numerous individuals injured in the crash of Asiana Airlines Flight 214 in San Francisco, CA.

- Represented many families of the victims of 9/11 in litigation under federal anti-terrorism statutes and in recoveries from the 9/11 Victim Compensation Fund.

- Represented the family of a U.S. Navy pilot who was killed in a friendly fire incident in Iraq when his aircraft was shot down by a U.S. Army Patriot Missile.

- Defended a national jet bridge manufacturer in numerous products liability and business matters.

- Defended an airplane part manufacturer in the litigation arising from the crash of the Lear 35 aircraft that killed professional golfer Payne Stewart.

- Defended the manufacturer of an onboard gaming system in the litigation arising from the crash of Swiss Air Flight 111 near Halifax, Nova Scotia.

- Defended a jackscrew manufacturer in the litigation arising from the crash of Alaska Airlines Flight 261 near Anacapa Island, CA.

- Defended a general aviation engine manufacturer related to litigation arising from multiple crankshaft failures.

## Publications and Presentations

- Author, Potential Pitfalls in Attorney Internet Advertising, Texas Lawyer, July 21, 2014.

- Author, The Stowers Doctrine – In Need of An Update, Texas Lawyer, July 22, 2013.

- Author, Certiorari Granted in Aviation Pre-Emption Case, Texas Lawyer, July 8, 2013.

- Author, Dealing with Low Ceilings, Trial, American Association for Justice, April 2012.

- Author, *A Touch of Gray,* Texas Bar Journal, 2012.

- Author, *Harsh Realities of the State Secrets Privilege*, Trial, American Association for Justice, September 2010.

- Author, *Amateur-Built Aircraft Litigation: Risky for Plaintiffs Attorneys*, Texas Lawyer, August 16, 2010, Vol. 26, No. 20.

- Author, *The Need for Mandatory Aviation Insurance*, AAJ Section Newsletter, Vol. 15, No. 2, Winter 2008 (with Justin T. Green).

- Speaker, *A Discussion of Monroe v. Cessna Aircraft Company,* New York City Bar Association, June 2006.

- Speaker, *Update on the September 11, 2001 Victim Compensation Fund and Related Litigation*, Lubbock Bar Association, May 2004.

- Speaker/Author, *Field Preemption and the Federal Aviation Regulations,* SMU Air Law Symposium, February 2003.

- Author, *The September 11 Victim Compensation Fund*, Texas Bar Journal, January 7, 2002.

- Speaker, *Aviation Product Liability Insurance,* Texas Department of Transportation Aviation Conference, June 2001.

## Work Experience

- Founding partner of:

  - Angelley Hightower PLLC       Dallas, TX
    (12/2024 – Present)

  - Angelley LLP        Dallas, TX & Santa Fe, NM
    (06/2018 – 12/2024)

  - Braden, Varner & Angelley, PC   Dallas, TX
    (04/2014-06/2018); and

  - Hightower Angelley, LLP      Dallas, TX
    (03/2010 – 04/2014)

- Kreindler & Kreindler LLP       New York, NY & Los Angeles, CA
  (08/2003 - 03/2010)

- Rose Walker LLP         Dallas, TX
  (09/1998 - 08/2003)

- Touchstone Bernays        Dallas, TX
  (08/1997 - 09/1998)

- United States Navy         Norfolk, VA
  (02/1989 – 07/2004)
  Pilot (Lieutenant – O3)

**Honors and Awards**

- ♦ Rated AV Preeminent by Martindale Hubbell

- ♦ Texas Super Lawyer, 2010 – 2025

- ♦ Top 100 Lawyers in Texas, Texas Super Lawyers, 2015 – 2018

- ♦ Rated 5.0 Superb by AVVO

**Daniel K. Back**

Mr. Back was born and raised in the high desert of Albuquerque, New Mexico. He attended Sterling College (Sterling, KS) on baseball and academic scholarships, where he met his beautiful wife of nearly 20 years, Katie. He then completed his undergraduate degree at Bluefield University (Bluefield, Virginia), also on a baseball scholarship. He graduated Magna Cum Laude with a degree in Criminal Justice and Psychology.

Following undergraduate school, Mr. Back attended the Baylor University School of Law in Waco, Texas, where he was involved in and won multiple litigation-based competitions. Most notably, he competed in and won the prestigious American Association for Justice (AAJ) National Mock Trial Championship, which involved 224 teams from law schools all over the country.

