UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RACHEL CRAFTON, as Administratrix of CASEY CRAFTON, deceased,<br><br>Plaintiff,<br><br>-v.-<br><br>AMERICAN AIRLINES INC., et al.<br><br>Defendants. | Case No.: 1:25-cv-3382 (ACR) |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR RELIEF FROM THE COURT'S ORDER TO ADD ADDITIONAL DEFENDANTS BY OCTOBER 28, 2025

This Court, having reviewed the Motion for Relief from the Court's Order to Add Additional Defendants by October 28, 2025, finds good cause for the scheduling order deadline extension sought by Plaintiffs, GRANTS Plaintiffs' motion and extends the deadline for Plaintiffs to add additional defendants until November 18, 2025.

IT IS SO ORDERED.

DATED:_____

                                                                                                Ana C. Reyes
                                                                                                United States District Judge