**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RACHEL CRAFTON, as Administratrix of the Estate of CASEY CRAFTON, deceased,<br><br>Plaintiff,<br><br>-v.-<br><br>AMERICAN AIRLINES INC., PSA AIRLINES, INC., and UNITED STATES OF AMERICA<br><br>Defendants. | Case No: 1:25-cv-03382 (ACR) |

**ORDER AUTHORIZING DISCLOSURE OF PRIVACY ACT PROTECTED RECORDS AND DEEMING ALL PARTIES AS PERSONS WITH A "NEED TO KNOW":**

FINDING GOOD CAUSE therefore, it is hereby ordered that (i) the United States is authorized to disclose the Privacy Act protected information described in Paragraph 2(d) in the Stipulated Motion for Court Orders, and any ATSAP reports described in Paragraph 2(g) in the Stipulated Motion for Court Orders in accordance with the protective order that follows this Order governing the use and dissemination of those materials; (ii) all Parties hereto shall be deemed "persons with a need to know" and permitted to receive SSI in accordance with 49 U.S.C. § 1520.11; and (iii) the Protective Order shall govern all filed and to be filed litigation arising from the subject midair collision.

SO ORDERED this  27th  day of  October , 2025.

_____
ANA C. REYES
UNITED STATES DISTRICT JUDGE