AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pamela Bondi, in her official capacity as U.S. Attorney General, ~~DOJ~~

was received by me on *(date)* September 26, 2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Via Certified Mail Return Receipt# 9489009000276352861685, who is designated by law to accept service of process on behalf of *(name of organization)* USA on *(date)* September 29, 2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10.28.2025

*Jennifer L. Gordon* (signature)
Server's signature

Jennifer L. Gordon, Sr. Paralegal
Printed name and title

120 N. LaSalle Street, 36th Floor, Chicago, IL 60602
Server's address

Additional information regarding attempted service, etc:

October 6, 2025

Dear Jennifer Gordon:

The following is in response to your request for proof of delivery on your item with the tracking number: **9489 0090 0027 6352 8616 85**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | October 3, 2025, 4:53 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | Pamela Bondi   U S  Attorney General |

| Shipment Details | |
|---|---|
| **Weight:** | 2lb, 1.0oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | 950 PENNSYLVANIA AVE NW |
| **City, State ZIP Code:** | WASHINGTON, DC 20530-0009 |

### Recipient Signature

Signature of Recipient:   

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# Jennifer Gordon

| | |
|---|---|
| **From:** | Tracy A. Brammeier |
| **Sent:** | Saturday, September 27, 2025 5:17 PM |
| **To:** | Jennifer Gordon |
| **Subject:** | Fw: Crafton v. American Airlines, Inc., et al. 25-cv-3382 |

**From:** USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>
**Sent:** Saturday, September 27, 2025 5:38:11 PM
**To:** Tracy A. Brammeier <TAB@cliffordlaw.com>
**Subject:** RE: Crafton v. American Airlines, Inc., et al. 25-cv-3382

> **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Your service package has been received and accepted with a service date of September 26, 2025. Thank you.

**From:** Tracy A. Brammeier <TAB@cliffordlaw.com>
**Sent:** Friday, September 26, 2025 10:22 AM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Cc:** Jennifer Gordon <jg@cliffordlaw.com>
**Subject:** [EXTERNAL] Crafton v. American Airlines, Inc., et al. 25-cv-3382

To whom it may concern:

Please see the attached summons and complaint against you in the matter of Crafton v. American Airlines, Inc., et al., 25-cv-3382.



Tracy A. Brammeier
Partner
120 N. LaSalle Street
Suite 3600
Chicago, IL 60602
Phone: 312-899-9090
tab@cliffordlaw.com
www.CliffordLaw.com

CONFIDENTIALITY NOTE: The contents of this e-mail message and any attachments are intended solely for the addressee(s) named