# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025** | Lead Case No:    1:25-cv-03382-ACR |
| This Filing Relates to:<br><br>*All Cases* | |

## [PROPOSED] SCHEDULING ORDER

Upon consideration of the Parties' Rule 26(f) Report and Discovery Plan and the

November 13, 2025, Status Conference, it is hereby:

ORDERED that the following schedule shall govern proceedings in this matter:

| Deadline | Due Date |
|---|---|
| First Document Requests | November 14, 2025 |
| Plaintiffs' Deadline to Add Additional Defendants | November 18, 2025 |
| Defendants' Responses to Master Complaint | December 17, 2025 |
| Initial Disclosures | January 5, 2026 |
| Start Rolling Production and serve RFP responses [1] | January 5, 2026 |
| Plaintiffs' Opposition to Any Motion to Dismiss | January 16, 2026 |
| Defendants' Reply on Any Motion to Dismiss | January 30, 2026 |
| Completion of Liability Fact Discovery | August 31, 2026 |
| Plaintiffs' Expert Disclosures[2] | August 31, 2026 |

---

[1] Any Plaintiffs joined on or after December 1, 2025, will respond to any pending discovery and make initial disclosures no later than 60 days after being joined.

[2] Plaintiffs shall endeavor to disclose damages experts early, without prejudice and for settlement purposes only pursuant to FRE 408, to assist with mediation and/or settlement discussions of any claims.  The early disclosure of any reports will not otherwise shift rebuttal report deadlines.

| | |
|---|---|
| Defendants' Expert Disclosures | October 1, 2026 |
| Rebuttal Expert Disclosures | October 22, 2026 |
| End of Discovery | December 15, 2026 |
| Last Day to File Motions for Summary Judgment and *Daubert* Motions[3] | January 8, 2027 |
| Mandatory Mediation Deadline | February 1, 2027 |
| Motions *in Limine* | February 8, 2027 |
| Oppositions to Motions *in Limine* | February 22, 2027 |
| Replies to Motions *in Limine* | March 1, 2027 |
| Joint Pre-trial Statement per Standing Order ¶ 12 and LCvR 16.5(a) | March 1, 2027 |
| Pre-trial Conference | March 15, 2027 |
| Trial | April 12, 2027 |

It is so ORDERED

Dated: November __, 2025

 

                         _____
ANA C. REYES
United States District Court Judge

---

[3] Responses to Summary Judgment motions will be due 28 days after filing, with any Reply due 14 days later.