UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RACHEL CRAFTON, as Administratrix of
CASEY CRAFTON, deceased,

Plaintiff,

-v.-

AMERICAN AIRLINES INC., et al.

Defendants.

Case No.: 1:25-cv-3382 (ACR)

## ORDER APPOINTING PLAINTIFFS' STEERING COMMITTEE

This Court, having reviewed the Motion for Order Appointing Plaintiffs' Steering Committee, hereby appoints the following:

1. Lead Counsel shall be Brian J. Alexander of Kreindler & Kreindler LLP. The Lead Counsel's responsibilities shall include: coordinating the responsibilities of the Plaintiffs' Steering Committee ("PSC"), receiving and distributing promptly to counsel for non-PSC Plaintiffs (*e.g.*, counsel for the AE 5342 pilots) all relevant notices and other documents from the Court or from other parties, submitting to the Court and distributing to Defendant any notices or other documents, establishing and maintaining a depository for all documents produced by Defendants, keeping minutes or transcripts of meetings, appearing at periodic court noticed status conferences, performing other necessary administrative or logistical functions, and carrying out any other duty as the Court may order.

2. The two PSC Co-Chairs shall be Robert A. Clifford of Clifford Law Offices, P.C., and Douglas A. Latto of Speiser Krause, P.C.  Their responsibilities, together with Lead Counsel,

shall include: (i) to advance the common interests of the Plaintiffs[1] in the prosecution of liability and legal issues on damages in the actions against Defendants and any other parties hereafter joined or added as Defendants; (ii) to brief and argue motions and appear at all pretrial proceedings on behalf of Plaintiffs and to oppose all motions of parties whose interests are adverse to Plaintiffs; (iii) to prepare and direct legal research and memoranda on issues of law that arise in this lawsuit; (iv) to supervise the liability discovery proceedings including the depositions of witnesses, preparation of written interrogatories, requests for production of documents, requests for admission, and other discovery requests; (v) to initiate motions as deemed necessary; and (vi) to perform such other duties and functions as this Court may direct.

3. Vincent C. Lesch of Kreindler & Kreindler LLP is appointed as Plaintiffs' Liaison Counsel. His responsibilities shall include facilitating communications between the Plaintiffs and Defendants and between the Plaintiffs and the Court. In most circumstances, he will file documents with the Court on behalf of the Plaintiffs' committee and will otherwise serve as the primary point of contact for Plaintiffs in the case. He will also manage the finances for the Plaintiffs' Steering Committee and carry out other responsibilities assigned to him by the PSC.

4. The other members of the PSC are:

    a. Anthony Tarricone, Kreindler & Kreindler LLP

    b. Daniel O. Rose, Kreindler & Kreindler LLP

    c. Evan Katin-Borland, Kreindler & Kreindler LLP

    d. Erin R. Applebaum, Kreindler & Kreindler LLP

    e. Kevin Durkin, Clifford Law Offices, P.C.

---

[1] "Plaintiffs" in this Order refers to personal representatives, heirs, beneficiaries and/or other claimants of passengers and cabin crew members of American Eagle Flight 5342 ("AE 5342"). Counsel for the pilots of AE 5342 will not be part of the PSC and will not be bound by decisions of the PSC. The PSC will coordinate with counsel for the pilots of Flight 5342.

f. John Kalantzis, Clifford Law Offices, P.C.

g. Jeanne O'Grady, Speiser Krause, P.C.

h. Kenneth P. Nolan, Speiser Krause, P.C.

i. Frank H. Granito, III, Speiser Krause, P.C.

j. Dane Butswinkas, Williams Connolly LLP

k. Robert Spohrer, Spohrer Dodd

l. William Angelley, Angelley Hightower LLP

m. Daniel Back, Hutton & Hutton Law Firm LLP

n. Michael Rader, Bartimus Frickleton Robertson Rader, LLP

o. Marijo Adimey, Gair, Gair, Conason, Rubinowitz, Bloom, Hershenhorn, Steigman & Mackauf

p. Amanda Dure, Pangia Law Group

q. Robert Curtis, Foley Bezek Behle & Curtis LLP

r. Keith Franz, Azrael, Franz, Schwab, Lipowitz & Solter, LLC

s. Joshua Birmingham, Miller Weisbrod LLP

t. Timothy Loranger, Wisner Baum LLP

5. The Lead Counsel and Co-Chairs, collectively the PSC Leadership, shall prepare liability fact stipulations, discovery requests, and other documents on behalf of all Plaintiffs. The PSC Leadership may designate and assign such duties and responsibilities as they shall deem necessary for the preparation of these cases for trial. The PSC Leadership may designate and assign such duties and responsibilities as they deem necessary for the preparation of the cases for trial.

6. All liability discovery shall be done in a coordinated and consolidated basis by the by and/or at the direction of the PSC Leadership. All final decisions as to the prosecution of the case shall be made by the PSC Leadership with the advice and input of the PSC. The decisions of the PSC Leadership will bind all Plaintiffs' counsel in this case as if those actions or non-actions had been undertaken by Plaintiffs' counsel, with leave to file application with the Court at any time for good cause shown why Plaintiffs' counsel should not be bound by a particular action or non-action of the PSC Leadership.

7. The PSC Leadership shall determine jointly the amount necessary to be funded in order to prosecute the case and shall have the right to seek contribution from all plaintiffs' counsel to prosecute the case. All contributed funds shall be collected in a designated trust account held by the PSC Leadership

IT IS SO ORDERED.

DATED: <u>Nov. 12, 2025</u>

                                                         Ana C. Reyes
                                                         United States District Judge