UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RACHEL CRAFTON, as Administratrix of the Estate of CASEY CRAFTON, deceased,

*Plaintiff*,

v.

AMERICAN AIRLINES, INC., *et al.*,

*Defendants*.

Case No. 1:25-cv-3382 (ACR) (lead)

## CASE MANAGEMENT AND SCHEDULING ORDER

As discussed at the November 12, 2025, hearing, the Court ADOPTS the parties' Proposed Discovery Plan, Dkt. 36, including the ESI and Document Production Protocol, Dkt. 36-2, and Proposed Scheduling Order, Dkt. 36-3, with the following modifications.

**Consolidation.**  Additional Plaintiffs shall begin filing their short complaints and shall mark their cases as related.  Plaintiffs shall submit a proposed consolidation order listing the group of cases that the Court may consolidate on or before December 29, 2025, at 12 p.m.  The Court will enter additional consolidation orders thereafter as necessary.

**Dispute Resolution.**  As to Discovery Protocol § A.6, Dkt. 36 at 7, the Court requires that the Joint Discovery Committee engage in at least two attempts at dispute resolution before the parties notify the Court of the need for its intervention.  One of those attempts must be in person in Washington, D.C., unless Defendants agree to a different location.  All members of the Joint Discovery Committee shall attend, without substitutions.

**Conduct of Depositions.**  As to Discovery Protocol § K.3.iv, Dkt. 36 at 13, the objecting party shall explain the reason for the objection only if opposing counsel inquires.

1

The Court further expects professionalism from all parties in the conduct of depositions.

As to the depositions of any air-traffic controllers, the Court expects the parties to clear the time of those depositions with the Courtroom Deputy (Chashawn_White@dcd.uscourts.gov) so that the Court shall be available, if necessary.  The Court advises the parties to hold such depositions at a location within the courthouse, if available, unless the deponent requests an alternative location.

**NTSB Investigation.**  The parties shall notify the Court of any developments regarding the NTSB investigation.

**Joint Status Reports.**  The parties shall submit a joint status report the first Monday of each month beginning in February 2026.

**Hearing on Motion(s) to Dismiss.**  The parties shall contact the Courtroom Deputy to schedule, for the week of February 16, 2026, a hearing on any motions to dismiss that Defendants file.

**Motion(s) for Summary Judgment.**  Any Defendant wishing to file a motion for summary judgment will have one opportunity to do so.  With respect to such motions, the parties shall follow the Court's pre-motion conference procedure in its Standing Order § 7(f).

**Pre-Trial Conference.**  The Court will hold a pre-trial conference on March 12, 2027, at 10:30 a.m.


Dated:  November 12, 2025                                         ANA C. REYES
                                                                  United States District Court Judge