## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025 | Lead Case No. 1:25-cv-03382-ACR |
| Plaintiffs, | |
| v. | |
| American Airlines, Inc., PSA Airlines Inc., and United States of America, | |
| Defendants. | |

**DEFENDANT AMERICAN AIRLINES, INC.'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Rule 7, Defendant American Airlines, Inc. (American) respectfully moves for an order dismissing with prejudice the claims against it contained in Plaintiffs' Master Complaint (Dkt. 28).

As the accompanying Memorandum of Points and Authorities explains, Plaintiffs' claims against American are preempted. In enacting the Federal Aviation Act, Congress gave the federal government exclusive control in regulating the field of aviation safety. Yet Plaintiffs do not allege that American violated any federal standard—they instead seek to use state law to impose a standard of care different from the comprehensive federal regulations that govern every aspect of aviation safety.

Even if any of Plaintiffs' claims against American survived preemption, they should still be dismissed because Plaintiffs have not alleged that American owed a duty to the passengers of Flight 5342, which was operated by a separate airline, PSA. Plaintiffs do not allege any facts to establish that American has a duty to control PSA.

For these reasons, and for the reasons set forth in the accompanying Memorandum of Points and Authorities, American respectfully requests that the Court dismiss Plaintiffs' claims against American with prejudice. A proposed order accompanies this motion. Pursuant to the Parties' Proposed Discovery Plan (Dkt. 36), adopted in relevant part by this Court's Case Management and Scheduling Order (Dkt. 42), any opposition to this motion is due on January 16, 2026, and any reply is due on January 30, 2026. The parties have jointly requested that the courtroom deputy schedule a hearing on this motion for February 27, 2026, at 9:00 a.m.

Dated:  December 17, 2025

Respectfully submitted,

/s/ *Paul W. Hughes*

/s/ *Robert J. Burns*

Paul W. Hughes (Bar No. 997235)
Sarah P. Hogarth (Bar No. 1033884)
Mary H. Schnoor (Bar No. 1740370)
Alex C. Boota (Bar No. 90001014)
MCDERMOTT WILL & SCHULTE LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
phughes@mwe.com
shogarth@mwe.com
mschnoor@mwe.com
aboota@mwe.com

William F. Gould (Bar No. 428468)
HOLLAND & KNIGHT LLP
800 17th Street, NW
Washington, DC 20006
(202) 955-3000
william.gould@hklaw.com

Steven Raffaele (Bar No. NY0685)
Robert J. Burns (Bar No. NY0682)
Sarah Korapaty (Bar No. NY0684)
Qian (Sheila) Shen (Bar No. NY0693)
HOLLAND & KNIGHT LLP
787 Seventh Avenue
New York, NY 10019
(212) 513-3200
steven.raffaele@hklaw.com
robert.burns@hklaw.com
sarah.korapaty@hklaw.com
qian.shen@hklaw.com

*Attorneys for Defendants American Airlines, Inc. and PSA Airlines, Inc.*