IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025<br><br>Plaintiffs,<br><br>  v.<br><br>American Airlines, Inc., PSA Airlines Inc., and United States of America,<br><br>  Defendants. | Lead Case No. 1:25-cv-03382-ACR |

**[PROPOSED] ORDER**

Having considered PSA Airlines, Inc.'s Motion to Dismiss, the statements of points and authorities filed in support thereof and in opposition thereto, and the arguments of the parties, the Court hereby:

**ORDERS** that Defendant PSA Airlines, Inc.'s Motion to Dismiss is **GRANTED**; and the Court further

**ORDERS** that Plaintiffs' claims against PSA Airlines, Inc. are **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.


Date: _____

_____
HON. ANA C. REYES
United States District Judge

1