UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RACHEL CRAFTON, as Administratrix of the Estate of CASEY CRAFTON, deceased,<br><br>Plaintiff,<br><br>-v.-<br><br>AMERICAN AIRLINES INC., PSA AIRLINES, INC., AND THE UNITED STATES OF AMERICA,<br><br>Defendants. | Case No: 1:25-cv-03382-ACR<br><br>Hon. Ana C. Reyes<br><br>UNITED STATES' RESPONSE TO COURT'S MINUTE ORDER OF DECEMBER 18, 2025, RE: JURISDICTION MOTION |

As stated in the United States' Answer, a limited number of allegations in the Master Complaint implicate exceptions to Federal Tort Claims Act's waiver of the United States' sovereign immunity. At this time, the United States does *not* seek a ruling on whether these defenses implicate the Court's jurisdiction to adjudicate these allegations. Given the United States' admission of liability, the question of whether sovereign immunity has not been waived for some of the allegations in the Master Complaint will not hold up the resolution of this civil action because it is not completely dispositive. Typically, a motion presenting a partially dispositive defense in a complex case like this one would be presented after the close of discovery, to narrow the scope of liability issues to be tried. The United States has admitted liability, however, possibly obviating the need to present this issue before the Court even then.

1

Additionally, the United States is meeting and conferring with Plaintiffs regarding whether the parties will be able to resolve the allegations and defenses at issue without judicial involvement. The Parties will advise the Court concerning these discussions as soon as able but no later than by December 31, 2025.

Because the Court ordered the parties to submit a briefing schedule, we provide a schedule here. In furtherance of judicial economy, however, we jointly request that the briefing schedule not be entered for the reasons stated above. The parties remain mindful of the Court's admonition against partial motions and the Court's preference for the pre-motion conference process, as well. Hearing, Nov. 12, 2025, Tr. at 16.

January 23, 2025:     United States' Partial Motion to Dismiss
February 6, 2025:     Plaintiffs' Response
February 13, 2025:    United States' Reply
February 27, 2025:    Hearing

December 22, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*
*Civil Division*

JONATHAN D. GUYNN
*Deputy Assistant Attorney General*
*Torts Branch*

*Of Counsel:*

LTC JA STEVEN C. HIGGINS
*Chief*
Tort Litigation Branch
Litigation Division
U.S. Army Legal Services Agency
Ft. Belvoir, VA 22060

CHRIS STEVENSON
*Manager*
REBECCA A. LIPE
*Attorney*
Aviation Litigation Division
Office of the Chief Counsel
Federal Aviation Administration
Washington, DC 20591

  /s/ *Ashley Dempsey*
ASHLEY DEMPSEY
*Senior Trial* Counsel
BRADLEY J. PREAMBLE
(D.C. Bar No. 493969)
*Senior Aviation Counsel*
DEBRA D. FOWLER
*Senior Aviation Counsel*
U.S. Department of Justice
Civil Division, Torts Branch
Aviation, Space & Admiralty Litigation
P.O. Box 14271
Washington, DC 20044-1471
Tel. (202) 616-4024
Fax (202) 616-4002
Emails: ashley.dempsey@usdoj.gov
debra.fowler@usdoj.gov
bradley.j.preamble@usdoj.gov

*Attorneys for Defendant
United States of America*