# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025 | Lead Case No.: 1:25-cv-03382-ACR |
| This Filing Relates to:<br>*All Cases* | **CONSOLIDATION ORDER** |

As discussed in the Court's Case Management and Scheduling Order entered on November 12, 2025 (Dkt. 42), the Court orders the following regarding consolidation of additional cases.

**Additional Cases for Consolidation.** The following cases related to the fatal mid-air collision in Washington, D.C., on January 29, 2025, filed in this court are hereby consolidated with the lead case, *Crafton v. American Airlines* (25-cv-03382):

| No. | Caption | Case No. |
|---|---|---|
| 1. | Martinez Aldana v. American Airlines, Inc., et al. | 25-cv-03864 |
| 2. | Clagett v. American Airlines, Inc., et al. | 25-cv-03952 |
| 3. | Duggins v. American Airlines, Inc., et al. | 25-cv-03979 |
| 4. | Raza v. American Airlines, Inc., et al. | 25-cv-04022 |
| 5. | Gusinsky v. American Airlines, Inc., et al. | 25-cv-04079 |
| 6. | Gusinsky v. American Airlines, Inc., et al. | 25-cv-04081 |
| 7. | Zhou v. American Airlines, Inc., et al. | 25-cv-04173 |
| 8. | Zhou v. American Airlines, Inc., et al. | 25-cv-04180 |
| 9. | Zhou v. American Airlines, Inc., et al. | 25-cv-04181 |
| 10. | Kay v. American Airlines, Inc., et al. | 25-cv-04183 |
| 11. | Kay v. American Airlines, Inc., et al. | 25-cv-04184 |

| 12. | Nicandri v. American Airlines, Inc., et al. | 25-cv-04185 |
|---|---|---|
| 13. | Gudin v. American Airlines, Inc., et al. | 25-cv-04186 |
| 14. | Thomas v. American Airlines, Inc., et al. | 25-cv-04187 |
| 15. | Livingston v. American Airlines, Inc., et al. | 25-cv-04188 |
| 16. | Smojice v. American Airlines, Inc., et al. | 25-cv-04190 |
| 17. | Smojice v. American Airlines, Inc., et al. | 25-cv-04191 |
| 18. | Smojice v. American Airlines, Inc., et al. | 25-cv-04192 |
| 19. | Cai v. American Airlines, Inc., et al. | 25-cv-04201 |
| 20. | Ke v. American Airlines, Inc., et al. | 25-cv-04204 |
| 21. | Wu v. American Airlines, Inc., et al. | 25-cv-04248 |
| 22. | Wu v. American Airlines, Inc., et al. | 25-cv-04249 |
| 23. | Parente v. American Airlines, Inc., et al. | 25-cv-04312 |
| 24. | Shaffer v. American Airlines, Inc., et al. | 25-cv-04453 |
| 25. | Boyd v. American Airlines, Inc., et al. | 25-cv-04485 |
| 26. | Huffman v. American Airlines, Inc., et al. | 25-cv-04486 |
| 27. | McDaniel v. American Airlines, Inc., et al. | 25-cv-04488 |
| 28. | Stovall v. American Airlines, Inc., et al. | 25-cv-04490 |
| 29. | Pitcher v. American Airlines, Inc., et al. | 25-cv-04491 |
| 30. | Johnson v. American Airlines, Inc., et al. | 25-cv-04493 |

**Filing of Future Pleadings.** From this date forward, all pleadings in the above consolidated cases shall be filed ONLY in this lead case. Parties are advised NOT to elect the "SPREAD TEXT" option when filing in ECF, as this will result in repetitive docketing. The only

exception to this instruction is proof of service of each individual case, which should continue to be filed in each individual case docket.

**Case Caption.**  The lead case caption is hereby amended to follow the consolidated case format above.  A filing relating to all cases may be captioned as above.  A filing relating to less than all cases shall specify the case(s) to which it applies, such as below:

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025** | Lead Case No.: 1:25-cv-03382-ACR |
| This Filing Relates to:<br><br>RACHEL CRAFTON, as Administratrix of the Estate of CASEY CRAFTON, deceased,<br><br>Case No. 1:25-cv-03382 (ACR) | **[DOCUMENT]** |

SO ORDERED.

Dated:  December 29, 2025

ANA C. REYES
United States District Court Judge