IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025 | Lead Case No.: 1:25-cv-03382-ACR |
| This Filing Relates to:<br><br>HAMAAD SYED RAZA, as Personal Representative of the Estate of ASRA ADEELA HUSSAIN, deceased,<br><br>Case No. 1:25-cv-04022 (ACR) | **UNITED STATES' ANSWER TO PLAINTIFF RAZA'S SHORT FORM COMPLAINT (Dkt. 1)** |

The United States answers Plaintiff Raza's Short Form Complaint as follows:

1. Plaintiff refers and incorporates herein by reference the Master Complaint, and any and all later amendments thereto, filed in IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., ON JAN. 29, 2025 (Lead case: *Crafton v. American Airlines Inc., et al*, 1:25-cv-03382-ACR), as though fully set forth herein. Plaintiff here adopts the Master Complaint and agrees to be bound by any rulings with respect to the pleadings of the Master Complaint.

**ANSWER:** The United States incorporates by reference its Answer to Plaintiffs' Master Complaint (Dkt. 53), including the United States' defenses, affirmative defenses and any later amendments thereto, filed in IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., ON JAN. 29, 2025 (Lead case: *Crafton v. Am. Airlines, Inc.*, 1:25-cv-03382-ACR), as though fully set forth herein.

2. Plaintiff adopts each of the general allegations of the Master Complaint except for those paragraph numbers set for here, if any: N/A.

**ANSWER:**  The allegations in paragraph 2 do not require a response.  To the extent a response is required, the United States adopts its responses to each of the general allegations of the Master Complaint.

## CLAIMS AGAINST DEFENDANTS

3. Plaintiff brings those Counts, as applicable, against each of the Defendants in the Master Complaint checked below:

☒ AMERICAN AIRLINES, INC.

☒ PSA AIRLINES, INC.

☒ UNITED STATES OF AMERICA

**ANSWER:**  The United States incorporates by reference its answers to the counts against American Airlines, Inc., PSA Airlines, Inc., and the United States that are contained in the United States' Answer to Plaintiffs' Master Complaint (Dkt. 53), including the United States' defenses, affirmative defenses, and any later amendments thereto, filed in IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., ON JAN. 29, 2025 (Lead case: *Crafton v. Am. Airlines Inc.*, 1:25-cv-03382-ACR), as though fully set forth herein.

4. Plaintiffs incorporate by reference each of the Causes of Action in the Master Complaint checked below:

*As against AMERICAN AIRLINES, INC.:*

☒ First Cause of Action for Wrongful Death Based Upon Common Carrier Duty

☒ Second Cause of Action for Survival Based Upon Common Carrier Duty

☒ Third Cause of Action for Wrongful Death Based Upon Negligence

☒ Fourth Cause of Action for Survival Based Upon Negligence

*As against PSA AIRLINES, INC.:*

☒ Fifth Cause of Action for Wrongful Death Based Upon Common Carrier Duty

☒ Sixth Cause of Action for Survival Based Upon Common Carrier Duty

☒ Seventh Cause of Action for Wrongful Death Based Upon Negligence

☒ Eighth Cause of Action for Survival Based Upon Negligence

*As against UNITED STATES OF AMERICA:*

☒ Ninth Cause of Action for Wrongful Death Based Upon Negligence

☒ Tenth Cause of Action for Survival Based Upon Negligence

**ANSWER:** The United States incorporates by reference its answers to the causes of action against American Airlines, Inc., PSA Airlines, Inc., and the United States that are contained in the United States' Answer to Plaintiffs' Master Complaint (Dkt. 53), including the United States' defenses, affirmative defenses, and any later amendments thereto, filed in IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., ON JAN. 29, 2025 (Lead case: *Crafton v. Am. Airlines, Inc.*, 1:25-cv-03382-ACR), as though fully set forth herein.

## PLAINTIFF'S INFORMATION

5. Decedent, ASRA ADEELA HUSSAIN, is an individual who was killed in the crash of American Eagle Flight 5342 ("AE 5342") on January 29, 2025.

**ANSWER:** The United States admits the allegations in paragraph 5.

6. ASRA ADEELA HUSSAIN, resided in District of Columbia.

**ANSWER:** The United States lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6 and therefore denies the same.

7. Plaintiff HAMAAD SYED RAZA is a citizen and resident of Missouri and was the lawful spouse of ASRA ADEELA HUSSAIN, deceased, at the time of her death.

**ANSWER:**  The United States lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7 and therefore denies the same.

8.      Plaintiff HAMAAD SYED RAZA brings this lawsuit as Personal Representative.

**ANSWER:**  The United States lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8 and therefore denies the same.

9.      On or about September 18, 2025, the Superior Court of the District of Columbia issued an order appointing HAMAAD SYED RAZA Personal Representative. Therefore, he has standing to assert both wrongful death and survival claims on behalf of all beneficiaries of ASRA ADEELA HUSSAIN and brings this lawsuit in his representative capacity.

**ANSWER:**  The United States lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9 and therefore denies the same.

## PLAINTIFF'S ADMINISTRATIVE CLAIM

10.     On or about June 18, 2025, Plaintiff HAMAAD SYED RAZA, as Personal Representative of the Estate of ASRA ADEELA HUSSAIN, deceased, and on behalf of each of her heirs and beneficiaries, served initial administrative claims upon the Federal Aviation Administration "FAA".

