# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025**<br><br>Plaintiffs,<br><br>-v.-<br><br>AMERICAN AIRLINES INC., et al.<br><br>Defendants. | Lead Case No: 1:25-cv-03382-ACR |

## [PROPOSED] ORDER

Having considered Defendant PSA Airlines, Inc.'s Motion to Dismiss, the statements of points and authorities filed in support thereof and in opposition thereto, and the arguments of the parties, the Court hereby:

**ORDERS** that Defendant PSA Airlines, Inc.'s Motion to Dismiss is **DENIED**.

**SO ORDERED.**

Date:_____

_____
HON. ANA C. REYES
United States District Judge

1