**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025**

Lead Case No: 1:25-cv-03382-ACR

Plaintiffs,

-v.-

AMERICAN AIRLINES INC., et al.

Defendants.

**INDEX OF EXIBITS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO AMERICAN AIRLINES, INC.'S MOTION TO DISMISS THE MASTER COMPLAINT**

| Exhibit | Title of Document |
|---|---|
| **A** | American Airlines Inc.'s Response to Plaintiffs' First Rule 34 Request for Production Concerning Liability |
| **B** | American Airlines Inc.'s Rule 26(A)(1) Initial Disclosures |