**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025** | Lead Case No: 1:25-cv-03382-ACR |
| Plaintiffs,<br>-v.-<br>AMERICAN AIRLINES INC., et al.<br>Defendants. | |

**[PROPOSED] ORDER**

Having considered Defendant American Airlines, Inc.'s Motion to Dismiss, the statements of points and authorities filed in support thereof and in opposition thereto, and the arguments of the parties, the Court hereby:

**ORDERS** that Defendant American Airlines, Inc.'s Motion to Dismiss is **DENIED**.

**SO ORDERED.**

Date:______________

_________________________
HON. ANA C. REYES
United States District Judge