**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE: MID-AIR COLLISION IN WASHINGTON, DC., JAN. 29, 2025** | Lead Case No. 1:25-CV-03382-ACR |
| *This Filing relates to:*<br>PETER NICANDRI, Individually, as Personal Representative of the Estate of MELISSA NICANDRI, deceased, and on behalf of all Surviving Beneficiaries<br>Case No.: 1:25-cv-04185-ACR | |

**UNOPPOSED MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(c), Plaintiff moves for the admission and appearance of attorney Erin R. Applebaum *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Erin R. Applebaum, filed herewith. As set forth in Ms. Applebaum's declaration, she is admitted and an active member in good standing the New York and New Jersey state bars, and the bars of the United States District Courts for District of New Jersey, the Southern District of New York and the Eastern District of New York. This motion is supported and signed by Vincent C. Lesch, an active and sponsoring member of the Bar of this Court.

Plaintiff has conferred with the Defendants to this action pursuant to LCvR 7(m) and confirmed that there is no opposition.

Dated: January 30, 2026

Respectfully submitted,
KREINDLER & KREINDLER LLP

/s/ Vincent C. Lesch
Vincent C. Lesch (Bar ID: NY0675)
485 Lexington Avenue, Floor 28
New York, NY 10017
Tel. (212) 973-3430
vlesch@kreindler.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January 2026, the foregoing document was served by electronic filing on all counsel of record through the Court's ECF system.

/s/ *Vincent C. Lesch*
Vincent C. Lesch

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE: MID-AIR COLLISION IN WASHINGTON, DC., JAN. 29, 2025** | LEAD CASE NO. 1:25-CV-03382-ACR |
| *This Filing relates to:*<br>PETER NICANDRI, Individually, as Personal Representative of the Estate of MELISSA NICANDRI, deceased, and on behalf of all Surviving Beneficiaries<br>Case No.: 1:25-cv-04185-ACR | |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

The Court has reviewed Plaintiff's Motion for Admission of Attorney Erin R. Applebaum *pro hac vice.* Upon consideration of that motion, the Court grants attorney Erin R. Applebaum *pro hac vice* admission to this Court.

**IT IS SO ORDERED.**

DATED: ________________ ____________________________

Hon. Ana C. Reyes
United States District Judge