IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025<br><br>*This Filing Relates to:*<br><br>*All Cases* | Lead Case No: 1:25-cv-03382-ACR |

**JOINT STATUS REPORT**

The Plaintiffs Steering Committee ("PSC"), Defendants American Airlines, Inc. and PSA Airlines, Inc., and Defendant United States (hereinafter collectively "the Parties") respectfully submit this Joint Status Report as directed by the Court's Case Management and Scheduling Order (ECF Doc. 42).

**Cases Filed:** As of today's date, thirty-seven (37) cases related to the fatal mid-air collision underlying this consolidated lead case have been filed. The Court previously consolidated all cases pending on December 29, 2025 (ECF Doc. 57). The following cases were filed after that date and are not yet consolidated:

| # | Caption | Case No. |
|---|---|---|
| 1. | Beyer v. American Airlines, Inc., et al. | 26-cv-00108 |
| 2. | Beyer v. American Airlines, Inc., et al. | 26-cv-00111 |
| 3. | Lane v. American Airlines, Inc., et al. | 26-cv-00122 |
| 4. | Lane v. American Airlines, Inc., et al. | 26-cv-00124 |
| 5. | Seidman v .American Airlines, Inc., et al. | 26-cv-00125 |

1

The Parties respectfully submit that these additional cases may also be consolidated with the lead case. Attached to this report is a [Proposed] Consolidation Order.

**Discovery:** The Parties made their initial disclosures, responded to discovery and began rolling document production on January 5, 2026, as ordered. The Joint Discovery Committee continues to meet weekly.

**Mediation:** The Parties have agreed to mediate these cases before the Hon. Donald P. O'Connell (ret.) and are also considering additional mediators. The Parties are working together to address scheduling of mediations in individual cases.

**NTSB Hearing:** The National Transportation Safety Board held a public meeting to deliberate and adopt its final report concerning this tragedy on January 27, 2026. The NTSB also released additional materials on their public docket. The NTSB does not anticipate releasing their final report concerning the findings discussed on January 27th for another 4-6 weeks.[1]

Dated: February 2, 2026

Respectfully submitted,

| **PLAINTIFFS**<br>KREINDLER & KREINDLER LLP | **DEFENDANTS**<br>HOLLAND & KNIGHT LLP |
|---|---|
| By: /s/ *Vincent C. Lesch*<br>   Brian J. Alexander<br>   (Bar ID: NY0679)<br>   Justin T. Green<br>   (Bar ID: NY0692)<br>   Anthony Tarricone<br>   (Bar ID: 492480) | By: /s/ *William F. Gould*<br>   William F. Gould<br>   (D.C. Bar #428468)<br>   800 17th Street, N.W., Suite 1100<br>   Washington, D.C. 20006<br>   Tel. (202) 955-3000<br>   william.gould@hklaw.com |

---

[1] Pursuant to 49 U.S.C. § 1154(b), "[n]o part of a report of the Board, related to an accident or an investigation of an accident, may be admitted into evidence or used in a civil action for damages resulting from a matter mentioned in the report."

| | |
|---|---|
| Daniel O. Rose | |
| (applicant *pro hac vice*) | *Attorneys for Defendants* |
| Vincent C. Lesch | *American Airlines, Inc., and* |
| (Bar ID: NY0675) | *PSA Airlines, Inc.* |
| Evan Katin-Borland | |
| (Bar ID: NY0674) | |
| Erin R. Applebaum | U.S. DEPARTMENT OF JUSTICE |
| (Applicant *pro hac vice*) | |
| 485 Lexington Avenue, 28th Floor | By:  */s/ Debra D. Fowler* |
| New York, New York 10017 | Debra D. Fowler |
| (212) 687-8181 | (VA Bar 30574) |
| balexander@kreindler.com | Senior Aviation Counsel |
| jgreen@kreindler.com | Civil Division, Torts Branch |
| atarricone@kreindler.com | Aviation, Space & Admiralty |
| drose@kreindler.com | P.O. Box 14271 |
| vlesch@kreindler.com | Washington, DC 20044-1471 |
| ekatinborland@kreindler.com | Tel: (202) 616-4025 |
| eapplebaum@kreindler.com | Email: debra.fowler@usdoj.gov |

CLIFFORD LAW OFFICE, P.C.          *Attorneys for Defendant*
    Robert A. Clifford                              *United States of America*
    (Bar ID: IL0135)
    Kevin P. Durkin
    (Bar ID: IL0136)
    Tracy Brammeier
    (Bar ID: IL0137)
    John V. Kalantzis
    (applicant *pro hac vice*)
    120 N. LaSalle Street Suite 3600
    Chicago, Illinois 60602
    (312) 899-9090
    rac@cliffordlaw.com
    kpd@cliffordlaw.com
    tab@cliffordlaw.com
    jvk@cliffordlaw.com

SPEISER KRAUSE, P.C.
    Douglas A. Latto
    (Bar ID: NY0672)
    Kenneth P. Nolan
    (applicant *pro hac vice*)
    Jeanne M. O'Grady
    (admission pending)
    Frank H. Granito, III
    (applicant *pro hac vice*)
    800 Westchester Avenue, Suite S-608

Rye Brook, New York 10573
(914) 220-5333
dal@speiserkrause.com
f3g@speiserkrause.com
jog@speiserkrause.com
kpn@speiserkrause.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of February 2026, the foregoing document was served by electronic filing on all counsel of record through the Court's ECF system.

/s/ Vincent C. Lesch
Vincent C. Lesch

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| A. | [Proposed] Consolidation Order |