## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025<br><br>Plaintiffs,<br><br>v.<br><br>American Airlines, Inc., PSA Airlines Inc., and United States of America,<br><br>Defendants. | Lead Case No. 1:25-cv-03382-ACR |

## [PROPOSED] ORDER

Having considered PSA Airlines, Inc.'s ("PSA") Motion for Leave to File Amended Reply Brief, the Court hereby:

**ORDERS** that PSA's Motion for Leave to File Amended Reply Brief is granted.

**ORDERS** that PSA file its Amended Reply Brief within one day of the issuance of this Order.

**SO ORDERED**.


Date: _____

_____
HON. ANA C. REYES
United States District Judge

1