# EXHIBIT A

NATIONAL TRANSPORTATION SAFETY BOARD
**Investigative Hearing**
US Army PAT25, Sikorsky UH-60L and
PSA Airlines flight 5342
MHI RJ Aviation CL-600-2C10 (CRJ700), N709PS
Midair Collision in Washington, DC
January 29, 2025

| Docket No. | SA-544 |
|---|---|
| **EXHIBIT** | |
| 12-AIR-A | |

# Cockpit Voice Recorder (Airplane) Factual Report

## (61 Pages)

NTSB Investigation No. **DCA25MA108**

# National Transportation Safety Board

Office of Research and Engineering

Washington, DC 20594



DCA25MA108

## COCKPIT VOICE RECORDER (AIRPLANE)

Group Chair's Factual Report

May 27, 2025

---

**WARNING**

The reader of this report is cautioned that the transcript of a cockpit voice recorder audio recording is not a precise science but is the best product possible from a National Transportation Safety Board group investigative effort. The transcript or parts thereof, if taken out of context, could be misleading. The transcript should be viewed as an accident investigation tool to be used in conjunction with other evidence gathered during the investigation. Conclusions or interpretations should not be made using the transcript as the sole source of information.

---

# TABLE OF CONTENTS

A.  ACCIDENT ..................................................................................................... 4

B.  COCKPIT VOICE RECORDER (AIRPLANE) GROUP ........................................ 4

C.  FEDERAL CARRIAGE REQUIREMENTS ......................................................... 4

D.  DETAILS OF THE INVESTIGATION .............................................................. 5

    1.0     RECORDER DESCRIPTION ...................................................................... 5

    1.1    Recorder Damage .................................................................................. 5

    1.2    Audio Recording Description .................................................................. 6

    1.3    Timing and Correlation ........................................................................ 6

    1.4    Description of Audio Events .................................................................. 7

APPENDIX A. CVR QUALITY RATING SCALE .................................................... 8

APPENDIX B. CVR TRANSCRIPT ...................................................................... 9

## A.     ACCIDENT

Location:          Washington, DC
Date:              January 29, 2025
Time:              20:48 eastern standard time (EST)
Airplane:          Mitsubishi Heavy Industries (MHI) Regional Jet (RJ) Aviation (formerly
                   Bombardier) CL-600-2C10 (CRJ700), N709PS, PSA Airlines flight 5342
                   (callsign Bluestreak 5342)

## B.     COCKPIT VOICE RECORDER (AIRPLANE) GROUP

       The CVR group convened on Feb 2, 2025, to develop the summary and
transcript.  The group reconvened on July 2, 2025 to transcribe additional radio calls
audible to the crew. The FAA did not participate in the reconvened group.

Group Chair:               Olivia Fowler
                           Mechanical Engineer – Vehicle Recorders
                           National Transportation Safety Board (NTSB)

Group Member:              Christopher Sailer
                           Director of Safety
                           PSA Airlines

Group Member:              Russell Page
                           Accident Investigation Committee Vice-Chair
                           Air Line Pilots Association (ALPA)

Group Member:              Tim Vander Ploeg
                           Aviation Safety Inspector
                           Federal Aviation Administration (FAA)

## C.     FEDERAL CARRIAGE REQUIREMENTS

       The event aircraft, N709PS, was manufactured in 2004 and was operating
under Title 14 *Code of Federal Regulations* (CFR) Part 121. Per federal regulation,
turbine engine powered aircraft operating under Title 14 *Code of Federal
Regulations* (CFR) Part 121 must be equipped with a cockpit voice recorder (CVR) that
records a minimum of the last 2 hours of aircraft operation. This is accomplished by
recording over the oldest audio data. When the CVR is deactivated or removed from
the airplane, it retains only the most recent 2 hours of CVR operation.

## D.    DETAILS OF THE INVESTIGATION

The NTSB Vehicle Recorder Division received the following CVR:

Recorder Manufacturer/Model:        L-3/Fairchild FA2100-1020
Part Number:                        2100-1020-00
Recorder Serial Number:             000231043

## 1.0    Recorder Description

This model of CVR, the L3 Harris FA2100-1020, is a solid-state CVR that records 2 hours of digital cockpit audio. Specifically, it contains a 2-channel recording of the last 2 hours of operation and separately contains a 4-channel recording of the last 30 minutes of operation. The 30-minute portion of the recording contains 4 channels of audio information: one channel for each flight crew, one channel for a cockpit observer, and one channel for the cockpit area microphone (CAM). The 2-hour portion of the recording is comprised of one channel of audio information from the CAM source and a second channel that combines the three crew audio panel sources.

## 1.1    Recorder Damage

The CVR was submerged in water during the accident and was kept in water according to standard practice until arrival at the Vehicle Recorder laboratory. Upon arrival at the laboratory, the recorder was removed from water (see Figure 1). The outer case was removed, and the memory module within the interior crash–protected case was dried (see Figure 2). The digital audio was successfully downloaded from the crash-survivable memory unit.



**Figure 1.** Exterior of CVR as received by the Vehicle Recorder laboratory.



**Figure 2.** Memory module extracted from the CVR.

## 1.2    Audio Recording Description

Each channel's audio quality is indicated in table 1.[1]

**Table 1.** Audio Quality

| Channel Number | Content/Source | Quality | Duration (h:mm:ss) |
|---|---|---|---|
| 1 | Captain | Excellent | 0:31:01 |
| 2 | First Officer | Excellent | 0:31:01 |
| 3 | Observer | Excellent | 0:31:01 |
| 4 | Cockpit Area Mic (CAM) | Good | 0:30:54 |
| 5 | Combined Channel | Excellent | 2:03:44 |
| 6 | Cockpit Area Mic (CAM) | Good | 2:03:44 |

## 1.3    Timing and Correlation

Timing on the transcript was established by correlating the CVR events to common events on the aircraft's flight data recorder (FDR). Specifically, the last four radio transmissions that the aircraft made were correlated to the radio transmit microphone key parameter from the FDR. Each of the four radio transmissions acted as an anchor point for a linear interpolation between the remaining CVR events. Once a correlation between the two recorders was established, a reference to local time was determined. The CVR and FDR times were offset to reflect the local eastern standard time of the accident. An additional 1.4 second offset was then applied to

---

[1] Appendix A comprises the CVR Quality Rating Scale.

align the FDR and CVR times with ADS-B data. Times are given in EST for the remainder of this report.

## 1.4    Description of Audio Events

The aircraft's radio callsign was Bluestreak 5342. The recording began at 18:44:19 EST with the aircraft in climbout above 10,000 feet after departing Wichita Dwight D. Eisenhower National Airport (ICT).

The captain was the pilot flying. The flight crew performed standard radio calls and responded to air traffic control requests while transiting air route traffic control centers. Conversation not related to the operation of the aircraft has not been included in this transcript.

The transcript is included in Appendix B.

Submitted by:

Olivia Fowler
Mechanical Engineer – Vehicle Recorders

**APPENDIX A. CVR QUALITY RATING SCALE**

The levels of recording quality are characterized by the following traits of the cockpit voice recorder information:

**Excellent Quality**  Virtually all of the crew conversations could be accurately and easily understood. The transcript that was developed may indicate only one or two words that were not intelligible. Any loss in the transcript is usually attributed to simultaneous cockpit/radio transmissions that obscure each other.

