**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025 | Lead Case No. 1:25-cv-03382-ACR |
| Plaintiffs, | |
| v. | |
| American Airlines Inc., PSA Airlines Inc., and United States of America, | |
| Defendants. | |

**DEFENDANTS AMERICAN AIRLINES, INC. AND PSA AIRLINES, INC.
RESPONSE TO MOTION FOR THE PRODUCTION OF
COCKPIT VOICE RECORDER PURSUANT TO 49 U.S.C. § 1154**

Defendants American Airlines, Inc. ("American") and PSA Airlines, Inc. ("PSA") (together, "Airline Defendants") submit this response to Plaintiffs' Motion for Production ("Motion") of the unedited cockpit voice recorder ("CVR") audio of Flight 5342 pursuant 49 U.S.C. § 1154.

Following the filing of Plaintiffs' Motion (Dkt. 88) and the Court's February 7, 2026, Minute Order, the parties have engaged in continuous conferences[1] to address the significant privacy and security concerns posed by Plaintiffs' Motion. Those conferences have been productive, and it is believed will result in a robust proposed protective order—which the parties expect to finalize and submit for the Court's approval. The Protective Order will address numerous issues including the privacy and security concerns posed by production of the Flight 5342 CVR audio. If the Proposed CVR Protective Order is acceptable to the Court, the Airline Defendants do not object to the production of the Flight 5342 CVR audio to counsel and experts pursuant to the provisions thereto.

Pursuant to 49 U.S.C. § 1154, this Court must still conduct the *in camera* review and make the appropriate finding pursuant to that federal statute:

> after an *in camera* review of the recording, **the court** decides that—
>
> (A) the parts of the transcript made available to the public … do not provide the party with sufficient information for the party to receive a fair trial; **and**
>
> (B) discovery of the cockpit or surface vehicle recorder recording … is necessary to provide the party with sufficient information for the party to receive a fair trial.

49 U.S.C. § 1154(a)(3) (emphasis added).

The Parties respectfully request that they be given until Wednesday, February 25, to resolve any remaining issues concerning the Proposed Protective Order.

---

[1] The parties engaged in Zoom meet and confers on February 11, 12, and 13, an in-person meeting of the Discovery Committee in Washington, D.C. on February 16, and continued Zoom meet and confers on February 17 and 18.

Dated: February 18, 2026

Respectfully submitted,

/s/ *William F. Gould*

William F. Gould (Bar No. 428468)
HOLLAND & KNIGHT LLP
800 17th Street, NW
Washington, DC 20006
(202) 955-3000
william.gould@hklaw.com

Steven Raffaele (Bar No. NY0685)
Robert J. Burns (Bar No. NY0682)
Sarah Korapaty (Bar No. NY0684)
Qian (Sheila) Shen (Bar No. NY0693)
HOLLAND & KNIGHT LLP
787 Seventh Avenue
New York, NY 10019
(212) 513-3200
steven.raffaele@hklaw.com
robert.burns@hklaw.com
sarah.korapaty@hklaw.com
qian.shen@hklaw.com

*Attorneys for Defendants American Airlines, Inc. and PSA Airlines, Inc.*