IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025<br><br>This Filing Relates to:<br>*All Cases* | Lead Case No.: 1:25-cv-03382-ACR<br><br>**ORDER AUTHORIZING PRODUCTION OF DOCUMENTS THAT INCLUDE PROTECTED VOLUNTARY SAFETY INFORMATION** |

FINDING GOOD CAUSE, it is hereby ordered that the United States, including the FAA and Department of Justice, is authorized to disclose to all Parties a two documents; (1) "NTSB Request on DCA Mid-Air Collision 2-2-25 – draft", and (2) "NTSB Request on DCA Mid-Air Collision 2-2-25," inclusive of the references to Flight Operational Quality Assurance (FOQA) data and Aviation Safety Action Program (ASAP) information, in response to Fed. R. Civ. P. 34 requests from Plaintiffs and Defendant PSA Airlines, Inc. The document shall be produced under the Protective Order (Dkt. 26).

SO STIPULATED:

        UNITED STATES DEPARTMENT OF JUSTICE

        BRETT A. SHUMATE
        Assistant Attorney General

        DEBRA D. FOWLER
        Senior Aviation Counsel

        BRADLEY J. PREAMBLE (DC Bar 493969)
        Senior Aviation Counsel

        */s/ Laine M. Goodhue*
        LAINE M. GOODHUE
        VA Bar 78840
        Trial Attorney
        U.S. Department of Justice Civil Division, Torts
        Branch Aviation, Space & Admiralty

P.O. Box 14271
Washington, DC 20044-1471
Tel. (202) 616-4123
Fax (202) 616-4002
Email: laine.m.goodhue@usdoj.gov

*ATTORNEYS FOR THE DEFENDANT UNITED STATES OF AMERICA*

KREINDLER & KREINDLER LLP
By: */s/ Brian J. Alexander*
Brian J. Alexander (Bar ID: NY0679)
485 Lexington Avenue, 28th Floor
New York, New York 10017
(212) 687-8181
balexander@kreindler.com

CLIFFORD LAW OFFICES, P.C.
By: */s/ Robert A. Clifford*
Robert A. Clifford
120 N. LaSalle Street Suite 3600
Chicago, Illinois 60602
(312) 899-9090
rac@cliffordlaw.com

SPEISER KRAUSE, P.C.
By: */s/ Douglas A. Latto*
Douglas A. Latto (Bar ID: NY0672)
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
(914) 220-5333
dal@speiserkrause.com

*ON BEHALF OF THE PLAINTIFFS' STEERING COMMITTEE AND ALL PLAINTIFFS*

HOLLAND & KNIGHT LLP
By: */s/ William Gould*
William Gould (Bar ID: 428468)
800 17th Street NW, Suite 1100
Washington, DC 20006
(202) 955.3000
william.gould@hklaw.com

*ATTORNEYS FOR DEFENDANTS AMERICAN AIRLINES, INC. AND PSA AIRLINES, INC.*

2

**SO ORDERED** this 25th day of February, 2026.

_____
HON. ANA C. REYES
UNITED STATES DISTRICT JUDGE