## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025** *This Filing Relates to:* *All Cases* | Lead Case No: 1:25-cv-03382-ACR |

### JOINT STATUS REPORT

The Plaintiffs Steering Committee ("PSC"), Defendants American Airlines, Inc. and PSA Airlines, Inc. (hereinafter "the Airline Defendants"), and Defendant United States (hereinafter collectively "the Parties") respectfully submit this Joint Status Report as directed by the Court's Case Management and Scheduling Order (ECF Doc. 42) and the Court's February 27, 2026, Minute Order.

**Briefing Schedule:**    The Parties jointly propose the following schedule as to the amendment and supplemental briefing regarding the propriety of dismissal under Federal Rule of Civil Procedure 12(b)(6) addressed in the Court's February 27, 2026, Minute Order:

| | |
|---|---|
| Plaintiffs' Amended Master Complaint Due: | March 27, 2026 |
| Airline Defendants' Supplemental Briefing Due: | April 17, 2026 |
| Plaintiffs' Opposition Due: | May 8, 2026 |
| Airline Defendants' Reply Due: | May 25, 2026 |

**Cases Filed:**    As of today's date, forty-three (43) cases related to the fatal mid-air collision underlying this consolidated lead case have been filed.  The Court previously consolidated all cases

pending on December 29, 2025 (ECF Doc. 57) and February 3, 2026 (ECF Doc. 75).  The following cases were filed more recently and are not yet consolidated:

| # | **Caption** | **Case No.** |
|---|---|---|
| 1. | Gordon v. American Airlines, Inc., et al. | 26-cv-00438 |
| 2. | Gordon v. American Airlines, Inc., et al. | 26-cv-00441 |
| 3. | Gordon v. American Airlines, Inc., et al. | 26-cv-00443 |
| 4. | Patel v. American Airlines, Inc., et al. | 26-cv-00483 |
| 5. | Wilson v American Airlines, Inc., et al. | 26-cv-00594 |
| 6. | Ellis v. American Airlines, Inc., et al. | 26-cv-00595 |

The Parties respectfully submit that these additional cases may also be consolidated with the lead case.  Attached to this report is a [Proposed] Consolidation Order.

**Discovery:**  The Parties continue rolling document productions and exchange of discovery. The Joint Discovery Committee continues to meet weekly.

**Mediation:**  The Parties are considering additional mediators.  As previously stated, the Parties have agreed to mediate these cases before the Hon. Donald P. O'Connell (ret.) and are working together to address scheduling of mediations in individual cases.

**CVR Production:**  The Parties provided the National Transportation Safety Board's General Counsel's Office with the Court's Minute Order granting Plaintiffs' Motion to Produce Cockpit Voice Recorder Audio and the accompanying Protective Order (ECF Doc. 106).  The NTSB is processing the audio for production to the parties.

Dated:  March 5, 2026

Respectfully submitted,

**PLAINTIFFS**                                  **DEFENDANTS**
KREINDLER & KREINDLER LLP            HOLLAND & KNIGHT LLP

By: _/s/ Vincent C. Lesch_              By: _/s/ William F. Gould_
    Brian J. Alexander                        William F. Gould
    (Bar ID: NY0679)                          (D.C. Bar #428468)
    Justin T. Green                           800 17th Street, N.W., Suite 1100
    (Bar ID: NY0692)                          Washington, D.C. 20006
    Anthony Tarricone                         Tel. (202) 955-3000
    (Bar ID: 492480)                          william.gould@hklaw.com
    Daniel O. Rose
    (applicant *pro hac vice*)               *Attorneys for Defendants*
    Vincent C. Lesch                         *American Airlines, Inc., and*
    (Bar ID: NY0675)                         *PSA Airlines, Inc.*
    Evan Katin-Borland
    (Bar ID: NY0674)
    Erin R. Applebaum                        U.S. DEPARTMENT OF JUSTICE
    (Applicant *pro hac vice*)
    485 Lexington Avenue, 28th Floor     By: _/s/ Bradley J. Preamble_
    New York, New York 10017                 Bradley J. Preamble
    (212) 687-8181                           Senior Aviation Counsel
    balexander@kreindler.com                 Ashley Dempsey
    jgreen@kreindler.com                     Senior Trial Counsel
    atarricone@kreindler.com                 Laine Goodhue
    drose@kreindler.com                      Trial Attorney
    vlesch@kreindler.com                     Civil Division, Torts Branch
    ekatinborland@kreindler.com              Aviation, Space & Admiralty
    eapplebaum@kreindler.com                 P.O. Box 14271
                                             Washington, DC 20044-1471
CLIFFORD LAW OFFICE, P.C.                    Tel: (202) 616-4025
    Robert A. Clifford                       Email: bradley.j.preamble@usdoj.gov
    (Bar ID: IL0135)                         Email: ashley.dempsey@usdoj.gov
    Kevin P. Durkin                          Email: laine.m.goodhue@usdoj.gov
    (Bar ID: IL0136)
    Tracy Brammeier
    (Bar ID: IL0137)                         *Attorneys for Defendant*
    John V. Kalantzis                        *United States of America*
    (applicant *pro hac vice*)
    120 N. LaSalle Street Suite 3600
    Chicago, Illinois 60602
    (312) 899-9090
    rac@cliffordlaw.com

kpd@cliffordlaw.com
tab@cliffordlaw.com
jvk@cliffordlaw.com

SPEISER KRAUSE, P.C.
    Douglas A. Latto
    (Bar ID: NY0672)
    Kenneth P. Nolan
    (applicant *pro hac vice*)
    Jeanne M. O'Grady
    (admission pending)
    Frank H. Granito, III
    (applicant *pro hac vice*)
    800 Westchester Avenue, Suite S-608
    Rye Brook, New York 10573
    (914) 220-5333
    dal@speiserkrause.com
    f3g@speiserkrause.com
    jog@speiserkrause.com
    kpn@speiserkrause.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of March 2026, the foregoing document was served by electronic filing on all counsel of record through the Court's ECF system.

/s/ Vincent C. Lesch
Vincent C. Lesch

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---------|-------------|
| A. | [Proposed] Consolidation Order |