**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025** | Lead Case No: 1:25-cv-03382-ACR |
| *This Filing Relates to:* *All Cases* | |

**ERRATA**

The Plaintiffs Steering Committee respectfully submits the attached Exhibit A to be included with the First Amended Master Complaint (Dkt. 109).  The attached Exhibit A is a redline comparison of the original Master Complaint (Dkt. 28) and the First Amended Complaint.

Dated:  March 30, 2026

Respectfully submitted,

KREINDLER & KREINDLER LLP

By:  */s/ Vincent C. Lesch*
     Brian J. Alexander
     (Bar ID: NY0679)
     Justin T. Green
     (Bar ID: NY0692)
     Anthony Tarricone
     (Bar ID: 492480)
     Daniel O. Rose
     (admitted *pro hac vice*)
     Vincent C. Lesch
     (Bar ID: NY0675)
     Evan Katin-Borland
     (Bar ID: NY0674)
     Erin R. Applebaum
     (admitted *pro hac vice*)
     Jason Vincent
     (admission pending)
     485 Lexington Avenue, 28th Floor
     New York, New York 10017

1

(212) 687-8181
balexander@kreindler.com
jgreen@kreindler.com
atarricone@kreindler.com
drose@kreindler.com
vlesch@kreindler.com
ekatinborland@kreindler.com
eapplebaum@kreindler.com
jvincent@kreindler.com

CLIFFORD LAW OFFICE, P.C.
Robert A. Clifford
(Bar ID: IL0135)
Kevin P. Durkin
(Bar ID: IL0136)
Tracy Brammeier
(Bar ID: IL0137)
John V. Kalantzis
(applicant *pro hac vice*)
120 N. LaSalle Street Suite 3600
Chicago, Illinois 60602
(312) 899-9090
rac@cliffordlaw.com
kpd@cliffordlaw.com
tab@cliffordlaw.com
jvk@cliffordlaw.com

SPEISER KRAUSE, P.C.
Douglas A. Latto
(Bar ID: NY0672)
Kenneth P. Nolan
(applicant *pro hac vice*)
Jeanne M. O'Grady
(admission pending)
Frank H. Granito, III
(applicant *pro hac vice*)
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
(914) 220-5333
dal@speiserkrause.com
f3g@speiserkrause.com
jog@speiserkrause.com
kpn@speiserkrause.com

*Attorneys for Plaintiffs*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 30th day of March 2026, the foregoing document was served

by electronic filing on all counsel of record through the Court's ECF system.


<u>/s/ Vincent C. Lesch</u>
Vincent C. Lesch

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| A. | Redline Comparison of the original Master Complaint (Dkt. 28) and the First Amended Master Complaint (Dkt. 109) |