## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025** | Lead Case No.:  1:25-cv-03382-ACR |
| This Filing Relates to: *All Cases* | **CONSOLIDATION ORDER** |

As discussed in the Court's Case Management and Scheduling Order entered on November 12, 2025 (ECF Doc. 42), the Court orders the following regarding consolidation of additional cases:

**Additional Cases for Consolidation.**  The following cases related to the fatal mid-air collision in Washington, D.C., on January 29, 2025, filed in this court are hereby consolidated with this lead case:

| **#** | **Caption** | **Case No.** |
|---|---|---|
| 1. | Naumov v. American Airlines, Inc., et al. | 26-cv-00845 |
| 2. | Naumov v. American Airlines, Inc., et al. | 26-cv-00846 |

**Filing of Future Pleadings.**  From this date forward, all pleadings in the above consolidated cases shall be filed ONLY in this lead case.  Parties are advised NOT to elect the "SPREAD TEXT" option when filing in ECF, as this will result in repetitive docketing.  The only exception to this instruction is proof of service of each individual case and any Answers to individual case Complaints, which should continue to be filed in each individual case docket.

Dated: April 7, 2026

_____
ANA C. REYES
United States District Court Judge

1