**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025** | Lead Case No: 1:25-cv-03382-ACR |
| This Filing Relates to: *All Cases* | **UNITED STATES' ANSWER TO FIRST AMENDED MASTER COMPLAINT [DOC. 109]** |

Pursuant to Court Order stated from the bench at the hearing dated February 27, 2026, the United States need not answer the First Amended Master Complaint (Doc. 109) because the amendments relate to allegations against Defendants American Airlines and PSA Airlines.  The Court thus excused the United States from answering.  *See also* First Am. Master Compl., Doc. 109 at 93 n.8 (noting that the allegations against the United States have not changed and that the Court excused the United States from answering the amended complaint).

The United States answered the original Master Complaint (Doc. 28) on December 17, 2025 (Doc. 53), and hereby reincorporates those answers, admissions, defenses, and affirmative defenses, to the extent deemed necessary.

//

//

//

//

//

//

//

1

April 10, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*
*Civil Division*

JONATHAN D. GUYNN
*Deputy Assistant Attorney General*
*Torts Branch*

*Of Counsel:*

LTC JA STEVEN C. HIGGINS
*Chief*
Tort Litigation Branch
Litigation Division
U.S. Army Legal Services Agency
Ft. Belvoir, VA 22060

CHRIS STEVENSON
*Manager*
REBECCA A. LIPE
*Attorney*
Aviation Litigation Division
Office of the Chief Counsel
Federal Aviation Administration
Washington, DC 20591

  /s/ Bradley J. Preamble
BRADLEY J. PREAMBLE
  (D.C. Bar No. 493969)
*Senior Aviation Counsel*
DEBRA D. FOWLER
*Senior Aviation Counsel*
JILL DAHLMANN ROSA
*Senior Admiralty & Aviation Counsel*
  (D.C. Bar No. 451578)
U.S. Department of Justice
Civil Division, Torts Branch
Aviation, Space & Admiralty Litigation
P.O. Box 14271
Washington, DC 20044-1471
Tel. (202) 616-4100
Fax (202) 616-4002
Emails:  debra.fowler@usdoj.gov
                bradley.j.preamble@usdoj.gov

 *Attorneys for Defendant*
 *United States of America*

2