**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>

**IN RE: MID-AIR COLLISION IN
WASHINGTON, D.C., JAN. 29, 2025**

*This Filing Relates to:*

*All Cases*

</td><td>

Lead Case No: 1:25-cv-03382-ACR

</td></tr>
</table>

## JOINT STATUS REPORT

The Plaintiffs Steering Committee ("PSC"), Defendants American Airlines, Inc. and PSA Airlines, Inc. (hereinafter "the Airline Defendants"), and Defendant United States (hereinafter collectively "the Parties") respectfully submit this Joint Status Report as directed by the Court's April 10, 2026 and April 16, 2026 Minute Orders.

**Potential Virginia Filings:**  Plaintiffs on behalf of five Kansas-based decedents have reached an agreement with the Airline Defendants that allows them to file their cases in this Court.

**Motion for Summary Judgment Briefing Schedule:**  The Parties respectfully request an additional week to resolve the briefing schedule for the Airline Defendants' contemplated Motion for Summary Judgment.

Dated: April 24, 2026

Respectfully submitted,

<table>
<tr><td>

**PLAINTIFFS**
KREINDLER & KREINDLER LLP

By:   */s/ Vincent C. Lesch*
    Brian J. Alexander
    (Bar ID: NY0679)

</td><td>

**DEFENDANTS**
HOLLAND & KNIGHT LLP

By:   */s/ William F. Gould*
    William F. Gould
    (D.C. Bar #428468)

</td></tr>
</table>

1

Justin T. Green
(Bar ID: NY0692)
Anthony Tarricone
(Bar ID: 492480)
Daniel O. Rose
(applicant *pro hac vice*)
Vincent C. Lesch
(Bar ID: NY0675)
Evan Katin-Borland
(Bar ID: NY0674)
Erin R. Applebaum
(Applicant *pro hac vice*)
485 Lexington Avenue, 28th Floor
New York, New York 10017
(212) 687-8181
balexander@kreindler.com
jgreen@kreindler.com
atarricone@kreindler.com
drose@kreindler.com
vlesch@kreindler.com
ekatinborland@kreindler.com
eapplebaum@kreindler.com

CLIFFORD LAW OFFICE, P.C.
    Robert A. Clifford
    (Bar ID: IL0135)
    Kevin P. Durkin
    (Bar ID: IL0136)
    Tracy Brammeier
    (Bar ID: IL0137)
    John V. Kalantzis
    (applicant *pro hac vice*)
    120 N. LaSalle Street Suite 3600
    Chicago, Illinois 60602
    (312) 899-9090
    rac@cliffordlaw.com
    kpd@cliffordlaw.com
    tab@cliffordlaw.com
    jvk@cliffordlaw.com

SPEISER KRAUSE, P.C.
    Douglas A. Latto
    (Bar ID: NY0672)
    Kenneth P. Nolan
    (applicant *pro hac vice*)
    Jeanne M. O'Grady

800 17th Street, N.W., Suite 1100
Washington, D.C. 20006
Tel. (202) 955-3000
william.gould@hklaw.com

*Attorneys for Defendants*
*American Airlines, Inc., and*
*PSA Airlines, Inc.*


U.S. DEPARTMENT OF JUSTICE

By:    /s/ Bradley J. Preamble
        Bradley J. Preamble
        Senior Aviation Counsel
        Ashley Dempsey
        Senior Trial Counsel
        Laine Goodhue
        Trial Attorney
        Civil Division, Torts Branch
        Aviation, Space & Admiralty
        P.O. Box 14271
        Washington, DC 20044-1471
        Tel: (202) 616-4025
        Email: bradley.j.preamble@usdoj.gov
        Email: ashley.dempsey@usdoj.gov
        Email: laine.m.goodhue@usdoj.gov

*Attorneys for Defendant*
*United States of America*

2

(admission pending)
Frank H. Granito, III
(applicant *pro hac vice*)
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
(914) 220-5333
dal@speiserkrause.com
f3g@speiserkrause.com
jog@speiserkrause.com
kpn@speiserkrause.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of April 2026, the foregoing document was served by electronic filing on all counsel of record through the Court's ECF system.

/s/ Vincent C. Lesch
Vincent C. Lesch