## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025** | Lead Case No: 1:25-cv-03382-ACR |
| *This Filing Relates to:* *All Cases* | |

## JOINT STATUS REPORT

The Plaintiffs Steering Committee ("PSC"), Defendants American Airlines, Inc. and PSA Airlines, Inc. (hereinafter "the Airline Defendants"), and Defendant United States (hereinafter collectively "the Parties") respectfully submit this Joint Status Report as directed by the Court's April 10, 2026 and April 16, 2026 Minute Orders.

**Motion for Summary Judgment Briefing Schedule:**  The present deadlines for motions for summary judgment and *Daubert* motions remain as set forth in the Scheduling Order (*see* Dkt. 42, 36-3), except that the Parties agree to the following briefing schedule for the Airline Defendants' motion for summary judgment:

- Airline defendants' motion          12/21/26

- Opposition          1/22/27

- Replies          2/12/27

The Airline Defendants respectfully request that the Court schedule a hearing on their Motion for Summary Judgment in February 2027.

1

Dated:  May 1, 2026

Respectfully submitted,

| | |
|---|---|
| **PLAINTIFFS**<br>KREINDLER & KREINDLER LLP | **DEFENDANTS**<br>HOLLAND & KNIGHT LLP |

By:___/s/ Vincent C. Lesch_____          By:___/s/ William F. Gould_____
    Brian J. Alexander                               William F. Gould
    (Bar ID: NY0679)                           (D.C. Bar #428468)
    Justin T. Green                              800 17th Street, N.W., Suite 1100
    (Bar ID: NY0692)                       Washington, D.C. 20006
    Anthony Tarricone                     Tel. (202) 955-3000
    (Bar ID: 492480)                      william.gould@hklaw.com
    Daniel O. Rose
    (applicant *pro hac vice*)
    Vincent C. Lesch                      *Attorneys for Defendants*
    (Bar ID: NY0675)                     *American Airlines, Inc., and*
    Evan Katin-Borland                 *PSA Airlines, Inc.*
    (Bar ID: NY0674)
    Erin R. Applebaum                 U.S. DEPARTMENT OF JUSTICE
    (Applicant *pro hac vice*)
    485 Lexington Avenue, 28th Floor    By:___/s/ Bradley J. Preamble_____
    New York, New York 10017            Bradley J. Preamble
    (212) 687-8181                       Senior Aviation Counsel
    balexander@kreindler.com           Ashley Dempsey
    jgreen@kreindler.com                Senior Trial Counsel
    atarricone@kreindler.com           Laine Goodhue
    drose@kreindler.com                 Trial Attorney
    vlesch@kreindler.com                Civil Division, Torts Branch
    ekatinborland@kreindler.com        Aviation, Space & Admiralty
    eapplebaum@kreindler.com         P.O. Box 14271
                                    Washington, DC 20044-1471
CLIFFORD LAW OFFICE, P.C.         Tel: (202) 616-4025
    Robert A. Clifford                  Email: bradley.j.preamble@usdoj.gov
    (Bar ID: IL0135)                    Email: ashley.dempsey@usdoj.gov
    Kevin P. Durkin                  Email: laine.m.goodhue@usdoj.gov
    (Bar ID: IL0136)
    Tracy Brammeier
    (Bar ID: IL0137)                *Attorneys for Defendant*
    John V. Kalantzis               *United States of America*
    (applicant *pro hac vice*)
    120 N. LaSalle Street Suite 3600
    Chicago, Illinois 60602
    (312) 899-9090
    rac@cliffordlaw.com

kpd@cliffordlaw.com
tab@cliffordlaw.com
jvk@cliffordlaw.com

SPEISER KRAUSE, P.C.
Douglas A. Latto
(Bar ID: NY0672)
Kenneth P. Nolan
(applicant *pro hac vice*)
Jeanne M. O'Grady
(admission pending)
Frank H. Granito, III
(applicant *pro hac vice*)
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
(914) 220-5333
dal@speiserkrause.com
f3g@speiserkrause.com
jog@speiserkrause.com
kpn@speiserkrause.com

*Attorneys for Plaintiffs*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 1st day of May 2026, the foregoing document was served by electronic filing on all counsel of record through the Court's ECF system.

/s/ Vincent C. Lesch
Vincent C. Lesch
