## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025** | Lead Case No: 1:25-cv-03382-ACR |
| *This Filing Relates to:* *All Cases* | |

### JOINT STATUS REPORT

The Plaintiffs Steering Committee ("PSC"), Defendants American Airlines, Inc. and PSA Airlines, Inc. (hereinafter "the Airline Defendants"), and Defendant United States (hereinafter collectively "the Parties") respectfully submit this Joint Status Report as directed by the Court's Case Management and Scheduling Order (Dkt. 42) and the Court's February 27, 2026, Minute Order.

**Cases Filed:**  As of today's date, there are forty-nine (49) pending cases related to the fatal mid-air collision underlying this consolidated lead case.  The Court previously consolidated all cases pending on December 29, 2025 (Dkt. 57), February 3, 2026 (Dkt. 75), March 6, 2026 (Dkt. 108), and April 7, 2026 (Dkt. 113).  The following cases were filed more recently and are not yet consolidated:

| # | Caption | Case No. |
|---|---|---|
| 1. | Miller-Zahn v. American Airlines, Inc., et al. | 26-cv-01204 |
| 2. | Maxwell v. American Airlines, Inc., et al. | 26-cv-01439 |
| 3. | Fields v. American Airlines, Inc., et al. | 26-cv-01469 |
| 4. | Medina Martinez v. American Airlines, Inc., et al. | 26-cv-01501 |

1

The Parties respectfully submit that these additional cases may also be consolidated with the lead case.  Attached to this report is a [Proposed] Consolidation Order.

**Filing Notices of Appearance on Related-Case Dockets:**  The Parties seek the Court's guidance on an administrative matter.  To avoid inundating the Court with filings and docket notices, and in accordance with the Court's instruction that documents related to all cases be filed under the Lead case docket (1:25-cv-03382), the Parties have avoided filing notices of appearance on each related docket.

On April 24, a Motion to Quash was filed in the related-case *Stovall v. American Airlines Inc. et al.*, Case No. 1:25-cv-04490-ACR.  While that motion was withdrawn and the issue resolved by the Parties, the fact that not all counsel have filed notices of appearance on each related-case docket led to a very brief delay in the Defendants' notice that this motion was filed.

So that the Parties may immediately get notice of filings in all of the related matters going forward, the Parties propose that two attorneys representing each Defendant enter appearances on each related docket, and appreciate the Court's confirmation that such an approach would be appropriate.

**Discovery:**  The Parties continue rolling document productions and exchange of discovery. The Joint Discovery Committee continues to meet weekly.  Damages depositions of different claimants and plaintiffs have commenced, and liability depositions are set to begin on May 14, 2026.  The Parties have also arranged inspections of an exemplar CRJ aircraft in Dayton, Ohio, on May 12, 2026, and of each aircraft's wreckage (i.e., the Black Hawk helicopter operating as PAT25 and the CRJ airplane operating as AE 5342) in Ferris, Texas (where the wreckage is being stored) on May 14-15, 2026.  The Parties are also finalizing inspections of an exemplar Black Hawk

helicopter and night vision goggles, and the FAA Information Display System ("IDS"), as well as arranging for the Flight Data Recorders ("FDRs") from each aircraft to be downloaded at specialized laboratories.

**Mediation:**   Plaintiffs and the United States scheduled mediation before the agreed mediator, Hon. Donald P. O'Connell (ret.), beginning on May 18, 2026.  The United States invited the two airline co-defendants to attend on March 30, 2026.   All parties have been actively discussing details, and those discussions are ongoing.  The Airline Defendants are considering the request to attend.

**Settlement:**  The United States reports that it has reached a pre-filing proposed agreement to settle claims of the estate and survivors of a flight attendant on board AA5342.  The proposed settlement will need to be approved by the appropriate authorities within the U.S. Department of Justice. 28 C.F.R. §§ 0.160, 0.161, 0.168.   The United States and counsel for the estate and survivors are working on an agreement to toll the six-month limitations period set forth in 28 U.S.C. § 2401(b) while approval of the settlement is pending.  In light of the proposed settlement and tolling agreements, and the decedent's employment relationship with the Airline Defendants, no complaint is expected to be filed in this action for this decedent.  The estate and survivors are represented by Gair, Gair, Conason, Rubinowitz, Bloom, Hershenhorn, Steigman and Mackauf.  Counsel for the flight attendant's estate and survivors has reviewed and approved this statement for the purpose of notifying the Court of this development.

