**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025** | Lead Case No: 1:25-cv-03382-ACR |

Plaintiffs,

-v.-

AMERICAN AIRLINES INC., et al.

Defendants.

**AGREED ORDER**

Having considered the Parties' request for assistance with securing U.S. visas in the Joint Status Report filed May 4, 2026, the Court hereby **ORDERS**:

1.      The Court has set an April 12, 2027, trial date in these consolidated cases.

2.      Plaintiffs and their witnesses will need to travel to the U.S. to prepare their cases for trial, to testify at trial in those cases, and to otherwise attend the public trials set in these consolidated cases.

3.      In order to do so, these Plaintiffs and their witnesses will need the appropriate visas in order to undertake this necessary travel to the U.S.

4.      Given the time needed to complete the necessary paperwork and other requirements mandated by the Department of State, these Plaintiffs and their witnesses will need to undertake their applications for U.S. visas without delay.

**5.**      Those Plaintiffs and their witnesses may use this Agreed Order in their application and during the Consular Interview for the appropriate U.S. visas, as confirmation of their status as parties to this proceeding, and the Court's desire that they be permitted to travel to the United States

1

to confer with their counsel, and to participate as parties and witnesses to the trials and proceedings as scheduled.

**SO ORDERED.**

Date:   <u>May 6, 2026</u>

                                                                  _____

HON. ANA C. REYES
United States District Judge