**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025**<br><br>This Filing Relates to:<br><br>ANDREW BEYER, Individually and as Administrator of the Estate of Justyna Magdalena Beyer, deceased, and as Natural Father and Next Friend of K.A. Beyer, a minor,<br><br>Plaintiff.<br><br>Case No. 1:26-cv-00108 (ACR) | Lead Case No.: 1:25-cv-03382-ACR |

**<u>NOTICE OF APPEARANCE OF QIAN (SHEILA) SHEN</u>**

Pursuant to LCvR 83.6, Qian (Sheila) Shen, of the law firm Holland & Knight LLP, hereby enters her appearance as counsel of record for Defendants American Airlines Inc. and PSA Airlines, Inc., and request that all pleadings, motions, and other papers be served at:

Qian (Sheila) Shen
qian.shen@hklaw.com
Holland & Knight LLP
787 Seventh Avenue, Ste 31st Floor
New York, N.Y. 10019
Tel. (212) 513-3200

Date: May 14, 2026

Respectfully submitted,
HOLLAND & KNIGHT LLP

By: */s/ Qian Shen*
Sheila (Qian) Shen (D.C. Bar # NY0693)
Holland & Knight LLP
787 Seventh Avenue, 31st Floor
New York, NY 10019
Tel. (212) 513-3200
qian.shen@hklaw.com

*Counsel for Defendants American Airlines Inc.
and PSA Airlines, Inc*