**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025** | Lead Case No: 1:25-cv-03382-ACR |
| *This Filing Relates to:* <br><br> *All Cases* | |

## JOINT STATUS REPORT

The Plaintiffs Steering Committee ("PSC"), Defendants American Airlines, Inc. and PSA Airlines, Inc. (hereinafter "the Airline Defendants"), and Defendant United States (hereinafter collectively "the Parties") respectfully submit this Joint Status Report as directed by the Court's Case Management and Scheduling Order (Dkt. 42) and the Court's February 27, 2026, Minute Order.

**Discovery:** The Parties continue rolling document productions and exchange of discovery. The Joint Discovery Committee continues to meet weekly. Damages and liability depositions are underway, and the Parties completed inspections of the FAA Information Display System ("IDS") on May 11, 2026; an exemplar CRJ aircraft in Dayton, Ohio, on May 12, 2026; and of each aircraft's wreckage (i.e., the Black Hawk helicopter operating as PAT25 and the CRJ airplane operating as AE 5342) in Ferris, Texas (where the wreckage is being stored) on May 14-15, 2026. The Parties are also finalizing inspections of an exemplar Black Hawk helicopter and night vision goggles (set for June 25, 2026, at Joint Base Cape Code in Massachusetts) and arranging for the Flight Data Recorders ("FDRs") from each aircraft to be downloaded at specialized laboratories.

1

**Mediation:**  From May 18-22, 2026, the Parties participated in mediation concerning 8 cases (4 of which involved decedents from the same family and were mediated together) before the agreed mediator, Hon. Donald P. O'Connell (ret.).  None of the mediations were successful in resolving any cases.

**Cases Filed:**  As of today's date, 51 cases concerning 51 of the 60 passenger decedents from this fatal mid-air collision have been filed.  1 of the 2 flight attendant decedents reached a pre-filing proposed settlement agreement, as reported in the last Joint Status Report (Dkt. 121). The Court previously consolidated all cases pending on December 29, 2025 (Dkt. 57), February 3, 2026 (Dkt. 75), March 6, 2026 (Dkt. 108), April 7, 2026 (Dkt. 113), and May 6, 2026 (Dkt. 122). The following case was filed more recently and is not yet consolidated:

| # | Caption | Case No. |
|---|---------|----------|
| 1. | Schrock v. American Airlines, Inc., et al. | 26-cv-01524 |
| 2. | Prewitt v. American Airlines, Inc., et al. | 26-cv-01905 |

The Parties respectfully submit that this additional case may also be consolidated with the lead case.  Attached to this report is a [Proposed] Consolidation Order.

Dated: June 1, 2026

Respectfully submitted,

| **PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| KREINDLER & KREINDLER LLP | HOLLAND & KNIGHT LLP |
| | |
| By:___*/s/ Vincent C. Lesch*_____ | By:___*/s/ William F. Gould*_____ |
| Brian J. Alexander | William F. Gould |
| (Bar ID: NY0679) | (D.C. Bar #428468) |

2

Justin T. Green
(Bar ID: NY0692)
Anthony Tarricone
(Bar ID: 492480)
Daniel O. Rose
(applicant *pro hac vice*)
Vincent C. Lesch
(Bar ID: NY0675)
Evan Katin-Borland
(Bar ID: NY0674)
Erin R. Applebaum
(Applicant *pro hac vice*)
485 Lexington Avenue, 28th Floor
New York, New York 10017
(212) 687-8181
balexander@kreindler.com
jgreen@kreindler.com
atarricone@kreindler.com
drose@kreindler.com
vlesch@kreindler.com
ekatinborland@kreindler.com
eapplebaum@kreindler.com

CLIFFORD LAW OFFICE, P.C.
  Robert A. Clifford
  (Bar ID: IL0135)
  Kevin P. Durkin
  (Bar ID: IL0136)
  Tracy Brammeier
  (Bar ID: IL0137)
  John V. Kalantzis
  (applicant *pro hac vice*)
  120 N. LaSalle Street Suite 3600
  Chicago, Illinois 60602
  (312) 899-9090
  rac@cliffordlaw.com
  kpd@cliffordlaw.com
  tab@cliffordlaw.com
  jvk@cliffordlaw.com

SPEISER KRAUSE, P.C.
  Douglas A. Latto
  (Bar ID: NY0672)
  Kenneth P. Nolan
  (applicant *pro hac vice*)
  Jeanne M. O'Grady

800 17th Street, N.W., Suite 1100
Washington, D.C. 20006
Tel. (202) 955-3000
william.gould@hklaw.com

*Attorneys for Defendants*
*American Airlines, Inc., and*
*PSA Airlines, Inc.*


U.S. DEPARTMENT OF JUSTICE

By: ___/s/ Bradley J. Preamble_____
      Bradley J. Preamble
      Senior Aviation Counsel
      Ashley Dempsey
      Senior Trial Counsel
      Laine Goodhue
      Trial Attorney
      Civil Division, Torts Branch
      Aviation, Space & Admiralty
      P.O. Box 14271
      Washington, DC 20044-1471
      Tel: (202) 616-4025
      Email: bradley.j.preamble@usdoj.gov
      Email: ashley.dempsey@usdoj.gov
      Email: laine.m.goodhue@usdoj.gov

*Attorneys for Defendant*
*United States of America*

3

(admission pending)
Frank H. Granito, III
(applicant *pro hac vice*)
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
(914) 220-5333
dal@speiserkrause.com
f3g@speiserkrause.com
jog@speiserkrause.com
kpn@speiserkrause.com

*Attorneys for Plaintiffs*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of June 2026, the foregoing document was served by electronic filing on all counsel of record through the Court's ECF system.


/s/ Vincent C. Lesch
Vincent C. Lesch

## INDEX OF EXHIBITS

| Exhibit | Description |
|---------|-------------|
| A. | [Proposed] Consolidation Order |