**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025** | Lead Case No: 1:25-cv-03382-ACR |

*This Filing Relates to:*

*All Cases*

### JOINT STATUS REPORT

The Plaintiffs Steering Committee ("PSC"), Defendants American Airlines, Inc. and PSA Airlines, Inc. (hereinafter "the Airline Defendants"), and Defendant United States (hereinafter collectively "the Parties") respectfully submit this Joint Status Report as directed by the Court's Case Management and Scheduling Order (Dkt. 42) and the Court's February 27, 2026, Minute Order.

**Discovery:**  The Parties continue rolling document productions and exchange of discovery. The Joint Discovery Committee continues to meet weekly.

Damages and liability depositions are continuing.  As of the last Status Conference on July 7, 2026, 36 depositions of plaintiffs or claimants had been completed and 16 were scheduled; 43 depositions of United States witnesses had been completed or scheduled; and about 15 depositions of PSA and/or American Airlines witnesses had been completed or scheduled.  Numerous additional depositions of plaintiffs/claimants; 2 additional depositions of United States witnesses; and 2 additional depositions of PSA and/or American Airlines witnesses have been scheduled since July 7, 2026.  Many dates in the next month are double or triple tracking liability and/or damages

1

depositions on the same day, and the Parties are working cooperatively to adjourn and/or reset depositions where necessary.

Since the last status report, the Parties completed inspections of exemplar night vision goggles (NVGs) at Fort Belvoir, Virginia on July 22, 2026.

**Cases Filed:**  No new passenger cases have been filed since the last status report.  One of the two airline pilot cases was filed against the United States only (*Lilley v. United States*, Case No. 1:26-cv-02570) and is not yet consolidated.  In total, 56 of the 60 passenger decedent cases have been filed.  One of the two flight attendant decedents reached a pre-filing proposed settlement agreement, as reported in the last Joint Status Report (Dkt. 121).  The Court previously consolidated all cases pending on December 29, 2025 (Dkt. 57), February 3, 2026 (Dkt. 75), March 6, 2026 (Dkt. 108), April 7, 2026 (Dkt. 113), May 6, 2026 (Dkt. 122), June 2, 2026 (Dkt. 129) and July 7, 2026 (Dkt. 149).  The Parties respectfully submit that the additional pilot case may also be consolidated with the lead case.  Attached to this report is a [Proposed] Consolidation Order.

Four passenger cases, one flight attendant case, and four pilot cases (a total of 9 cases) remain un-filed.  The Parties continue to discuss how to address the case schedule for these yet-to-be filed cases and for recently filed cases as discussed at the July 7, 2026, Status Conference.  Under the present discovery plan, initial discovery responses are not due until 60 days after a case is filed, and all of Plaintiffs' expert disclosures are due by August 31, 2026.  (See Dkt. 36).  Pursuant to the Court's direction that the Parties figure out deadlines for yet-to-be-filed cases (See July 7, 2026, Hearing Tr. at 30:13-20) and discovery generally, so long as it does not affect trial (*id.* at 23:10-15), the Parties respectfully request that the Parties be allowed to extend expert damages discovery deadlines on a case-by-case basis by agreement, with all extensions tracked by the Discovery Committee.  For instance, the Parties are agreeable to extending the deadline to

serve damages expert reports for yet-to-be-filed cases and other select Plaintiffs, provided that the

deadline for Defendants to serve rebuttal expert reports for these same Plaintiffs also is extended

commensurately.  The dispositive motion deadlines for case specific damages issues in yet-to-be-

filed cases would also be extended by agreement of the parties.  Deadlines in most cases would

remain the same.

Dated: August 5, 2026

Respectfully submitted,

| **PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| KREINDLER & KREINDLER LLP | HOLLAND & KNIGHT LLP |
| | |
| By: _/s/ Vincent C. Lesch_ | By: _/s/ William F. Gould_ |
| Brian J. Alexander | William F. Gould |
| (Bar ID: NY0679) | (D.C. Bar #428468) |
| Justin T. Green | 800 17th Street, N.W., Suite 1100 |
| (Bar ID: NY0692) | Washington, D.C. 20006 |
| Anthony Tarricone | Tel. (202) 955-3000 |
| (Bar ID: 492480) | william.gould@hklaw.com |
| Daniel O. Rose | |
| (applicant _pro hac vice_) | _Attorneys for Defendants_ |
| Vincent C. Lesch | _American Airlines, Inc., and_ |
| (Bar ID: NY0675) | _PSA Airlines, Inc._ |
| Evan Katin-Borland | |
| (Bar ID: NY0674) | |
| Erin R. Applebaum | U.S. DEPARTMENT OF JUSTICE |
| (Applicant _pro hac vice_) | |
| 485 Lexington Avenue, 28th Floor | By: _/s/ Bradley J. Preamble_ |
| New York, New York 10017 | Bradley J. Preamble |
| (212) 687-8181 | Senior Aviation Counsel |
| balexander@kreindler.com | Ashley Dempsey |
| jgreen@kreindler.com | Senior Trial Counsel |
| atarricone@kreindler.com | Laine Goodhue |
| drose@kreindler.com | Trial Attorney |
| vlesch@kreindler.com | Civil Division, Torts Branch |
| ekatinborland@kreindler.com | Aviation, Space & Admiralty |
| eapplebaum@kreindler.com | P.O. Box 14271 |
| | Washington, DC 20044-1471 |
| CLIFFORD LAW OFFICE, P.C. | Tel: (202) 616-4025 |
| Robert A. Clifford | Email: bradley.j.preamble@usdoj.gov |
| (Bar ID: IL0135) | Email: ashley.dempsey@usdoj.gov |

3

Kevin P. Durkin                              Email: laine.m.goodhue@usdoj.gov
(Bar ID: IL0136)
Tracy Brammeier                          *Attorneys for Defendant*
(Bar ID: IL0137)                         *United States of America*
John V. Kalantzis
(applicant *pro hac vice*)
120 N. LaSalle Street Suite 3600
Chicago, Illinois 60602
(312) 899-9090
rac@cliffordlaw.com
kpd@cliffordlaw.com
tab@cliffordlaw.com
jvk@cliffordlaw.com

SPEISER KRAUSE, P.C.
    Douglas A. Latto
    (Bar ID: NY0672)
    Kenneth P. Nolan
    (applicant *pro hac vice*)
    Jeanne M. O'Grady
    (admission pending)
    Frank H. Granito, III
    (applicant *pro hac vice*)
    800 Westchester Avenue, Suite S-608
    Rye Brook, New York 10573
    (914) 220-5333
    dal@speiserkrause.com
    f3g@speiserkrause.com
    jog@speiserkrause.com
    kpn@speiserkrause.com

*Attorneys for Plaintiffs*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of August 2026, the foregoing document was served by electronic filing on all counsel of record through the Court's ECF system.

/s/ Vincent C. Lesch
Vincent C. Lesch

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---------|-------------|
| A. | [Proposed] Consolidation Order |