**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025 | Lead Case No. 1:25-cv-03382-ACR |
| Plaintiffs, | |
| v. | |
| American Airlines, Inc., PSA Airlines, Inc., and United States of America, | |
| Defendants. | |

**NOTICE OF DISMISSAL OF CROSSCLAIMS**

Defendants American Airlines, Inc. (American) and PSA Airlines, Inc. (collectively, the "Airline Defendants") and Cross-Defendant the United States of America have reached an agreement that settles the crossclaims the Airline Defendants asserted against the United States. Pursuant to that agreement, American hereby gives notice of voluntary dismissal with prejudice of its crossclaims for contribution and equitable or common-law indemnity against Cross-Defendant the United States of America (Doc. 131), which has not served a responsive pleading. *See* Fed. R. Civ. P. 41(a)(1)(A)(i), (c)(1).

1

2

Dated:  August 10, 2026

Respectfully submitted,

/s/ *Robert J. Burns*
William F. Gould (Bar No. 428468)
HOLLAND & KNIGHT LLP
800 17th Street, NW
Washington, DC 20006
(202) 955-3000
william.gould@hklaw.com

Steven Raffaele (Bar No. NY0685)
Robert J. Burns (Bar No. NY0682)
Sarah Korapaty (Bar No. NY0684)
Qian (Sheila) Shen (Bar No. NY0693)
HOLLAND & KNIGHT LLP
787 Seventh Avenue
New York, NY 10019
(212) 513-3200
steven.raffaele@hklaw.com
robert.burns@hklaw.com
sarah.korapaty@hklaw.com
qian.shen@hklaw.com

/s/ *Paul W. Hughes*
Margaret H. Warner (Bar No. 359009)
Paul W. Hughes (Bar No. 997235)
Jennifer B. Routh (Bar No. D0044)
Mary H. Schnoor (Bar No. 1740370)
Michael J. Mestitz (Bar No. 1047260)
MCDERMOTT WILL & SCHULTE LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
phughes@mcdermottlaw.com
mwarner@mcdermottlaw.com
jrouth@mcdermottlaw.com
mschnoor@mcdermottlaw.com
mmestitz@mcdermottlaw.com

*Attorneys for Defendant American Airlines, Inc. and PSA Airlines, Inc.*