**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025 ——————————————— Plaintiffs, v. American Airlines, Inc., PSA Airlines, Inc., and United States of America, Defendants. | Lead Case No. 1:25-cv-03382-ACR |

**NOTICE OF DISMISSAL OF CROSSCLAIMS**

Defendants American Airlines, Inc. and PSA Airlines, Inc. (PSA) (collectively, the "Airline Defendants") and Cross-Defendant the United States of America have reached an agreement that settles the crossclaims the Airline Defendants asserted against the United States. Pursuant to that agreement, PSA hereby gives notice of voluntary dismissal with prejudice of its crossclaims for contribution and equitable or common-law indemnity against Cross-Defendant the United States of America (Doc. 132), which has not served a responsive pleading. *See* Fed. R. Civ. P. 41(a)(1)(A)(i), (c)(1).

1

Dated:  August 10, 2026                    Respectfully submitted,

/s/ *Robert J. Burns*                       /s/ *Paul W. Hughes*
William F. Gould (Bar No. 428468)          Margaret H. Warner (Bar No. 359009)
HOLLAND & KNIGHT LLP                       Paul W. Hughes (Bar No. 997235)
800 17th Street, NW                        Jennifer B. Routh (Bar No. D0044)
Washington, DC 20006                       Mary H. Schnoor (Bar No. 1740370)
(202) 955-3000                             Michael J. Mestitz (Bar No. 1047260)
william.gould@hklaw.com                    MCDERMOTT WILL & SCHULTE LLP
                                           500 North Capitol Street NW
Steven Raffaele (Bar No. NY0685)           Washington, DC 20001
Robert J. Burns (Bar No. NY0682)           (202) 756-8000
Sarah Korapaty (Bar No. NY0684)            phughes@mcdermottlaw.com
Qian (Sheila) Shen (Bar No. NY0693)        mwarner@mcdermottlaw.com
HOLLAND & KNIGHT LLP                       jrouth@mcdermottlaw.com
787 Seventh Avenue                         mschnoor@mcdermottlaw.com
New York, NY 10019                         mmestitz@mcdermottlaw.com
(212) 513-3200
steven.raffaele@hklaw.com
robert.burns@hklaw.com
sarah.korapaty@hklaw.com
qian.shen@hklaw.com

*Attorneys for Defendant American Airlines, Inc. and PSA Airlines, Inc.*