**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025<br><br>Plaintiffs,<br><br>v.<br><br>American Airlines, Inc., PSA Airlines, Inc., and United States of America,<br><br>Defendants. | Lead Case No. 1:25-cv-03382-ACR |

**DEFENDANTS' UNOPPOSED JOINT MOTION TO REMOVE FILINGS FROM DOCKET**

The United States of America ("United States") and American Airlines, Inc. and PSA Airlines, Inc. (collectively, the "Airline Defendants") respectfully move the Court to remove ECF Nos. 133 and 134 from the docket. Further, if that relief is granted, the United States requests leave to withdraw its pending motion to seal (Doc. 151).

**BACKGROUND**

On June 10, 2026, each Airline Defendant filed an Answer to the First Amended Master Complaint and Cross-Complaint Against the United States, asserting crossclaims for contribution and equitable or common-law indemnity against the United States. Doc. 131 & 132 (redacted versions), 133 & 134 (sealed versions). At that time, the Airline Defendants moved for leave to file under temporary seal the Cross-Complaint averments and other portions of the filings that refer to those averments. Doc. 130. The Airline Defendants explained that the temporary seal would allow time for any interested party to move for longer-term sealing of proposed redactions if

appropriate. *Id.* On July 9, 2026, the United States moved for portions of the Airline Defendants' Answers and Cross-Complaints to remain under seal. Doc. 151.

The Airline Defendants and the United States have reached an agreement that settles the crossclaims the Airline Defendants asserted against the United States. Pursuant to that agreement, the Airline Defendants today (August 10, 2026) voluntarily dismissed with prejudice their respective crossclaims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), (c)(1). Doc. 157, 158. Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), today the Airline Defendants also have each filed an Amended Answer. Doc. 159, 160.

**ARGUMENT**

The United States and the Airline Defendants have reached an agreement that settles the crossclaims the Airline Defendants asserted against the United States.

With the Airline Defendants' crossclaims voluntarily dismissed with prejudice, and their Answers superseded by the Amended Answers, the Court may wish to order the PDFs filed as Docket Entries 133 and 134 stricken from the docket. Defendants respectfully submit that this is the most straightforward way to dispose of the pending sealing issue—which would be rendered moot—without prejudice to any party or nonparty. *See United States v. Hubbard*, 650 F.2d 293, 315 (D.C. Cir. 1980) (recognizing that "'[e]very court has supervisory power over its own records and files'" (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978))). Removing these entries from the docket not only will relieve any interested nonparty from the burden of filing their own motion for portions of the filings to remain under seal but also will avoid the expenditure of judicial resources adjudicating the merits of the United States' sealing motion (and any other sealing motion that is filed). Finally, any public interest in access to the currently sealed material in ECF Nos. 133 and 134 is substantially reduced now that the Airline Defendants are no longer advancing crossclaims against the United States in this litigation.

The United States further requests permission, if the motion to strike is granted, to withdraw its pending motion to seal (Doc. 151), as the relief requested therein would be rendered moot.

Defendants have conferred with the Plaintiffs on this motion. Plaintiffs do not oppose the motion.

**CONCLUSION**

The Court should grant Defendants' joint motion to strike ECF Nos. 133 and 134 from the docket. If the Court grants this relief, it should further permit the United States to withdraw its pending motion to seal.

Dated: August 10, 2026

BRETT A. SHUMATE
*Assistant Attorney General*
*Civil Division*

JONATHAN D. GUYNN
*Deputy Assistant Attorney General*
*Torts Branch*

*/s/ Bradley J. Preamble*
BRADLEY J. PREAMBLE
*Senior Aviation Counsel*
(DC Bar No. 493969)
DEBRA D. FOWLER
*Senior Aviation Counsel*
U.S. Department of Justice
Civil Division, Torts Branch
Aviation, Space & Admiralty
P.O. Box 14271
Washington, DC 20044-1471
Tel. (202) 616-4019
Fax (202) 616-4002
Email: bradley.j.preamble@usdoj.gov

*Attorneys for Defendant*
*United States of America*

*Of Counsel:*

LTC JA STEVEN C. HIGGINS
*Chief*
Tort Litigation Branch
Litigation Division
U.S. Army Legal Services Agency
Ft. Belvoir, VA 22060

CHRIS STEVENSON
*Manager*
REBECCA A. LIPE
*Attorney*
Aviation Litigation Division
Office of the Chief Counsel
Federal Aviation Administration
Washington, DC 20591

Respectfully submitted,

*/s/ Paul W. Hughes*
Margaret H. Warner (Bar No. 359009)
Paul W. Hughes (Bar No. 997235)
Jennifer B. Routh (Bar No. D0044)
Mary H. Schnoor (Bar No. 1740370)
Michael J. Mestitz (Bar No. 1047260)
MCDERMOTT WILL & SCHULTE LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
phughes@mcdermottlaw.com
mwarner@mcdermottlaw.com
jrouth@mcdermottlaw.com
mschnoor@mcdermottlaw.com
mmestitz@mcdermottlaw.com

*/s/ Robert J. Burns*
William F. Gould (Bar No. 428468)
HOLLAND & KNIGHT LLP
800 17th Street, NW
Washington, DC 20006
(202) 955-3000
william.gould@hklaw.com

Steven Raffaele (Bar No. NY0685)
Robert J. Burns (Bar No. NY0682)
Sarah Korapaty (Bar No. NY0684)
Qian (Sheila) Shen (Bar No. NY0693)
HOLLAND & KNIGHT LLP
787 Seventh Avenue
New York, NY 10019
(212) 513-3200
steven.raffaele@hklaw.com
robert.burns@hklaw.com
sarah.korapaty@hklaw.com
qian.shen@hklaw.com

*Attorneys for Defendant American Airlines, Inc. and PSA Airlines, Inc.*