**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025**

Lead Case No: 1:25-cv-03382-ACR

*This Filing Relates to:*

*All Cases*

## UNOPPOSED MOTION FOR SCHEDULING ORDER EXTENSION

The Plaintiffs Steering Committee ("PSC"), moves the Court for a one (1) week extension of the expert disclosure deadlines.

The PSC addresses the Court's Standing Order requirements for a motion for time extension (see Dkt. 8, ¶ 9(b)) as follows:

i. The original deadline dates and requested extended dates are as follows:

| **Deadline** | **Current Date** | **Extended Date** |
|---|---|---|
| Plaintiffs' Expert Disclosures | August 31, 2026 | September 7, 2026 |
| Defendants' Expert Disclosures | October 1, 2026 | October 8, 2026 |
| Rebuttal Expert Disclosures | October 22, 2026 | October 29, 2026 |

ii. The current deadlines were set by the original Case Management and Scheduling Order in this case and have not been previously extended.

iii. The PSC respectfully submits that there is good cause for this brief extension because the recent voluntary dismissal of the Airline Defendants' cross claims altered the posture of the case and impacts expert disclosure considerations. The additional week

will provide Plaintiffs time to fully consider these implications before making expert disclosures, and Defendants will receive a reciprocal week extension of the deadline for their expert disclosures, and rebuttal disclosures.

iv. This extension will not impact the presently set trial date, nor any of the other pre-trial deadlines for motion practice, etc., consistent with the Court's prior instructions that the Parties may generally modify pre-trial deadlines by agreement provided that those modifications do not affect trial. (See, e.g., July 7, 2026, Hearing Tr. at 23:10-15).

v. N/A because the deadlines being extended do not relate to a motion.

vi. N/A because, after conferring with the other parties pursuant to LCvR 7(m), Plaintiffs confirmed this is an unopposed motion.

A proposed order granting this scheduling order extension is attached as Exhibit A.

Dated: August 19, 2026

Respectfully submitted,

**PLAINTIFFS**
KREINDLER & KREINDLER LLP

By: */s/ Vincent C. Lesch*
Brian J. Alexander
(Bar ID: NY0679)
Justin T. Green
(Bar ID: NY0692)
Anthony Tarricone
(Bar ID: 492480)
Daniel O. Rose
(applicant *pro hac vice*)
Vincent C. Lesch
(Bar ID: NY0675)
Evan Katin-Borland
(Bar ID: NY0674)
Erin R. Applebaum
(Applicant *pro hac vice*)
485 Lexington Avenue, 28th Floor

New York, New York 10017
(212) 687-8181
balexander@kreindler.com
jgreen@kreindler.com
atarricone@kreindler.com
drose@kreindler.com
vlesch@kreindler.com
ekatinborland@kreindler.com
eapplebaum@kreindler.com

CLIFFORD LAW OFFICE, P.C.
Robert A. Clifford
(Bar ID: IL0135)
Kevin P. Durkin
(Bar ID: IL0136)
Tracy Brammeier
(Bar ID: IL0137)
John V. Kalantzis
(applicant *pro hac vice*)
120 N. LaSalle Street Suite 3600
Chicago, Illinois 60602
(312) 899-9090
rac@cliffordlaw.com
kpd@cliffordlaw.com
tab@cliffordlaw.com
jvk@cliffordlaw.com

SPEISER KRAUSE, P.C.
Douglas A. Latto
(Bar ID: NY0672)
Kenneth P. Nolan
(applicant *pro hac vice*)
Jeanne M. O'Grady
(admission pending)
Frank H. Granito, III
(applicant *pro hac vice*)
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
(914) 220-5333
dal@speiserkrause.com
f3g@speiserkrause.com
jog@speiserkrause.com
kpn@speiserkrause.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of August 2026, the foregoing document was served by electronic filing on all counsel of record through the Court's ECF system.

/s/ Vincent C. Lesch
Vincent C. Lesch

## INDEX OF EXHIBITS

| **Exhibit** | **Description** |
|---|---|
| A. | [Proposed] Order Granting Scheduling Order Extension |