# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025** | Lead Case No.: 1:25-cv-03382-ACR |
| This Filing Relates to:<br>*All Cases* | **[PROPOSED] ORDER GRANTING SCHEDULING ORDER EXTENSION** |

Upon consideration of the Plaintiffs' Unopposed Motion for Scheduling Order Extension and for good cause shown, the Plaintiffs' motion is GRANTED and the Case Management and Scheduling Order in this case is extended as follows:

| **Deadline** | **Prior Date** | **Extended Date** |
|---|---|---|
| Plaintiffs' Expert Disclosures | August 31, 2026 | September 7, 2026 |
| Defendants' Expert Disclosures | October 1, 2026 | October 8, 2026 |
| Rebuttal Expert Disclosures | October 22, 2026 | October 29, 2026 |

Dated: ____________________

______________________________
ANA C. REYES
United States District Court Judge