**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025** | Lead Case No.: 1:25-cv-03382-ACR |
| This Document Relates to:<br><br>**YI KE**, as Personal Representative of the Estate of **XIANMIN BAI**, deceased<br><br>Case No. 1:25-cv-04204 (ACR) | **UNITED STATES' RULE 44.1 NOTICE OF FOREIGN LAW** |

Pursuant to Rule 44.1 of the Federal Rules of Civil Procedure, the United States of America gives notice that it intends to raise an issue of foreign law in the above-captioned case. Specifically, the compensatory wrongful death and survival damages available to Plaintiff, Yi Ke, as Personal Representative of the Estate of Xianmin Bai, under the law of the People's Republic of China.

September 21, 2026

Respectfully submitted,

*/s/ Jill Rosa*

JILL DAHLMANN ROSA
(D.C. Bar. No. 451578)
ASHLEY E. DEMPSEY
*Senior Trial Counsel*
U.S. Department of Justice
Civil Division, Torts Branch
Aviation, Space & Admiralty
P.O. Box 14271
Washington, DC 20044-1471
(202) 616-4024
Ashley.Dempsey@usdoj.gov
Jill.Rosa@usdoj.gov

*Attorneys for Defendant*
*United States of America*