Notable Achievements: In the last two years, alone, Mr. Back has secured over $30,000,000 in settlements and trial verdicts. Most recently, he obtained the largest trial verdict in Cowley County history by winning a $3,277,455 medical malpractice jury trial against a physician who over-prescribed opioids to a patient who tragically passed away, leaving behind a young wife and two children; successfully settled over 200 lawsuits against a manufacturer of a product used in nearly every household in the country; and litigated dozens of cases related to injuries suffered in motor vehicle accidents, train accidents, hunting accidents, and miscellaneous injuries suffered as a result of negligence or dangerous products.

Peer Recognition Mr. Back has been named a National Trial Lawyer "Top 40 under 40" for 2016, 2017, 2018, 2019, 2020, 2021, and 2022; the Missouri and Kansas Super Lawyers Rising Star list for 2013, 2014, 2015, 2016, 2017, and 2018; and the Missouri and Kansas Super Lawyers for 2018, 2019, 2020, 2021, 2022, 2023, 2024, and 2025. He was also selected for the 2023, 2024, and 2025 National Trial Lawyers: Top 100.

In addition to being a practicing litigator, Mr. Back has been an adjunct professor at Wichita State University, teaching undergraduate and graduate courses in criminal justice and trial advocacy. He also coaches his sons' baseball, basketball, and soccer teams at the YMCA and Andover Recreation League. Finally, Mr. Back is active in the Christian Legal Society, which includes participating in free legal clinics throughout the community

Michael Rader obtained his BA in Political Science from the University of Missouri in 1995 and graduated from University of Missouri School of Law, Kansas City in 1999. Rader is admitted to practice in all state jurisdictions in the Missouri, Kansas and Mississippi Bars. In addition, he is admitted to practice in the United States District Court for the Western and Eastern Districts of Missouri, The United States District Court of Kansas and the Northern and Southern Federal District Courts of Mississippi.

Following graduation, Mike was Assistant Prosecuting Attorney for the State of Missouri where he was assigned to the Violent Crimes and Drug Trafficking Units. He also held the position of part-time Assistant U.S. Attorney where he was lead prosecutor for the federally funded H.I.D.T.A. Task Force (High Intensity Drug Trafficking Areas) prosecuting state and federal crimes related to clandestine methamphetamine labs. Rader first chaired over 35 felony jury trials dealing with violent crimes (ranging from homicide to assault), sex crimes against children and drug trafficking. He was awarded Prosecutor of the Year in 2001 and was the director of the Grand Jury program. Since leaving the prosecutor's office in 2003, Rader has frequently been appointed by Missouri's Presiding Judges as Special Prosecutor pursuing criminal cases on behalf of Missouri.

In 2003, Mike joined what is now Bartimus Frickleton Robertson Rader, P.C. where he focuses his civil practice exclusively on representing plaintiffs in complex injury and wrongful death cases involving medical negligence, product liability, aviation accidents, class actions, civil rights violations and trucking accidents. Mike represented the Schwab family in the wrongful death case against Schlitterbahn Water Park regarding the death of their young son. This case resulted in the largest wrongful death settlement for the death of a child in the State of Kansas. Mike has tried dozens of cases to verdict and been lead trial counsel in a variety of jurisdictions including Texas, Iowa, Oklahoma, Illinois, Mississippi, Nebraska, Missouri and Kansas.

- **Lawyer of the Year - 2026** *Best Lawyers in America*: Plaintiffs Product Liability
- Named **Influential Lawyer of the Year - 2018** by *Missouri Lawyers Weekly* and has frequently been featured in the periodical for his verdicts and settlements.
- **Fellow - International Society of Barristers (ISOB)** and **American Board of Trial Advocates (ABOTA)**
- Recipient of the Missouri Bar Foundation's **Lon O. Hocker Memorial Trial Lawyer Award**. This Award is voted on anonymously by the state and federal judiciary and is given annually to a trial attorney in recognition of outstanding achievement in trial practice. It is considered the most prestigious award presented to trial lawyers in the state of Missouri.
- **Fellow of the Missouri Bar Foundation**. Membership is limited to 1% of the total members of the Missouri Bar.
- **Master Trial Instructor** for the **Ross T. Roberts Inn of Court Program** where he trains and mentors young lawyers in trial practice.
- Rated **"AV - Preeminent" 5.0 out of 5 Rated by Martindale-Hubbell**
- Appointed by Missouri's Governor to the **Missouri Brain Injury Advisory Council** for his experience representing victims of severe brain injuries and their families.
- Named **Top 100 Lawyers in Missouri and Kansas**, by *Super Lawyers Magazine* and the *KC Business Journal* 2012 - 2026