**ANSWER:**  The United States admits only that on June 18, 2025, the Federal Aviation Administration (FAA) received four administrative claims on behalf of (1) Hamaad Raza, individually and as the representative of the estate of Asra Hussain, deceased, (2) Hamaad Raza, as surviving spouse of Asra Hussain, deceased, (3) Noorus Saba Hussain, as the surviving mother of Asra Hussain, deceased, and (4) Syed Altaf Hussain, as the surviving father of Asra Hussain, deceased. All other allegations in paragraph 10 are denied.

11. On or about June 18, 2025, Plaintiff HAMAAD SYED RAZA, as Personal Representative of the Estate of ASRA ADEELA HUSSAIN, deceased, and on behalf of each of her heirs and beneficiaries, served initial administrative claims upon the United States Army ("Army").

**ANSWER:** The United States admits only that on June 18, 2025, the United States Army received four administrative claims on behalf of (1) Hamaad Raza, individually and as the representative of the estate of Asra Hussain, deceased, (2) Hamaad Raza, as surviving spouse of Asra Hussain, deceased, (3) Noorus Saba Hussain, as the surviving mother of Asra Hussain, deceased, and (4) Syed Altaf Hussain, as the surviving father of Asra Hussain, deceased. All other allegations in paragraph 11 are denied.

12. The USA:

☐ did not serve any formal response either accepting or denying any of the aforementioned claims within six months of filing, as set forth in 28 U.S.C. § 2675(a). This therefore constitutes a final denial of the claims entitling Plaintiff to file this complaint pursuant to 28 U.S.C. § 2675(a).

and/or

☒ the FAA denied Plaintiff's claims on October 29, 2025 on behalf of both the FAA and Army.

**ANSWER:** The United States admits that the FAA denied Plaintiff's administrative claims on October 29, 2025, on behalf of the FAA and U.S. Army.

5

## **PLAINTIFF'S DAMAGES**

13. Plaintiff requests all available wrongful death and survival economic and non-economic damages in an amount according to proof at trial, including but not limited to the following:

- ☒ DECEDENT's physical injuries, conscious pain and suffering, mental anguish, emotional distress, and fear of impending death;
- ☒ the loss of the gross earning power of the DECEDENT;
- ☒ the loss of the full value of the life of the DECEDENT;
- ☒ loss of the parental and/or familial relationship arising from the death of the DECEDENT;
- ☒ the loss of financial support and contribution of the DECEDENT;
- ☒ loss of services;
- ☒ loss of inheritance;
- ☒ loss of accumulations;
- ☒ full pecuniary loss of the DECEDENT;
- ☒ loss of past and future income, support, society, love, grief, consortium, solatium, services, guidance, care, comfort, and companionship of the DECEDENT;
- ☒ loss of life's pleasures;
- ☒ loss of enjoyment of life of the DECEDENT;

- ☒ mental anguish and mental pain and suffering that the heirs, beneficiaries and distributees of the DECEDENT's Estate were caused to incur;

- ☒ other necessary and reasonable expenses as a result of the DECEDENT's death;

- ☒ attorneys' fees, costs and other damages permitted under applicable laws;

- ☒ pre- and post-judgment interest on all damages as allowed by law;

- ☒ all costs of suit herein;

- ☒ such other and further relief as the Court shall deem just and proper;

- ☒ Other (specify):

**ANSWER:** The United States lacks knowledge or information sufficient to form a belief as to the truth in the allegations in paragraph 13, including all subparts, and therefore denies the same.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury as to all claims in this action.

**ANSWER:** Plaintiff is not entitled to a jury trial against the United States. 28 U.S.C. § 2402.

| | |
|---|---|
| January 16, 2026 | Respectfully submitted, |
| | BRETT A. SHUMATE<br>*Assistant Attorney General*<br>*Civil Division* |
| | JONATHAN D. GUYNN<br>*Deputy Assistant Attorney General*<br>*Torts Branch* |

| | |
|---|---|
| *Of Counsel:* |   /s/ Orla M. Brady   |
| | BRADLEY J. PREAMBLE |
| LTC JA STEVEN C. HIGGINS |   (D.C. Bar No. 493969) |
| *Chief* | *Senior Aviation Counsel* |
| Tort Litigation Branch | DEBRA D. FOWLER |
| Litigation Division | *Senior Aviation Counsel* |
| U.S. Army Legal Services Agency | ORLA M. BRADY |
| Ft. Belvoir, VA 22060 |   (D.C. Bar No. 90002184) |
| | *Senior Trial Counsel* |
| CHRIS STEVENSON | U.S. Department of Justice |
| *Manager for Policy, Audit, Evaluation* | Civil Division, Torts Branch |
| REBECCA A. LIPE | Aviation, Space & Admiralty Litigation |
| *Attorney* | P.O. Box 14271 |
| Aviation Litigation Division | Washington, DC 20044-1471 |
| Office of the Chief Counsel | Tel. (202) 616-4100 |
| Federal Aviation Administration | Fax (202) 616-4002 |
| Washington, DC 20591 | Emails:  debra.fowler@usdoj.gov |
| |          bradley.j.preamble@usdoj.gov |
| |          orla.brady@usdoj.gov |
| | *Attorneys for Defendant*<br>*United States of America* |