**Good Quality**  Most of the crew conversations could be accurately and easily understood. The transcript that was developed may indicate several words or phrases that were not intelligible. Any loss in the transcript can be attributed to minor technical deficiencies or momentary dropouts in the recording system or to a large number of simultaneous cockpit/radio transmissions that obscure each other.

**Fair Quality**  The majority of the crew conversations were intelligible. The transcript that was developed may indicate passages where conversations were unintelligible or fragmented. This type of recording is usually caused by cockpit noise that obscures portions of the voice signals or by a minor electrical or mechanical failure of the CVR system that distorts or obscures the audio information.

**Poor Quality**  Extraordinary means had to be used to make some of the crew conversations intelligible. The transcript that was developed may indicate fragmented phrases and conversations and may indicate extensive passages where conversations were missing or unintelligible. This type of recording is usually caused by a combination of a high cockpit noise level with a low voice signal (poor signal-to-noise ratio) or by a mechanical or electrical failure of the CVR system that severely distorts or obscures the audio information.

**Unusable**  Crew conversations may be discerned, but neither ordinary nor extraordinary means made it possible to develop a meaningful transcript of the conversations. This type of recording is usually caused by an almost total mechanical or electrical failure of the CVR system.

## APPENDIX B. CVR TRANSCRIPT

The following is a transcript of a L-3/Fairchild FA2100-1020 CVR, serial number 000231043, installed on Mitsubishi Heavy Industries (MHI) Regional Jet (RJ) Aviation (formerly Bombardier) CL-600-2C10 (CRJ700), PSA Airlines flight 5342, N709PS, involved in the accident on January 29, 2025, in Washington, DC.

| LEGEND | |
|---|---|
| AAL1630 | Radio transmission from American Airlines flight 1630 |
| AAL3130 | Radio transmission from American Airlines flight 3130 |
| AAL472 | Radio transmission from American Airlines flight 472 |
| APR | Radio transmission from the Potomac Approach controller |
| CAM | Cockpit area microphone voice or sound source |
| DAL832 | Radio transmission from Delta 832 |
| EGPWS | Enhanced ground proximity warning system |
| HOT | Flight crew audio panel voice or sound source |
| INT | Interphone between flight deck and cabin crew |
| JBU2355 | Radio transmission from JetBlue 2355 |
| JIA5170 | Radio transmission from Bluestreak 5170 |
| JIA5305 | Radio transmission from Bluestreak 5305 |
| JIA5307 | Radio transmission from Bluestreak 5307 |
| JZA789 | Radio transmission from Jazz 789 |
| RDO | Radio transmissions from N709PS, the operation of as Bluestreak 5342 |
| TCAS | Traffic Alert and Collision Avoidance System |
| TWR | Radio transmission from DCA Air Traffic Control Tower Local Controller |
| ZKC | Radio transmission from Kansas City Center controller |
| ZID | Radio transmission from Indianapolis Center controller |
| ZDC | Radio transmission from Washington Center controller |
| -1 | Voice identified as the captain |
| -2 | Voice identified as the first officer |
| -3 | Voice identified as the flight attendant |
| -? | Voice unidentified |
| -A | First identified facility controller |
| -B | Second identified facility controller |
| -C | Third identified facility controller |
| -D | Fourth identified facility controller |
| -E | Fifth identified facility controller |
| * | Unintelligible word |

| # | Expletive |
| --- | --- |
| @ | Non-pertinent word |
| ( ) | Questionable insertion |
| [ ] | Editorial insertion |

Note 1:  Times are expressed in eastern standard time (EST)
Note 2:  Generally, only radio transmissions to and from the accident aircraft were transcribed.
Note 3:  Words shown with excess vowels, letters, or drawn-out syllables are a phonetic representation of the words as spoken.
Note 4:  A non-pertinent word, where noted, refers to a word not directly related to the operation, control, or condition of the aircraft.

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| 18:44:19.6<br>**START OF RECORDING**<br>**START OF TRANSCRIPT** | | | |
| 18:45:36.4 | [conversation not pertinent to the operation of the aircraft] | | |
| | | 18:48:15.6<br>**ZKC-A** | Bluestreak fifty three forty two contact Kansas City Center one three two point two five. |
| | | 18:48:20.8<br>**RDO-2** | one three two two five Bluestreak fifty three forty two. |
| | | 18:48:29.2<br>**RDO-2** | Kansas City Center Bluestreak fifty three forty two eighteen point three for twenty three. |
| | | 18:48:35.7<br>**ZKC-B** | Bluestreak fifty three forty two Kansas City Center climb and maintain flight level three three zero. |
| | | 18:48:40.9<br>**RDO-2** | climb and maintain flight level three three zero Bluestreak fifty three forty two. |
| 18:48:44.3 | [conversation not pertinent to the operation of the aircraft] | | |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| | | 19:00:07.6 **ZKC-B** | Bluestreak fifty three forty two contact Kansas City Center one one niner point four seven. |
| | | 19:00:13.0 **RDO-2** | one one niner point four seven Bluestreak fifty three forty two. |
| | | 19:00:21.5 **RDO-2** | Kansas City Center Bluestreak fifty three forty two thirty one point two for thirty three. |
| | | 19:00:25.9 **ZKC-C** | Bluestreak fifty three forty two * *. |
| 19:01:37.2 | [conversation not pertinent to the operation of the aircraft] | | |
| 19:01:50.8 **CAM** | [sound of tone consistent with altitude alert] | | |
| 19:01:53.2 **HOT-1** | one to go. | | |
| 19:01:56.3 **HOT-2** | that checks. | | |
| 19:03:04.3 | [conversation not pertinent to the operation of the aircraft] | | |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| 19:03:56.5 **CAM** | [sound of click and chime similar to seatbelt sign] | | |
| 19:04:31.7 **HOT-2** | confirmed. | | |
| 19:04:32.9 **HOT-1** | execute. | | |
| 19:04:46.4 **HOT-1** | what we supposed to be doing? four forty nine? | | |
| 19:04:55.6 **HOT-2** | yeaahh. | | |
| 19:04:56.6 | [conversation not pertinent to the operation of the aircraft] | | |
| 19:05:01.1 **HOT-2** | all right were just about like seventy low at D-C. | | |
| 19:05:06.1 **HOT-1** | that's fine. | | |
| 19:05:14.0 **HOT-2** | cruise checklist complete. | | |
| 19:05:18.2 | [conversation not pertinent to the operation of the aircraft] | | |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| | | 19:12:11.0 **ZKC-C** | Bluestreak fifty three forty two contact Kansas City Center one three two point six five. |
| 19:12:13.0 **HOT-1** | I got it. | | |
| | | 19:12:15.4 **RDO-1** | thirty two sixty five Bluestreak fifty three forty two good day. |
| | | 19:12:21.1 **RDO-1** | center Bluestreak fifty three forty two level three three oh. |
| | | 19:12:24.0 **ZKC-D** | Bluestreak fifty three forty two Kansas City roger. |
| 19:12:27.3 | [conversation not pertinent to the operation of the aircraft] | | |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| 19:13:13.3 **CAM** | [A flight attendant called the flight deck and reported that a passenger was having trouble pressurizing their ears. The captain said that the cabin altitude was fifty three hundred feet and asked if they need to divert or call air med[2]. The flight attendant said no. The captain also apologized for pressing the brakes hard while taxiing.] | | |
| 19:17:18.1 | [conversation not pertinent to the operation of the aircraft] | | |
| | | 19:18:34.7 **ZKC-D** | Bluestreak fifty three forty two contact Kansas City Center at one two zero point eight two. |
| | | 19:18:38.7 **RDO-1** | twenty eighty two Bluestreak fifty three forty two good day. |
| | | 19:18:47.6 **RDO-1** | center Bluestreak fifty three forty two level three three oh. |
| | | 19:18:50.0 **ZKC-E** | Bluestreak fifty three forty two Kansas City Center roger. |

---

[2] PSA Airlines subscribes to a service called MedLink provided by the company MedAire, which enables flight crews to communicate with medical personnel to provide advice for in flight medical emergencies.