**Request for Order Regarding Issuance of U.S. Visas:**  The Parties respectfully request the Court's assistance with securing appropriate U.S. visas for international Plaintiffs, claimants and/or beneficiaries, and witnesses.  As the Court is aware, some of the victims of the mid-air collision underlying these consolidated actions resided abroad, as do numerous Plaintiffs,

claimants and/or beneficiaries in various cases.  These Plaintiffs will need to adequately prepare their cases for trial and have their claimants and witnesses testify before the Court.  Conducting remote or virtual depositions via video-conferencing software is often not practicable due to some countries' (like the Peoples Republic of China's) restrictions on taking testimony for use in foreign litigation.  Further, any Plaintiff in these consolidated cases has the right to attend trial in this Court on April 12, 2027.

Given the length of time needed to complete the required paperwork and process mandated by the U.S. Department of State, affected international Plaintiffs need to begin the visa process without delay.  Indeed, one China based claimant's deposition is set for June 16, 2026, but their U.S. visa application was recently declined and they will need to re-apply as soon as possible.

Accordingly, the Parties respectfully request that the Court enter the Proposed Agreed Order attached as Exhibit B, for Plaintiffs', claimants' and their witnesses' use in their applications for appropriate U.S. visas and during the required Consular interviews for the same.

Dated:  May 4, 2026

Respectfully submitted,

| **PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| KREINDLER & KREINDLER LLP | HOLLAND & KNIGHT LLP |
| | |
| By:___*/s/ Vincent C. Lesch*_____ | By:___*/s/ William F. Gould*_____ |
| Brian J. Alexander | William F. Gould |
| (Bar ID: NY0679) | (D.C. Bar #428468) |
| Justin T. Green | 800 17th Street, N.W., Suite 1100 |
| (Bar ID: NY0692) | Washington, D.C. 20006 |
| Anthony Tarricone | Tel. (202) 955-3000 |
| (Bar ID: 492480) | william.gould@hklaw.com |
| Daniel O. Rose | |
| (applicant *pro hac vice*) | *Attorneys for Defendants* |
| Vincent C. Lesch | *American Airlines, Inc., and* |

4

(Bar ID: NY0675)
Evan Katin-Borland
(Bar ID: NY0674)
Erin R. Applebaum
(Applicant *pro hac vice*)
485 Lexington Avenue, 28th Floor
New York, New York 10017
(212) 687-8181
balexander@kreindler.com
jgreen@kreindler.com
atarricone@kreindler.com
drose@kreindler.com
vlesch@kreindler.com
ekatinborland@kreindler.com
eapplebaum@kreindler.com

CLIFFORD LAW OFFICE, P.C.
    Robert A. Clifford
    (Bar ID: IL0135)
    Kevin P. Durkin
    (Bar ID: IL0136)
    Tracy Brammeier
    (Bar ID: IL0137)
    John V. Kalantzis
    (applicant *pro hac vice*)
    120 N. LaSalle Street Suite 3600
    Chicago, Illinois 60602
    (312) 899-9090
    rac@cliffordlaw.com
    kpd@cliffordlaw.com
    tab@cliffordlaw.com
    jvk@cliffordlaw.com

SPEISER KRAUSE, P.C.
    Douglas A. Latto
    (Bar ID: NY0672)
    Kenneth P. Nolan
    (applicant *pro hac vice*)
    Jeanne M. O'Grady
    (admission pending)
    Frank H. Granito, III
    (applicant *pro hac vice*)
    800 Westchester Avenue, Suite S-608
    Rye Brook, New York 10573
    (914) 220-5333
    dal@speiserkrause.com

*PSA Airlines, Inc.*


U.S. DEPARTMENT OF JUSTICE

By:    */s/ Bradley J. Preamble*
        Bradley J. Preamble
        Senior Aviation Counsel
        Ashley Dempsey
        Senior Trial Counsel
        Laine Goodhue
        Trial Attorney
        Civil Division, Torts Branch
        Aviation, Space & Admiralty
        P.O. Box 14271
        Washington, DC 20044-1471
        Tel: (202) 616-4025
        Email: bradley.j.preamble@usdoj.gov
        Email: ashley.dempsey@usdoj.gov
        Email: laine.m.goodhue@usdoj.gov

*Attorneys for Defendant*
*United States of America*

5

f3g@speiserkrause.com
jog@speiserkrause.com
kpn@speiserkrause.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of May 2026, the foregoing document was served by electronic filing on all counsel of record through the Court's ECF system.


/s/ Vincent C. Lesch
Vincent C. Lesch

## INDEX OF EXHIBITS

| Exhibit | Description |
|---------|-------------|
| A. | [Proposed] Consolidation Order |
| B. | [Proposed] Agreed Order Concerning Issuance of U.S. Visas |