- **Top 50 Lawyers in Kansas City** by *Super Lawyers Magazine* 2012 – 2026
- *The Kansas City Business Journal* **"Best of Bar"** 2008-2025
- Appointed by Missouri's Governor as Commissioner, Kansas City Board of Police Commissioners. This was a voluntary position where, as Commissioner, he oversaw the operation of the Kansas City, Missouri Police Department until 2018.
- **"Super Lawyer"** for Missouri and Kansas in 2010-2026
- Named **Top 100 Trial Lawyers** nationally by *The National Trial Lawyers*
- **Multi-Million Dollar Advocates Forum** – Member
- *Ingram's Magazine* **"Forty Under 40 Class of 2008"**

**Marijo C. Adimey, Esq.**
**Counsel for the Estate of Ian Epstein, deceased**

Partner
Gair Gair Conason Rubinowitz Bloom Hershenhorn Steigman and Mackauf
80 Pine Street
New York, New York 10005
212-943-1090/madimey@gairgair.com

Application for admission to DCDC to be submitted next week; awaiting Certificate of Good Standing. Admitted to SDNY, EDNY, NDNY and DCNJ.

Bio

Marijo has devoted her entire legal career to litigating on behalf of those who have suffered immeasurable loss from a catastrophic injury or death of a loved one. Her empathetic approach to her clients, remarkable trial skills, and relentless pursuit of justice have made her one of the top women trial attorneys in the area of personal injury, wrongful death, and medical malpractice.  She recently secured a record-setting $60 million verdict in Nassau County on behalf of a client who was rendered paraplegic after a routine epidural steroid injection—believed to be the largest medical malpractice verdict in the county's history.


Recently named one of the "Top Women's Litigators" in New York by Super Lawyers in 2017, Ms. Adimey has quickly become a formidable force of the Gair, Gair, Conason, Rubinowitz, Bloom, Hershenhorn, Steigman & Mackauf Team. Since joining our firm in 2014, Marijo has obtained several multi-million dollar verdicts and settlements on behalf of her clients. Marijo is honored to be a voice for those who have been injured.

In addition to her outstanding achievements as a trial attorney, Marijo Adimey is the co-author of the authoritative legal guide, "**New York Medical Malpractice 2025**". Her contributions to this publication reflect her extensive knowledge and expertise in handling complex medical malpractice cases. Marijo's insights into trial strategies, case preparation, and navigating the nuances of New York medical malpractice law have earned her recognition as one of the leading voices in the field.

Her career began as an Assistant District Attorney in Bronx County, where she prosecuted cases on behalf of victims of horrific crimes. There, she became an experienced trial attorney, trying dozens of felony and misdemeanor trials to verdict. Prior to joining our team, Marijo had the privilege of representing individuals who have had the unfortunate experience of being the victim of medical malpractice or who have suffered serious physical injury or death in an accident. She continued her zealous representation in 2014

when she joined Gair, Gair, Conason, Rubinowitz, Bloom, Hershenhorn, Steigman & Mackauf whereat her exceptional advocacy and litigation skills paid off in 2017, when she became a partner of the firm.

Marijo has worked on many high profile cases, including the Hoboken Train Crash where she was a member of the Plaintiff's Steering Committee; the Tribeca Crane Collapse involving more than twelve defendants with multiple plaintiffs where she and her firm were lead counsel throughout discover, resulting in one of the largest settlements in the country for a death case; the Stew Leonard's case involving the failure to properly label a product with contained a known peanut allergy resulting in the death of a young woman from anaphylactic shock; and most recently the Potomac River mid-air collision, where she is also a member of the informal, pre-suit Plaintiff's Steering Committee.

Since 2015, Marijo has been recognized by her peers each year for inclusion in The Best Lawyers in America and New York Magazine's "Best Lawyers" in New York in the specialties of medical malpractice and personal injury. She holds an "AV" rating (highest rating) from the Martindale-Hubbell Law Directory, one of the oldest and best known peer review ratings in the United States for both legal and ethical standards.

Marijo's advocacy skills and dedication to her clients were recognized early in her career, when she was selected by her peers for inclusion in the Super Lawyers 2013: Rising Stars, an honor reserved for those lawyers who exhibit excellence in practice and published in The New York Times. She has since been selected as a "Super Lawyer" every year. She has been awarded the "Client Distinction Award" issued by Martindale-Hubbell, an honor made possible by the clients she served and awarded to less than 1% of the 900,000+ attorneys listed in Martindale-Hubbell.

Marijo was appointed by the Administrative Judge for Civil Matters-First Judicial Department, as an attorney member of the Medical Malpractice Advisory Committee for the Supreme Court, New York County. She was also selected to serve a two-year term on the Judiciary Committee of the Association of the Bar of the City of New York, a committee which evaluates judges for appointment, reappointment, election or reelection to the bench on the city, state and federal level and makes recommendations for approval. Recently, Marijo was nominated and accepted to become a Board Member of the New York State Trial Lawyers Association, where she also sits on the Medical Malpractice and Labor Law Committees. She is also a lecturer for the New York State Bar Association.