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| 19:18:53.6 | [conversation not pertinent to the operation of the aircraft] | | |
| 19:23:05.6<br>**CAM** | [The flight attendant called the flight deck and reported that the passenger was still having ear issues. They discussed ear plugs or moving the passenger to a different part of the plane and the flight attendant said they would call back.] | | |
| 19:24:52.2<br>**HOT-1** | can't even get a short cut cause it's a straight # line. | | |
| 19:25:41.1<br>**HOT-1** | # I don't know how much farther I can go before it goes into # detents. | | |
| 19:25:55.4<br>**HOT-1** | eight five nine eight five nine, let's see what it gives me. | | |
| 19:26:21.7<br>**HOT-2** | uh do you just want me to put in the uh I-L-S one? | | |
| 19:26:24.7<br>**HOT-1** | yeah that's fine. | | |
| 19:26:26.1<br>**HOT-2** | all right. | | |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| 19:26:41.2 **HOT-2** | all right uh confirm. | | |
| 19:26:43.0 **HOT-1** | execute. | | |
| 19:27:23.2 | [conversation not pertinent to the operation of the aircraft] | | |
| | | 19:31:37.4 **ZKC-E** | Bluestreak fifty three forty two contact Indy Center one three two point five two. |
| | | 19:31:41.6 **RDO-2** | one three two point five two Bluestreak fifty three forty two. |
| | | 19:31:50.8 **RDO-2** | Kansas City Center Bluestreak fifty three forty two flight level three three zero. |
| | | 19:31:56.1 **ZID-A** | Bluestreak fifty three forty two Indy Center roger. |
| | | 19:34:41.6 **ZID-A** | Bluestreak fifty three forty two amendment to your route advise ready to copy. |
| | | 19:34:51.0 **RDO-1** | go ahead and uh we're ready to copy Bluestreak fifty three forty two. |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| | | 19:34:54.9 **ZID-A** | Bluestreak fifty three forty two cleared to Washington Reagan airport via direct SITTR sierra india tango tango romeo TRUPS FIVE arrival. |
| | | 19:35:09.3 **RDO-2** | cleared to the uh Washington Reagan airport direct uh SITTR for the TRUPS FIVE arrival Bluestreak fifty three forty two. |
| | | 19:35:17.1 **ZID-A** | Bluestreak fifty three forty two readback correct thank you. |
| 19:35:31.5 **HOT-2** | and uh there's direct SITTR execute. | | |
| 19:37:37.8 **HOT-2** | what are you looking up the uh MedLink stuff? | | |
| 19:37:40.4 **HOT-1** | I got ARINC. | | |
| 19:37:43.1 **HOT-2** | gotcha. | | |
| 19:37:44.3 **HOT-1** | just trying to figure out where ARINC— | | |
| 19:37:57.6 **HOT-1** | so I have that up just in case. | | |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| | | 19:38:03.4 **ZID-A** | Bluestreak fifty three forty two contact Indy Center one three three point zero five. |
| | | 19:38:09.0 **RDO-2** | one three three point zero five Bluestreak fifty three forty two. |
| | | 19:38:25.8 **RDO-2** | center Bluestreak fifty three forty two flight level three three zero. |
| | | 19:38:29.2 **ZID-B** | Bluestreak fifty three forty two Indy Center roger. |
| 19:38:45.3 | [The flight attendant called the flight deck and said that the passenger seemed to be all right.] | | |
| 19:42:06.3 **HOT-2** | there's one thirty two. | | |
| 19:42:08.2 **HOT-1** | execute. | | |
| 19:42:10.7 | [conversation not pertinent to the operation of the aircraft] | | |
| | | 19:45:34.8 **ZID-B** | Bluestreak fifty three forty two contact Indy Center one two thee point seven seven. |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| | | 19:45:39.4 **RDO-2** | one two thee point seven seven Bluestreak fifty three forty two. |
| | | 19:45:46.3 **RDO-2** | center Bluestreak fifty three forty two flight level three three zero. |
| | | 19:45:51.7 **ZID-C** | Bluestreak fifty three forty two Indy Center roger. |
| 19:47:25.8 **HOT-2** | are we there yet? | | |
| 19:47:27.4 **HOT-1** | I know right. | | |
| 19:47:32.4 **HOT-1** | I wonder how much time this added to the # flight. | | |
| 19:47:36.9 **HOT-2** | adding the approach in and everything? | | |
| 19:47:40.5 **HOT-1** | no this route change. | | |
| 19:47:41.9 **HOT-2** | oh yeah I have no idea I think maybe like four five minutes. | | |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| | | 19:47:54.8 **ZID-C** | Bluestreak fifty three forty two are you able three five zero for traffic? |
| | | 19:47:59.0 **RDO-1** | uh… uh… one second. |
| | | 19:48:01.9 **ZID-C** | actually disregard that's not gonna work. |
| | | 19:48:06.0 **RDO-1** | we can go up to three eight oh if you need it. |
| | | 19:48:07.9 **ZID-C** | uh yeah that could work. give me one second. |
| | | 19:48:11.6 **RDO-1** | roger. |
| 19:48:46.3 **CAM** | [The flight attendant called the flight deck and reported that the lavatory was not working. The captain said there were fifty two minutes left.] | | |
| | | 19:49:10.2 **ZID-C** | Bluestreak fifty three forty two turn ten degrees— actually turn fifteen degrees left climb and maintain flight level three six zero. |
| | | 19:49:17.3 **RDO-2** | fifteen degrees left and then up to uh three six zero Bluestreak fifty three forty two. |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| 19:49:22.8<br>**HOT-1** | fifteen degrees * three— * * five zero *. | | |
| 19:49:26.4<br>**HOT-2** | he said three six zero. | | |
| 19:49:29.0<br>**HOT-1** | all right thirty six. | | |
| 19:49:31.2<br>**HOT-2** | thirty six. | | |
| 19:49:32.9<br>**INT-1** | all right go ahead. | | |
| | | 19:49:51.4<br>**ZID-C** | and Bluestreak fifty three forty two leaving three five zero you're cleared direct SITTR. |
| | | 19:49:56.9<br>**RDO-2** | leaving three five zero cleared direct SITTR Bluestreak fifty three forty two. |
| 19:50:13.1<br>**HOT-2** | is everything okay? | | |
| 19:50:14.2<br>**HOT-1** | uhhhh aft lav's broken. | | |
| 19:50:19.0<br>**HOT-2** | oh. | | |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| 19:50:22.8<br>**HOT-1** | its not flushing. so no number twos only number ones. | | |
| 19:50:28.2<br>**HOT-2** | heh. | | |
| 19:50:40.5<br>**HOT-1** | I'm trying to see if there's * *  aft lav. uhhhh * * toilet. * * there's the toilet. it's not popped. | | |
| | | 19:51:14.1<br>**ZID-C** | Bluestreak fifty three forty two contact Indy Center one two zero point eight seven. |