In just one year, Marijo obtained two of the top medical malpractice verdicts in New York. She secured a $2.5 million verdict on behalf of a Queens women who suffered an intestinal perforation during a routine EGD procedure; and a $1.32 million verdict for a Kings woman

whose spleen was torn away from her colon during a routine colonoscopy. In addition, Marijo has secured numerous multi-million dollar settlements prior to trial on behalf of her clients.

Marijo's passion and commitment to her clients are what make her a zealous trial lawyer. She is a tremendous asset to the GGCRBHS&M Team.

### *Verdicts and Settlements of Note*

- Secured a **$60 million verdic**t in Nassau County Supreme Court for a man left permanently paralyzed following a negligent epidural steroid injection—**believed to be the largest medical malpractice verdict ever recorded in the county**.

- $11.5 million settlement during trial in New York County for a 39 year old woman who developed a thiamine deficiency following bariatric surgery. The thiamine deficiency went undiagnosed during a hospitalization for almost two weeks, resulting in the development of Wernicke's Encephalopathy and permanent brain damage.

- $1.65 million settlement during trial in Staten Island for a 45 year old man whose influenza went undiagnosed and untreated, resulting in severe respiratory distress, multi-system organ failure, joint contractures and extensive Surgery.

- $750,000 jury verdict in a medical malpractice action in NY County involving an arterial injury during spinal surgery, resulting in massive hemorrhaging, placement of stent, infection and prolonged pain and suffering.

- $650,000 jury verdict in Kings County involving a fractured hip sustained when a patient who required one on one supervision was left unattended and fell from her hospital bed. The plaintiff underwent surgical repair of the hip, revision surgery, impairments of daily living and prolonged pain and suffering.

- $7.5 million settlement on behalf of an infant who suffered brain damage during delivery at a hospital in Long Island.

- $3.35 million settlement on behalf of an Upstate man whose leg had to be amputated above the knee after a catheter used to administer medications was placed into his artery instead of his vein and not diagnosed for over 18 hours, causing the effected leg to be ischemic.

- $2.5 million unanimous verdict for a 57 year old woman who suffered an intestinal perforation of the duodenum during a diagnostic EGD, also known as an upper endoscopy. As a result of the doctor negligence, the woman suffered excruciating

pain and had to be brought back to the hospital. After CT scans suggested sepsis, surgeons had to perform life-saving surgery of her abdomen. *See more about this case* **here**

- $2.5 million settlement for a young woman who lost her husband when his treating physicians failed to advise him of an abnormal finding observed on a CT scan for almost 10 months, leading to an advanced stage illness and causing him untimely death.

- $2.3 million settlement on behalf of a 53 year old woman whose breast cancer went undiagnosed by radiologists who performed her mammograms. The delay of a year and a half resulted in metastasis and a diminished life expectancy.

- **$1,270,000 unanimous jury verdict in Kings County** for a 64 year old woman whose spleen was torn from her colon during a routine, screening colonoscopy. As a result of the excessive blood loss from the splenic rupture, she went into hemorrhagic shock and required an exploratory laparotomy to have her entire spleen removed.

- $1.2 million settlement in New York County for a 34 year old man whose synovial sarcoma went undiagnosed for more than two years, despite radiologicial studies indicating a cancer in the differential workup and the need for further workup. As a result of the delay in diagnosis, the cancer spread to the young man's lungs and rendered his disease incurable.

- $750,000 settlement for an elderly man who sustained a perforated intestine during a Fleet Enema performed in an ER, where the man presented with complaints of constipation. As a result of the malpractice, the gentleman is left with a permanent colostomy.

- $750,000 settlement for a worker whose leg was crushed in between two dollies when a co-worker was negligently operating a fork-lift.

- $675,000 Settlement in Richmond County on behalf of the adult children of a 51 year old man after a negligently performed chest tube insertion, resulting in bronchopneumonia and anoxic-ischemic encephalopathy, and ultimately death.

- $500,000 settlement for a woman who sustained a permanent foot drop after a resident, under the supervision and control of an attending surgeon, misplaced three (3) pedicle screws during a laminectomy procedure.

- $300,000 Arbitration Award for a woman who sustained a Right Rotator Cuff Tear during in a MV accident in which she was the passenger. She required surgical

intervention and extensive physical therapy following the accident, but was still left with limited mobility and range of motion.