| | | 19:51:18.5<br>**RDO-2** | one two zero point eight seven Bluestreak fifty three forty two. |
| 19:51:46.4<br>**CAM** | [sound of tone consistent with altitude alert] | | |
| 19:51:48.4<br>**HOT-2** | thirty five for thirty six. | | |
| 19:51:50.1<br>**HOT-1** | confirm. | | |
| 19:51:51.9<br>**HOT-2** | ex- execute. | | |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| | | 19:51:59.7 **RDO-2** | center Bluestreak fifty three forty two thirty five point two for thirty six direct SITTR. |
| | | 19:52:05.6 **ZID-D** | Bluestreak fifty three forty two Indy Center roger and uh climb and maintain flight level three seven zero. |
| | | 19:52:13.8 **RDO-2** | climb and maintain flight level three seven zero Bluestreak fifty three forty two. |
| 19:52:17.5 **HOT-2** | thirty seven. | | |
| 19:52:18.7 **HOT-1** | thirty seven. | | |
| 19:53:07.5 **CAM** | [sound of tone consistent with altitude alert] | | |
| 19:53:09.5 **HOT-2** | thirty six for thirty seven. | | |
| 19:53:19.6 **HOT-1** | one to go. | | |
| 19:53:40.2 **HOT-1** | is anything popped on my side that you see? | | |
| | | 19:53:47.5 **ZID-D** | Bluestreak fifty three forty two maintain max forward for spacing what will that be in mach? |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| 19:53:52.2<br>**HOT-1** | point eight two. | | |
| | | 19:53:55.4<br>**RDO-1** | point eight two Bluestreak fifty three forty two. |
| | | 19:53:57.7<br>**ZID-D** | thank you. |
| 19:53:59.1<br>**HOT-2** | nah I don't see anything popped on your side. | | |
| 19:54:01.2<br>**HOT-1** | all right cool. | | |
| 19:54:30.8 | [conversation not pertinent to the operation of the aircraft] | | |
| | | 19:54:40.4<br>**ZID-D** | Bluestreak fifty three forty two contact Indy Center one two zero point two seven. |
| | | 19:54:45.0<br>**RDO-2** | one two zero point two seven Bluestreak fifty three forty two. |
| | | 19:54:54.3<br>**RDO-2** | Indy Center Bluestreak fifty three forty two flight level three seven zero. |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| | | 19:54:57.6 **ZID-E** | Bluestreak fifty three forty two Indy Center cleared direct DILLN. |
| | | 19:55:01.5 **RDO-2** | cleared direct DILLN Bluestreak fifty three forty two. |
| 19:55:04.4 **HOT-1** | all right DILLN confirm. | | |
| 19:55:05.4 **HOT-2** | and execute. | | |
| 19:55:22.5 **HOT-1** | all right we got point eight two four. | | |
| 19:55:36.2 | [conversation not pertinent to the operation of the aircraft] | | |
| 19:57:29.6 | [approximately nine minutes of no talking between the crew] | | |
| 20:06:35.8 | [conversation not pertinent to the operation of the aircraft] | | |
| 20:07:02.9 **CAM** | [the flight attendant called the flight deck and requested two wheelchairs when they land] | | |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| | | 20:07:54.2 **ZID-E** | Bluestreak fifty three forty two contact Washington Center one three three point zero two. |
| | | 20:07:58.8 **RDO-2** | one three three point zero two Bluestreak fifty three forty two. |
| | | 20:08:11.6 **RDO-2** | Washington Center Bluestreak fifty three forty two flight level three seven zero. |
| | | 20:08:15.7 **ZDC-A** | Bluestreak fifty three forty two welcome occasional light with me. |
| 20:08:32.4 **HOT-2** | we're uh plane swapping when we get to D-C right? | | |
| 20:08:34.5 **HOT-1** | yeah. | | |
| 20:08:35.3 **HOT-2** | *. | | |
| 20:08:36.5 **HOT-1** | * * gotta worry about that # toilet. | | |
| 20:08:40.4 **HOT-2** | yeah. | | |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| 20:08:59.4 **HOT-1** | [yawn] all right you ready? [yawn] | | |
| 20:09:03.8 **HOT-2** | yep. | | |
| 20:09:04.0 **HOT-1** | I don't know why I'm # yawning I # slept all day. | | |
| 20:09:07.7 **HOT-1** | all right so we goin to SITTR. so from SITTR we got SITTR— oh no we goin to DILNN. my bad. so from DILNN we got DILNN SEALZ oh yeah my bad you read it I'm sorry go ahead. | | |
| 20:09:18.9 **HOT-2** | all right umm… | | |
| 20:09:22.0 **HOT-1** | DILNN. | | |
| 20:09:22.9 **HOT-2** | DILNN. SEALZ. | | |
| 20:09:23.6 **HOT-1** | SEALZ RANJR two eighty *  twenty four twenty eight. | | |
| 20:09:26.8 **HOT-2** | yep. | | |
| 20:09:27.2 **HOT-1** | JARHD twenty two twenty six. | | |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| 20:09:28.7 **HOT-2** | yep. | | |
| 20:09:29.0 **HOT-1** | PJAAE twenty one twenty three. | | |
| 20:09:30.9 **HOT-2** | yep. | | |
| 20:09:31.2 **HOT-1** | USAAY two eighty seventeen twenty one. | | |
| 20:09:33.7 **HOT-2** | yep. | | |
| 20:09:34.0 **HOT-1** | WEEDU sixteen nineteen SUPRT two eighty fourteen seventeen. | | |
| 20:09:38.5 **HOT-2** | yep. | | |
| 20:09:38.8 **HOT-1** | OOURR two fifty thirteen above. | | |
| 20:09:41.2 **HOT-2** | mhm. | | |
| 20:09:41.4 **HOT-1** | TRUPS two fifty first hard eleven. | | |
| 20:09:43.8 **HOT-2** | yep. | | |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| 20:09:44.2 HOT-1 | LETZZ at eight second hard. RLLLL two fifty at six third hard. | | |
| 20:09:48.7 HOT-2 | that uh- that all checks. | | |
| 20:09:50.3 HOT-1 | VCTRY HEROO. | | |
| 20:09:51.5 HOT-2 | yep. | | |
| 20:10:01.8 HOT-2 | and the V-P-A is two point three. | | |
| 20:10:04.8 HOT-1 | we should already have that in there. | | |
| 20:10:07.5 HOT-1 | two twenty on the bottoms. | | |
| 20:10:10.8 HOT-1 | they doing the I-L-Ss or the Mount Vernons? | | |
| 20:10:13.5 HOT-2 | its gonna be the Mount Vernon. | | |
| 20:10:14.9 HOT-1 | all right. | | |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| 20:10:17.1<br>**HOT-1** | Mount Vernon backed up by the uh I-L-S I'm not making the left # turn. | | |
| 20:10:21.6<br>**HOT-2** | all right. | | |
| 20:10:22.0<br>**HOT-1** | um we got uhhh I-L-S runway one. | | |
| 20:10:25.6<br>**HOT-1** | * seventeen February twenty three effective twenty three of February eleven dash one localizer one oh nine nine zero zero seven sixteen hundred M-S-A around the D-C-A V-O-R is twenty six hundred all quadrants missed approach climb four twenty climbing left turn to * * outbound D-C-A V-O-R radial three twenty Georgetown N-D-B D-M-E five point nine DC and hold. highest obstacle * * * forty nine altitude PAPI on the right twenty two hundred is missed approach two twenty eighteen hundred half statute mile visibility uhhhh we got seven thousand one hundred and sixty nine feet of runway available left turn novemberrrr one into the ramp no specials any questions. | | |