***Publications/Lectures***

- **"New York Medical Malpractice, 2025", LexisNexis 2025**

- "Taking a Meaningful Defendant Deposition": New York State Bar Association

- "Keep Current with NY Automobile Litigation", February 2018

# AMANDA C. DURE

1412 Midland Street • Charlottesville, VA 22902

amandacdure@gmail.com • 757.675.3860

## BIOGRAPHY

Amanda Dure is a trial attorney at the Pangia Law Group, working on complex civil litigation matters in state and federal courts. Amanda focuses her practice on providing compassionate and clear advocacy for her clients in matters involving commercial and general aviation cases, medical malpractice, and other complex matters involving the Federal Tort Claims Act, 42 U.S.C. § 1983 claims; the Federal Communications Act;  state governmental tort claims acts; and international treaties including the Montreal Convention.

Amanda also spearheads the firm's practice in appellate advocacy, arguing before the U.S. Court of Appeals for the District of Columbia and the U.S. Court of Appeals for the Seventh Circuit.

Amanda is based in the Washington, D.C. office and resides in Charlottesville, Virginia. In her spare time, she enjoys biking, trivia, and cooking.  She is fluent in Spanish and conversational in Guaraní and Swedish.

## BAR AND COURT ADMISSIONS

- Virginia, 2013
- North Carolina, 2015
- Washington, D.C., 2015
- United States Court of Appeals for the District of Columbia
- United States Court of Appeals for the Fourth Circuit
- United States Court of Appeals for the Seventh Circuit
- United States Court of Appeals for the Eleventh Circuit
- United States District Court for the Eastern District of Virginia
- United States District Court for the Eastern, Middle, and Western Districts of North Carolina
- United States District Court for the District of Maryland
- United States Tax Court

## EDUCATION

**AMERICAN UNIVERSITY, WASHINGTON COLLEGE OF LAW,** Washington, DC

Juris Doctor, August 2010-May 2013

**UNIVERSITY OF VIRGINIA**, Charlottesville, VA

Bachelor of Arts, History; Bachelor of Arts, Spanish, August 2005-August 2009

## **LEGAL EXPERIENCE**

**PANGIA LAW GROUP, Washington, D.C.**

 **October 2013-Present Complex Civil Litigation Attorney**

 May 2012-October 2013, Law Clerk

- Authored published federal appellate briefs. See e.g. *Washington v. Hous. Auth. of the City of Columbia*, 58 F.4th 170, 175 (4th Cir. 2023) (successfully reversing district court's opinion on 42 U.S.C. § 1983 matter involving standard of deliberate indifference and knowledge). See also *Davis, et al v. T.H.E. Ins. Co. of North America, Case* No. 21-2044, Fourth Circuit (appeal involving issues of insurance bad faith and *res judicata*).

- Orally argued and authored federal appellate cases. See e.g. *Erwin-Simpson v. Air Asia Berhad*, Case No. 19-7034 (D.C. Circuit). Link to Oral Argument (novel interpretation of the Montreal Convention).

- Authored published partial summary judgment opinions in the United States District Court for the Eastern District of North Carolina in a 42 U.S.C. § 1983 case, *Watson v. Franklin Cnty. Bd. of Educ*., 2023 U.S. Dist. LEXIS 210532, Case No. 5:23-cv-243;Western District for Pennsylvania, *J.D. and R.D. v. Price, et al,* 569 F.Supp. 3d 266 (W.D. Pa. 2021).

- Authored multiple briefs in state appellate courts to successful reversal and remand. See e.g. *Griffing v. Gray,* 2024 N.C. App. LEXIS 314 \*; *Williams v. Maryfield, Inc.,* No. COA 19-804, North Carolina Court of Appeals.

- Litigated complex subject matters including the Federal Tort Claims Act; 42 U.S.C. § 1983 claims; Federal Communications Act;  state governmental tort claims acts; and international law including the Montreal Convention.

- Tried numerous complex civil litigation cases to verdict. See e.g. *Chen v. Chesapeake Bay Bridge Tunnel District,* CL 19000015, Northampton County Circuit Court, Virginia; *Mid-South Investments, Inc. v. Statesville Flying Service, Inc.,* Case No. 5:14-cv-00182, U.S. District Court for the Western District of North Carolina; *Leet v. Rex Hospital, Inc.* 16 CVS 7184, Wake County Superior Court, North Carolina.

- Handled all aspects of complex litigation cases from beginning to close, including client sign-up and intake; pre-filing research and investigation; contact with opposing counsel and insurance companies; drafting complaints and discovery; taking and defending discovery depositions; procurement of expert witnesses; research, writing, and responding to motions and briefs including motions *in limine* and *Daubert* motions; orally arguing motions in court; compiling pretrial orders, witness lists, and exhibit lists in federal district courts and state courts; jury selection; direct and cross-examination of fact and expert witnesses; communication with clients, counsel, and members of the court; drafting of contracts, protective orders, and settlement agreements.