| 20:10:58.4<br>**HOT-2** | no questions. | | |
| 20:11:00.7<br>**HOT-1** | oh two oh three a little bit early. | | |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| | | 20:11:11.8<br>**ZDC-A** | Bluestreak fifty three forty two direct RANJR. |
| 20:11:15.1<br>**HOT-1** | RANJR. | | |
| | | 20:11:16.0<br>**RDO-2** | direct RANJR Bluestreak fifty three forty two. |
| 20:11:18.3<br>**HOT-1** | confirm. | | |
| 20:11:18.9<br>**HOT-2** | and execute. | | |
| | | 20:11:24.4<br>**RDO-1** | and center Bluestreak fifty three forty two we were given best forward speed we're at point eight two right now do you still want us at uh that speed? |
| | | 20:11:30.0<br>**ZDC-A** | uh Bluestreak fifty three forty two mach point seven nine or faster is fine. |
| | | 20:11:34.3<br>**RDO-1** | all right seven niner we'll stay at point eight two so RANJR's two eighty so we just wanted to make sure uh speed our discretion on the uh arrival. |
| | | 20:11:40.0<br>**ZDC-A** | yep you're number one Bluestreak fifty three forty two. |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| | | 20:11:42.3 **RDO-1** | thanks. |
| 20:11:47.5 **HOT-2** | number one. | | |
| | | 20:12:51.5 **ZDC-A** | all right Bluestreak fifty three forty two descend via the TRUPS FIVE arrival landing north and uh transition to uh published speeds or faster until SUPRT. |
| | | 20:13:01.4 **RDO-2** | descend via the TRUPS FIVE uh landing north and then uh transition to published speeds at SUPRT Bluestreak fifty three forty two. |
| 20:13:10.3 **HOT-1** | published speed or faster at SUPRT not 'til SUPRT. | | |
| 20:13:14.1 **HOT-2** | 'til SUPRT. | | |
| | | 20:13:15.5 **RDO-1** | and that was published speeds or faster 'til- 'til SUPRT correct? Bluestreak fifty three forty two. |
| | | 20:13:19.4 **ZDC-A** | affirm Bluestreak. |
| | | 20:13:21.1 **RDO-1** | thanks. |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
| --- | --- | --- | --- |
| 20:13:23.3 **HOT-1** | so we'll just keep it # fast. | | |
| 20:13:27.0 **HOT-2** | roger. | | |
| 20:13:40.7 **HOT-1** | [clears throat] | | |
| 20:14:07.2 **HOT-1** | TRUPS at eleven. | | |
| 20:14:09.6 **HOT-1** | yeah eleven isssss set. | | |
| 20:14:19.8 **HOT-1** | [burp] | | |
| 20:14:23.0 **HOT-2** | nine. | | |
| 20:14:23.5 **HOT-1** | uh LETZZ is at eight yeah that's right eight. thanks. | | |
| | | 20:14:47.0 **ZDC-A** | Bluestreak fifty three forty two contact Washington start your descent soon one three three point five five. |
| | | 20:14:54.4 **RDO-2** | one three three point five five Bluestreak fifty three forty two. |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| | | 20:15:08.0 **RDO-2** | center Bluestreak fifty three forty two thirty six point three descending via the TRUPS FIVE but landing north speeds (are \| or) better until SUPRT. |
| | | 20:15:16.0 **ZDC-B** | Bluestreak fifty three forty two Washington Center roger altimeter at Dulles two nine eight seven. |
| | | 20:15:20.8 **RDO-2** | two nine eight seven. |
| 20:16:07.8 **HOT-1** | # too late to do anything now * its at forty four bravo. | | |
| 20:16:11.1 **HOT-2** | yup. | | |
| 20:16:30.4 **HOT-1** | forty four bravo. | | |
| 20:16:32.3 **HOT-2** | yep. | | |
| | | 20:18:14.4 **ZDC-B** | Bluestreak fifty three forty two I don't think I told you is uh can expect moderate turbulence one two thousand and below as well. |
| | | 20:18:20.4 **RDO-2** | thanks. |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| 20:18:22.0<br>**HOT-1** | twelve thousand? | | |
| 20:18:23.6<br>**HOT-2** | yep. | | |
| 20:18:23.9<br>**HOT-1** | all right cool roger we'll slow down by then. | | |
| 20:19:09.9<br>**HOT-2** | he seems very chipper. | | |
| 20:19:11.3<br>**HOT-1** | yeah. | | |
| 20:19:51.9<br>**HOT-1** | go fast. | | |
| 20:19:57.6<br>**HOT-2** | yeah it's nice I feel like usually coming into D-C-A they like vector me off or something. | | |
| 20:20:03.1<br>**HOT-1** | we're probably going to have to sit 'cause we're coming in # like a lot early. | | |
| 20:20:08.0<br>**HOT-2** | yeah. | | |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| 20:20:08.9<br>**HOT-1** | oh nine. oh three. like twenty some odd minutes early. forty fifty sixty twenty eight or some odd twenty three minutes early twenty four minutes early. | | |
| | | 20:20:58.0<br>**ZDC-B** | Bluestreak fifty three forty two contact Potomac Approach one one eight point six seven. |
| | | 20:21:03.3<br>**RDO-2** | one one eight point six seven Bluestreak fifty three forty two. |
| | | 20:21:18.4<br>**RDO-2** | Potomac Approach Bluestreak fifty three forty two twenty two point five descending via the TRUPS FIVE landing north speeds (are/or) better until SUPRT and we have alpha. |
| | | 20:21:29.0<br>**APR-A** | Bluestreak fifty three forty two Potomac Approach good evening Washington altimeter two niner eight niner runway one and we've had reports of light to moderate turbulence starting around twelve. |
| | | 20:21:39.3<br>**RDO-2** | roger thanks and we'll expect runway one Bluestreak fifty three forty two. |
| 20:21:49.7<br>**HOT** | [sound consistent with flight deck call to flight attendant] | | |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| 20:21:53.1 **INT-3** | yeah pops. | | |
| 20:21:54.4 **INT-1** | pack it up and sit down. | | |
| 20:21:56.5 **INT-3** | gonna get bumpy? | | |
| 20:21:57.5 **INT-1** | yeah below twelve thousand we are at twenty thousand now but we're cookin' on down so go ahead and get seated now he said moderate turbulence. | | |
| 20:22:03.9 **INT-3** | all right bye. | | |
| 20:22:04.5 **INT-1** | bye. | | |
| 20:22:05.4 **HOT** | [sound of click consistent with hanging up interphone] | | |
| 20:23:18.5 **HOT-2** | pretty much right on the snowflake. | | |
| 20:23:21.3 **HOT-1** | yeah. | | |
| 20:23:21.6 **HOT-2** | it's nice. | | |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| 20:23:25.3<br>**HOT-1** | now we're not twenty nine eighty seven. | | |