- Specialized in complex aviation matters involving the Montreal Convention, sexual assault, and disability rights.
- Advocated in matters involving governmental immunity in wrongful death cases and environmental matters including inhumane housing conditions, toxic torts, and catastrophic accidents.
- Litigated multi-district litigation.

**NAVAJO NATION DNA PEOPLE'S LEGAL SERVICES**, Window Rock, AZ

March 2012, Law Clerk

- Prepared taxes for members of the Navajo Nation.
- Assisted in filing two protective orders.
- Compiled consumer protection complaints.

**AMERICAN BAR ASSOCIATION COMMISSION ON IMMIGRATION,** Washington, DC

May 2011-August 2011, Law Clerk

- Conducted research on the effects of criminal law and LGBT-related issues on immigration.
- Drafted complaints for submission to government organizations.
- Performed daily intakes with detained immigrants in English and Spanish.
- Prepared and dispersed legal materials to detained immigrants.
- Translated documents from English to Spanish.

**VALVERDE & ROWELL, PC,** Virginia Beach, VA

January 2010-July 2010, Legal Assistant

- Conducted legal research on immigration and employment-related issues.
- Drafted legal documents for submission to state courts, U.S. Citizenship and Immigration Services, and Executive Office for Immigration Review.
- Assisted attorneys with client intake and conferences and detention center consultations.
- Initiated pro-bono work on Violence Against Women Act and U-Visa cases.
- Served as a Spanish interpreter for clients on daily basis.
- Translated documents from Spanish to English.

**LEGAL AID JUSTICE CENTER,** Immigration Clinic, Charlottesville, VA

August 2008-April 2009, Student Legal Assistant

- Drafted cover letters and memos to U.S. Citizenship and Immigration Services.
- Conducted legal research on immigration-related issues.
- Performed client intake and interviews.
- Assisted in compiling evidence for immigration petitions.
- Served as a Spanish interpreter for clients.

- Translated documents from Spanish to English.

## ADDITIONAL INFORMATION

**VOLUNTEER WORK AND ORGANIZATIONS**

- **The Leukemia and Lymphoma Society, National Capital Area Chapter, Washington, DC**
  - Organized and hosted a fundraising night five years in a row to support LLS from 2015-2019, raising over $25,000.00.
  - Honored Hero, Marine Corps Marathon, 2019
  - Participated in Team-in-Training Baltimore Half Marathon, 2013.
- **City Dogs Rescue DC, Washington, DC**
  - Fostered as many dogs as possible until their adoption.
- **The Whitman-Walker Legal Clinic, Washington, DC**
  - Provided pro-bono asylum services.

**LANGUAGE SKILLS**

- Fluent in Spanish
- Conversational in Guarani
- Conversational in Swedish

**LAW REVIEW**

- American University Washington College of Law, Journal of Gender, Social Policy, and the Law, 2011-2013.

## Biography of Robert A. Curtis

Managing Partner – Foley Bezek Behle & Curtis, LLP
15 West Carrillo Street | Santa Barbara, California 93101
Tel: (805) 962-9495 | Email: rcurtis@foleybezek.com

### Education
• Juris Doctor, Pepperdine University School of Law (1999)
• Bachelor of Arts, University of California, Los Angeles (1996)

### Admissions
• State Bar of California (1999) – SBN#203870 – active member in good standing.
• United States District Courts: Central District of California (1999); Eastern District of California (2015); Northern District of California (2006); Southern District of California (2009); District of Colorado (2016); and Western District of Michigan (2002).
• United States Court of Appeals for the Ninth Circuit (2006).

### Professional Overview
Robert A. Curtis is the Managing Partner of Foley Bezek Behle & Curtis, LLP. For more than twenty-six years, his practice has focused on class actions, mass tort and wildfire litigation, complex business litigation, and lender liability. During his tenure, the firm has achieved more than $5.2 billion in settlements and verdicts against some of the largest corporate defendants in the country. Mr. Curtis is a seasoned trial lawyer who has not lost a jury trial in over twenty years and has handled cases in state and federal courts across the United States.

### Mass Tort and Leadership and Steering Committee Experience
Mr. Curtis has been appointed by courts to leadership positions in numerous mass tort cases throughout California and Oregon, including:
• Thomas Fire and Montecito Mudslide (2017, California) – Court-appointed steering committee member; individually represented over 500 plaintiffs; settlements exceeding $290 million.
• Woolsey Fire (2018, California) – Court-appointed steering committee member; individually represented over 1,200 plaintiffs; settlements exceeding $429 million.
• Lahaina Fire Litigation (2023 to present, Hawai'i) – Appointed as *pro hac vice* counsel and Co-lead Counsel for Class Plaintiffs and Settlement Class in the $4.037 billion global settlement against Hawaiian Electric and related defendants.
• Palisades Fire Litigation (2025 to present, California) – Court appointed Co-lead Counsel (one of four firms); individually representing over 3300 plaintiffs.