| 20:23:29.7<br>**HOT-2** | twenty nine eighty seven. | | |
| 20:23:31.1<br>**HOT-1** | descents. | | |
| 20:23:31.7<br>**HOT-2** | pressurization set altimeters verified twenty nine eighty seven set. | | |
| 20:23:36.0<br>**HOT-1** | twenty nine eighty seven set. | | |
| 20:23:37.2<br>**HOT-2** | landing data set on the sixty four thousand pound card. arrival briefing. | | |
| 20:23:44.0<br>**HOT-1** | complete. | | |
| 20:23:44.9<br>**HOT-2** | CAS verify. checked. | | |
| 20:23:46.4<br>**HOT-1** | it's checked. | | |
| 20:23:48.1<br>**HOT-2** | down to the line. | | |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| 20:23:49.1 **HOT-1** | thank you. | | |
| | | 20:26:57.7 **APR-A** | Bluestreak fifty three forty two contact approach one one niner point eight five good day. |
| | | 20:27:03.2 **RDO-2** | one one niner point eight five Bluestreak fifty three forty two good day. |
| | | 20:27:09.4 **RDO-2** | Potomac Approach Bluestreak fifty three forty two twelve thousand five hundred descending via the TRUPS FIVE landing north with alpha. |
| 20:27:10.5 **CAM** | [chime consistent with interphone flight deck call button] | | |
| 20:27:15.9 **INT-1** | hello. | | |
| | | 20:27:16.3 **APR-B** | Bluestreak fifty three forty two * approach Washington altimeter two niner eight niner and expect light chop through four thousand. |
| 20:27:16.3 **INT-3** | hey pops. we're down and secure. see you on the ground. | | |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| | | 20:27:22.8 **RDO-2** | two niner eight niner thanks Bluestreak fifty three forty two. |
| 20:27:28.4 **HOT-1** | what did he say? just expect light chop? | | |
| 20:27:30.5 **HOT-2** | yep. | | |
| 20:27:32.6 **HOT-1** | ohh. | | |
| 20:27:41.8 **HOT-1** | eh I just guess I'll stop at eleven first. | | |
| 20:27:45.8 **HOT-2** | all right. | | |
| 20:28:23.3 **HOT-2** | there's alts cap. | | |
| 20:28:25.5 **HOT-1** | checks. | | |
| 20:28:36.9 **HOT-2** | eight thousand. | | |
| 20:28:57.2 **CAM** | [sounds of clicking similar to switches] | | |
| 20:29:19.4 **HOT-1** | there's Dulles. | | |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| 20:29:21.5<br>**HOT-2** | yep there it is. | | |
| 20:29:24.1<br>**HOT-1** | don't even look like it's a # airport. they have all the lights off. | | |
| 20:29:27.9<br>**HOT-2** | no it doesn't. | | |
| 20:29:36.7<br>**HOT-2** | * don't see a beacon uh I see it (yet) yeah I see it. small little thing like not even like on the main area of the airport out in the # boonies. | | |
| 20:29:48.9<br>**HOT-1** | which is crazy cause last night the beacon was so bright. | | |
| 20:29:51.4<br>**HOT-2** | I know right? for a small little airport. | | |
| 20:29:59.7<br>**CAM** | [sounds of clicking similar to knob turning] | | |
| 20:30:07.1<br>**CAM** | [sound of tone consistent with altitude alert] | | |
| 20:30:08.7<br>**HOT-2** | nine for eight. | | |
| 20:30:11.5<br>**HOT-1** | nine for eight. | | |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| | | 20:30:18.4 **APR-B** | Bluestreak fifty three forty two reduce speed to two one zero then descend and maintain six thousand. |
| | | 20:30:23.0 **RDO-2** | reduce speed to two one zero then down to uh six thousand Bluestreak fifty three forty two. |
| 20:30:46.2 **HOT-1** | six thousand. | | |
| 20:30:47.5 **HOT-2** | there's six thousand. | | |
| 20:30:48.2 **HOT-1** | did we do through ten below the line? | | |
| 20:30:50.0 **HOT-2** | and... | | |
| 20:30:52.2 **CAM** | [sounds of clicking similar to vertical speed knob] | | |
| 20:30:54.1 **HOT-2** | ...and seatbelt sign's on. | | |
| 20:30:57.4 **HOT-2** | sterile I heard you ding it um descent checklist complete. | | |
| 20:31:07.9 **HOT-1** | lets go flaps eight. | | |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| 20:31:09.6 **HOT-2** | flaps eight. | | |
| 20:31:10.7 **CAM** | [sound of click] | | |
| 20:31:15.1 **HOT-2** | and uh just as a reminder for myself I gotta do the headings freqs and needles in this plane. | | |
| 20:31:21.4 **HOT-1** | yep. | | |
| 20:31:53.9 **CAM** | [sound of tone consistent with altitude alert] | | |
| 20:31:56.1 **HOT-2** | seven for six. | | |
| 20:31:57.0 **HOT-1** | seven for six. | | |
| | | 20:32:00.9 **APR-B** | Bluestreak fifty three forty two contact approach one two four point seven. |
| | | 20:32:05.7 **RDO-2** | one two four point seven Bluestreak fifty three forty two. |
| | | 20:32:26.4 **RDO-2** | approach Bluestreak fifty three forty two six thousand two hundred for six thousand two ten on the speed. |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| | | 20:32:31.2 **APR-C** | Bluestreak fifty three forty two descend and maintain four thousand. |
| | | 20:32:34.0 **RDO-2** | descend and maintain four thousand Bluestreak fifty three forty two. |
| 20:32:39.7 **HOT-2** | four thousand. | | |
| 20:32:40.4 **HOT-1** | four thousand. | | |
| 20:32:43.0 **HOT-1** | what's the winds? | | |
| 20:32:50.0 **HOT-2** | three zero zero at fifteen gusts twenty five. | | |
| 20:32:52.2 **HOT-1** | three zero zero at fifteen? | | |
| 20:32:55.0 **HOT-2** | (yep | yes). | | |
| 20:33:06.7 **HOT-1** | runway one. | | |
| 20:33:09.0 **HOT-?** | *. | | |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| 20:33:10.3<br>**HOT-1** | left fourteen knot crosswind. why they # * * * ... scared of a little crosswind. | | |
| 20:33:18.0<br>**HOT-2** | heh heh yep. | | |
| 20:33:39.8<br>**HOT-2** | five for four. | | |
| 20:33:41.3<br>**CAM** | [sound of tone consistent with altitude alert] | | |
| 20:33:41.9<br>**HOT-1** | five four. | | |
| | | 20:34:43.7<br>**APR-C** | Bluestreak fifty three forty two reduce speed to one niner zero. |
| | | 20:34:47.0<br>**RDO-2** | reduce speed to one niner zero Bluestreak fifty three forty two. |
| 20:34:50.6<br>**HOT-1** | flaps twenty. | | |
| 20:34:51.8<br>**HOT-2** | one niner zero flaps twenty. | | |
| 20:36:51.8<br>**HOT-1** | why is that guy high as #? [referring to another aircraft] | | |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| 20:36:55.3 **HOT-2** | yeah... I dunno. | | |
| 20:37:02.5 **HOT-1** | and that guy… we got a guy right behind him that's at our altitude but he looks high as # too. and this guy's comin' into view. he's plus twenty six. [referring to other aircraft] | | |