## Class Action Experience

Mr. Curtis has served as Lead and Co-Class Counsel in state and federal courts throughout the country. Some of his notable class action successes include:

• In re Structured Settlement Litigation – Superior Court of California (Los Angeles County) – Master Case No. BC244111 – settlement exceeding $100 million.

• Roark v. GTE California – Santa Barbara County Superior Court – Case No. 01035862 – $20 million settlement.

• Lozano v. AT&T Wireless Services, Inc. – U.S. District Court (C.D. Cal.) – Case No. CV02-90-AHS(AJWx) – $42 million in class benefits.

• Stern v. AT&T Mobility Corp. – U.S. District Court (C.D. Cal.) – CV05-08842-CAS(Ctx) – $38 million in class benefits.

• Demmick v. Cellco Partnership (Verizon) – U.S. District Court (D.N.J.) – No. 06-2163 (JLL) – $64.2 million settlement.

• U.S. Airways Class Action – U.S. District Court (N.D. Cal.) – $9.85 million settlement.

• Rolnik/Godoy v. AT&T Wireless – Superior Court of New Jersey, Essex County – Case No. L-180-04 – $49 million in class benefits.

## Notable Verdicts

• East West Bank Jury Verdict (2014) – Lead trial counsel for plaintiff in a seven-week trial yielding a $38.9 million jury verdict, ranked 12th largest in California and 54th largest in the U.S. for that year.

## Honors and Recognition

• The Best Lawyers in America® (2024 & 2025) – Recognized for Mass Tort Litigation and Class Action (Plaintiffs).

• National Law Journal "Elite Trial Lawyer Finalist" (2021).

• Martindale-Hubbell AV-Preeminent Rating (2011 – present) – Highest peer review rating for ethics and legal ability.

• Super Lawyer (2015 – present); Rising Star (2008 – 2014) – Recognized for outstanding achievement and peer excellence by Thomson Reuters.

## Summary

Robert A. Curtis is a nationally recognized trial lawyer and class action leader whose career spans more than two decades of complex litigation involving wildfires, utilities, airlines, financial institutions, and consumer protection. He has served as court-appointed leadership counsel in numerous mass tort matters and has helped recover over $5.2 billion dollars for individuals and class members nationwide.

KEITH FRANZ

Azrael, Franz, Schwab, Lipowitz and Solter, LLC

Baltimore, Maryland

Keith Franz was a member of the Plaintiffs' Steering Committee for In re Terrorist Attacks on September 11, 2001, USDC SDNY. He has long been a victims' advocate and has represented numerous victims of airline crashes and those asserting wrongful death claims. In 2011 Keith was presented with the Frank Carrington Champion of Civil Justice Award by the National Crime Victim Bar Association in recognition of his work for the victims of the September 11th terrorist attacks. His appellate work has expanded Maryland's Wrongful Death Act.

Keith is a partner in the 75-year-old Maryland law firm Azrael, Franz, Schwab, Lipowitz and Solter, LLC and was a graduate of University of Maryland and University of Maryland Law School. He was admitted to the Maryland Bar and the U.S. District Court for Maryland in 1979, the U.S. Supreme Court in 1984.

**Josh Birmingham**
**Attorney**



Josh Birmingham was born in Las Cruces, New Mexico and raised in the small oil town of Hobbs, New Mexico. He graduated from the University of Nebraska in 2004 where he was a part of the Big 12 champion baseball team and was a College World Series participant.

He obtained his law degree from the University of Tulsa: College of Law in 2007 where he earned numerous awards in Mock Trial and Negotiation competitions.

Josh began his career at another prominent law firm where he fought for the victims of other's negligence.

After 9 years Josh left being a trial lawyer and became an executive for a healthcare consulting firm but his passion for helping others in the law quickly pulled him back. Josh has tried numerous cases in both state and federal court.

Josh began his first day with Miller Weisbrod Olesky in trial with Clay Miller representing an injured construction worker, Fernando Canales. Josh second chaired the trial and handled all of the medical expert testimony in the case.
Click Here: for complete verdict information

Josh is a member of the State Bar of Texas, American Association of Justice, Texas Trial Lawyers Association, Dallas Trial Lawyers Association, and Dallas Association of Young Lawyers. He is currently on the Dallas Trial Lawyers Board of Directors and served as the president of the Mesquite Bar Association for four years. He was recently elected as the Vice President of the Dallas Trial Lawyer's Association and sits on the board of Texas Trial Lawyer's Association.  Josh was named Thomson Reuters | Texas Super Lawyers Rising Star in 2016 and 2017.