| 20:37:48.3 **HOT-1** | where the # is he goin'? [referring to another aircraft] | | |
| 20:37:57.2 **HOT-2** | I have no idea. | | |
| 20:38:04.8 **HOT-1** | he just passed us. oh he's twelve hundred so he's even higher. kay. that guy that just turned left is going somewhere else. all right traffic is plus twelve hundred guy that's turning left here. plus a thousand. [referring to other aircraft] | | |
| | | 20:38:23.4 **APR-C** | Bluestreak fifty three forty two left turn zero niner zero. |
| | | 20:38:27.2 **RDO-2** | left turn zero niner zero Bluestreak fifty three forty two. |
| 20:38:34.8 **CAM** | [sound of click] | | |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| 20:38:36.8<br>**HOT-2** | andddd execute. | | |
| | | 20:39:01.7<br>**APR-C** | Bluestreak fifty three forty two left turn zero four zero report the river. |
| | | 20:39:06.5<br>**RDO-2** | zero four zero Bluestreak fifty three forty two and the river's in sight. |
| 20:39:08.0<br>**HOT-1** | river's in sight. | | |
| | | 20:39:10.6<br>**APR-C** | Bluestreak fifty three forty two cleared Mount Vernon Visual runway one approach. |
| | | 20:39:14.3<br>**RDO-2** | cleared Mount Vernon Visual runway one approach Bluestreak fifty three forty two. |
| 20:39:20.4<br>**CAM** | [sound of two clicks] | | |
| | | 20:39:34.4<br>**APR-C** | Bluestreak fifty three forty two a hundred and seventy knots until five out. |
| | | 20:39:38.3<br>**RDO-2** | one seventy 'til five out Bluestreak fifty three forty two. |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| 20:39:42.5<br>**HOT-1** | one seventy. | | |
| 20:39:43.6<br>**HOT-2** | one seventy. | | |
| 20:39:49.9<br>**HOT-2** | loc and glideslope armed. | | |
| 20:39:51.1<br>**HOT-1** | checks and checks. | | |
| 20:40:10.0<br>**HOT-2** | localizers alive. | | |
| 20:40:11.0<br>**HOT-1** | checks. | | |
| 20:40:22.6<br>**HOT-1** | capture one there you go. | | |
| 20:40:25.7<br>**HOT-2** | yeah localizers captured. | | |
| 20:40:27.0<br>**HOT-1** | checks. | | |
| 20:41:21.0<br>**HOT-2** | glideslope's alive. | | |
| 20:41:22.3<br>**HOT-1** | checks. | | |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| 20:42:21.6<br>**HOT-1** | glideslope's captured set missed approach altitude. | | |
| 20:42:28.3<br>**HOT-2** | two thousand two hundred set for the missed. | | |
| 20:42:29.8<br>**HOT-1** | twenty two hundred checks. | | |
| | | 20:42:56.4<br>**APR-C** | Bluestreak fifty three forty two tower's nineteen one. |
| | | 20:42:59.6<br>**RDO-2** | nineteen one Bluestreak fifty three forty two. |
| | | | [All audible radio transmissions are transcribed while the airplane was on the DCA Tower frequency] |
| | | 20:43:06.3<br>**RDO-2** | tower Bluestreak fifty three forty two on Mount Vernon Visual runway one. |
| | | 20:43:09.3<br>**TWR-A** | Bluestreak fifty three forty two Washington Tower winds are three two zero at one seven gusts two five can you take runway three three? |
| 20:43:17.9<br>**HOT-1** | do we got the numbers for it? | | |
| 20:43:19.5<br>**HOT-2** | yeah I think so. | | |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| | | 20:43:20.1 **TWR-A** | Bluestreak fifty one seventy eight left turn at sierra ground point seven. |
| 20:43:23.0 **HOT-2** | yeah. | | |
| 20:43:24.6 **HOT-2** | it's uh it's the same numbers. | | |
| | | 20:43:25.6 **JIA5170** | * ground point seven fifty one seventy. |
| 20:43:29.1 **HOT-1** | I really don't want to but I guess uhhh tell 'em—. | | |
| 20:43:31.4 **HOT-2** | I mean I can just tell 'em—. | | |
| 20:43:33.2 **HOT-1** | nah its fine we got the numbers for it yeah tell 'em we're fine we'll do three three we'll do it. | | |
| | | 20:43:37.0 **RDO-2** | yeah we can do uh three three for Bluestreak fifty three forty two. |
| | | 20:43:39.7 **TWR-A** | Bluestreak fifty three forty two at the Wilson Bridge change to cir— * change to circ— * runway three three. runway three three cleared to land. |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| | | 20:43:46.3<br>**RDO-2** | change to runway three three uh runway three three cleared to land Bluestreak fifty three forty two. |
| | | 20:43:51.6<br>**TWR-A** | Blackjack one land * * land at the boardwalk will be at your own risk when able report landing assured winds are currently three three zero at one five gust two five. |
| 20:43:54.0<br>**HOT-1** | three three. | | |
| 20:44:07.4<br>**HOT-1** | thousand feet at the uh highway. five hundred over the church. | | |
| 20:44:08.6<br>**EGPWS** | twenty five hundred. [automated voice] | | |
| | | 20:44:15.6<br>**TWR-A** | Jazz seven eight nine traffic will be on a four mile final runway one lineup and wait be ready to go. |
| 20:44:16.4<br>**HOT-2** | all right yep. | | |
| | | 20:44:19.7<br>**JZA789** | line up and wait we'll be ready Jazz seven eight nine. |
| 20:44:27.3<br>**HOT-1** | I'll just disconnect everything and we'll go from there. | | |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| | | 20:44:29.2 **TWR-A** | Bluestreak fifty three zero five currently number two for departure following an American seven three off your left. |
| 20:44:31.7 **HOT-1** | all right. | | |
| | | 20:44:34.2 **JIA5305** | Bluestreak fifty three zero five. |
| 20:44:35.1 **HOT-1** | * go gear down flaps thirty. | | |
| | | 20:44:35.9 **TWR-A** | Delta eight thirty two currently number three following the American C-R-J. |
| 20:44:37.2 **HOT-2** | gear down. | | |
| 20:44:37.3 **CAM** | [increase in ambient noise consistent with gear deployment] | | |
| | | 20:44:39.4 **DAL832** | number three after the C-R-J. |
| 20:44:39.5 **HOT-2** | flaps thirty. | | |
| 20:44:40.6 **HOT-1** | flaps forty five before landing checklist. | | |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| | | 20:44:41.9 **TWR-A** | JetBlue twenty three fifty five left on november ground point seven have a good day. |
| 20:44:43.7 **HOT-2** | flaps forty five. | | |
| 20:44:46.0 **HOT-2** | thrust reverser armed. landing gear lever verify down three green. | | |
| | | 20:44:46.1 **JBU2355** | * * * november can we take the runway? |
| | | 20:44:48.4 **TWR-A** | looks like you have november let me know if you have it. |