Josh accredits his passion toward helping others to his mother Pam Parkinson, a nurse and businesswoman, and his father Ray Birmingham an educator and college baseball coach.

---

**Education**
- University of Nebraska
- University of Tulsa - School of Law

**Bar Admissions**
- Texas
- New Mexico
- U.S. District Court

Northern, Southern, and Western Districts,  - Texas
New Mexico

**Areas of Practice**
- Aviation
- Medical Malpractice
- Personal Injury

**Professional Associations & Memberships**
- American Association of Justice:

Member
- Texas Trial Lawyers Association:

Member
- Dallas Trial Lawyers Association:

Member
Board of Directors
- Dallas Association of Young Lawyers:

Member
- Mesquite Bar Association:

Member

## Statement of Qualifications of Timothy A. Loranger for Appointment to the Plaintiffs' Steering Committee

I respectfully submit this statement in support of my appointment to the Plaintiffs' Steering Committee in the litigation arising from the crash involving a CRJ aircraft and a UH-60 Black Hawk helicopter in Washington, D.C. This case will require coordinated discovery across civilian and military custodians, rigorous technical analysis, and structured common-benefit work. My background and experience are well suited to those needs.

For over twenty years, I have represented plaintiffs in complex aviation and transportation cases nationwide. I am a senior partner at Wisner Baum, where I lead the firm's aviation and transportation practice. My work centers on helicopter and fixed-wing crashes—civil and military/public aircraft—resulting in catastrophic injury and wrongful death. I have managed multi-party discovery, expert development, and trial preparation in technically demanding litigation.

I bring prior court-appointed leadership experience to this matter. I served on the Plaintiffs' Management Committee in MDL 2654 (In re Amtrak Train Derailment, Philadelphia), where I helped coordinate common-benefit work, discovery, and protocols among numerous firms. Beyond the courtroom, I chaired the American Association for Justice (AAJ) Aviation Law Section (2021–2022), organizing national collaboration among plaintiffs' aviation counsel and facilitating best practices for handling aviation cases.

I also bring deep technical grounding. Before practicing law, I served in the United States Marine Corps as an aircraft hydraulics mechanic on RF-4B, F/A-18, and KC-130 aircraft and am a veteran of Operations Desert Shield and Desert Storm. I hold a private pilot certificate (single-engine land). This experience enables me to work effectively with investigators, maintenance personnel, pilots, and engineers and to present complex causation and systems issues clearly to courts and juries.

My aviation practice routinely involves design and manufacturing defects, maintenance and inspection errors, human factors, and crashworthiness/survivability. I have litigated the defenses and doctrines that are likely to arise here—including preemption, government-contractor defenses, the political-question doctrine, and federal-interest considerations—in published aviation decisions such as Carpenter v. Sikorsky Aircraft Corp. and Jones v. Goodrich Pump & Engine Control Systems, Inc. These cases reflect my familiarity with the legal and evidentiary issues common to mixed civilian-military aviation events.

I have substantial experience with agency discovery and the Touhy process when federal entities are custodians of evidence or testimony. I prepare narrowly tailored Touhy

requests that identify specific witnesses, topics, and document categories; negotiate protective orders and access protocols (including sensitive security information and controlled technical data); and coordinate with agency counsel and the U.S. Attorney's Office to schedule compliant testimony and productions. When requests are limited or denied, I pursue appropriate remedies, including reconsideration, narrowing/resubmission, or court relief. I also work in parallel with NTSB and FAA procedures to preserve chain of custody and obtain materials necessary for expert analysis.

If appointed to the PSC, I will devote the time and resources needed to: coordinate the accident-causation and maintenance workstreams for both aircraft; lead or co-lead the Touhy/agency discovery track with NTSB, FAA, DoD, and relevant commands; organize expert teams across propulsion, rotor and drivetrain systems, avionics/flight controls, maintenance/QA, human factors, and crashworthiness; brief common legal issues (preemption, government-contractor, political-question, and federal-interest defenses); and implement efficient common-benefit protocols for work product sharing, timekeeping, budgeting, and cost control.

I am admitted to practice in California, Washington, the District of Columbia and in multiple federal courts. My firm has the personnel, technical resources, and financial commitment to prosecute this litigation to conclusion. I will collaborate collegially with co-counsel and defense counsel alike, and I will ensure that the work of the PSC advances the interests of all plaintiffs fairly and efficiently.

For these reasons, I respectfully request appointment to the Plaintiffs' Steering Committee.