| 20:44:51.9 **HOT-1** | uh down three green. | | |
| 20:44:53.0 **HOT-2** | slats flaps verify forty five degrees * indicating. | | |
| | | 20:44:54.6 **JBU2355** | yeah we got november for JetBlue twenty three fifty five. |
| 20:44:55.3 **HOT-1** | forty five degrees indicating. | | |
| 20:44:56.2 **HOT-2** | flight spoilers verify stowed. | | |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| | | 20:44:56.9 **TWR-A** | * ground point seven have a good day. |
| 20:44:57.6 **HOT-1** | they're stowed. | | |
| | | 20:44:58.5 **JBU2355** | ground point seven * *. |
| 20:44:58.5 **HOT-2** | before landing checklist is complete. | | |
| 20:45:00.2 **HOT-1** | thank you. | | |
| | | 20:45:00.3 **TWR-A** | Jazz seven eight nine winds are three two zero at one five gust two five traffic's two out no delay runway one cleared for takeoff. |
| | | 20:45:06.2 **JZA789** | cleared takeoff runway one no delay Jazz seven eight nine. |
| 20:45:11.3 **HOT-1** | lets see... approaches... approaches... I dunno * *. | | |
| | | 20:45:11.7 **TWR-A** | * * * frequency change approved goodnight. |
| | | 20:45:16.1 **TWR-A** | PAT two five roger. |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| | | 20:45:20.0 AAL3130 | Washington Tower American thirty one thirty with you runway one. |
| | | 20:45:22.8 TWR-A | American thirty one thirty Washington Tower winds are three one zero at one four gust two five runway one cleared to land traffic will depart— may depart prior to your arrival. |
| 20:45:24.1 HOT-1 | * * visual three three * *. | | |
| 20:45:27.5 CAM | [sound of cavalry charge consistent with autopilot disconnect] | | |
| 20:45:30.6 HOT-1 | that's me I got ten plus. | | |
| | | 20:45:32.6 AAL3130 | okay clear to land runway one American thirty one thirty. |
| 20:45:35.1 HOT-2 | all checks. | | |
| 20:45:39.4 HOT-1 | we're configured. | | |
| 20:45:39.9 HOT-2 | yep. | | |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| 20:45:40.5 **CAM** | [sound of switch] | | |
| 20:45:41.3 **HOT-1** | what'd ya say? | | |
| 20:45:42.0 **HOT-2** | yeah we are configured. you want me to uh clear the flight director and everything? | | |
| 20:45:44.8 **HOT-1** | uhhh sure why not. | | |
| 20:45:46.4 **HOT-2** | all right. | | |
| | | 20:45:55.0 **TWR-A** | Jazz seven eight nine contact Potomac Departure good day. |
| | | 20:45:57.2 **JZA789** | have a good day. |
| | | 20:45:58.0 **TWR-A** | American thirty one thirty slow to final. |
| | | 20:46:00.2 **AAL3130** | slowin' American thirty one thirty. |
| 20:46:01.7 **CAM** | [sound of tone consistent with altitude alert] | 20:46:01.7 **TWR-A** | PAT two five traffic just south of Wilson Bridge is a C-R-J at one thousand two hundred feet circling to runway three three. |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| 20:46:09.8<br>**HOT-1** | uhhh I gotta level off. | | |
| | | 20:46:10.5<br>**TWR-A** | visual separation approved. |
| | | 20:46:11.7<br>**TWR-A** | American sixteen thirty tower runway one lineup and wait traffic is * * circling runway three three additional traffic on a six mile final. |
| 20:46:13.2<br>**HOT-2** | all right. | | |
| | | 20:46:16.9<br>**AAL1630** | lineup and wait runway one American sixteen thirty. |
| | | 20:46:22.0<br>**AAL472** | American four seventy two by KATRN runway one. |
| | | 20:46:24.6<br>**TWR-A** | Muscle seven standby. |
| 20:46:29.9<br>**EGPWS** | one thousand. [automated voice] | 20:46:29.9<br>**TWR-A** | Bluestreak fifty three zero seven keep rolling out to november ground point seven good day. |
| 20:46:30.6<br>**CAM** | [sound of click consistent with verifying spoilers are stowed] | | |
| 20:46:32.1<br>**HOT-2** | thousand feet. | | |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| 20:46:32.8<br>**HOT-1** | stable spoilers stowed confirm missed approach altitude set. | | |
| | | 20:46:33.5<br>**JIA5307** | november fifty three zero seven. |
| 20:46:35.3<br>**HOT-2** | uh two thousand two hundred set. | | |
| | | 20:46:48.2<br>**TWR-A** | American sixteen thirty winds are at three two zero at one four gusting two five traffic is a two mile left base runway three three no delay runway one clear for immediate takeoff. [sound of two beeps audible during tower transmission] |
| | | 20:46:55.8<br>**AAL1630** | number one cleared for takeoff American sixteen thirty. |
| | | 20:46:58.8<br>**TWR-A** | Muscle seven say request. |
| | | 20:47:04.1<br>**TWR-A** | Muscle seven did you say * * zone six? |
| | | 20:47:07.9<br>**TWR-A** | Muscle seven approved. |
| | | 20:47:13.7<br>**AAL472** | American four seventy two Mount Vernon Visual * one. |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| | | 20:47:25.5 **TWR-A** | medevac AirCare one Washington Tower * altimeter two niner niner zero * * approved bravo airspace * * landing assured *. |
| 20:47:29.2 **EGPWS** | five hundred. [automated voice] | | |
| 20:47:30.9 **HOT-2** | five hundred feet on top of the bug sinking seven stable. | | |
| 20:47:34.3 **HOT-1** | checks. | | |
| 20:47:35.5 **HOT-2** | I got two white two red. | | |
| 20:47:37.2 **HOT-1** | cool. | | |
| | | 20:47:39.1 **TWR-A** | PAT two five you got the C-R-J in sight? [sounds of rapid beeping consistent with conflict alert audible in background while tower is transmitting] |
| 20:47:40.3 **TCAS** | traffic. traffic. [automated voice] | | |
| | | 20:47:42.0 **TWR-A** | PAT two five pass behind the C-R-J. [sounds of rapid beeping consistent with conflict alert audible in background while tower is transmitting] |

| Time and Source | Intra-Aircraft Communication | Time and Source | Over-the-Air Communication |
|---|---|---|---|
| | | 20:47:47.3<br>**TWR-A** | vis sep * *. |
| | | 20:47:54.8<br>**AAL472** | American four seventy two at BADDN Mount Vernon Visual. |
| 20:47:55.4<br>**EGPWS** | plus hundred. [automated voice] | | |
| | | 20:47:57.7<br>**TWR-A** | American four seventy ***. |
| 20:47:58.1<br>**CAM** | [sound of click] | | |
| 20:47:58.6<br>**HOT-1** | oh #. | | |
| 20:47:58.8<br>**HOT-2** | ohhhh ohhhh. [louder voice] | | |
| 20:47:59.5<br>**CAM** | [sounds consistent with impact] | | |
| 20:48:03.6<br>**END OF TRANSCRIPT**<br>**END OF RECORDING** | | | |