**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025** | Lead Case No: 1:25-cv-03382-ACR |
| *This Filing Relates to:*<br>*All Cases* | |

# JOINT STATUS REPORT

The Plaintiffs Steering Committee ("PSC"), Defendants American Airlines, Inc. and PSA Airlines, Inc. (hereinafter "the Airline Defendants"), and Defendant United States (hereinafter collectively "the Parties") respectfully submit this Joint Status Report ("JSR") as directed by the Court's Case Management and Scheduling Order (Dkt. 42) and the Court's February 27, 2026, Minute Order.

**Stipulation:** The Passenger Plaintiffs and the Defendants have reached agreement on a stipulation that renders all liability issues moot. As a result of that agreement, liability issues between Passenger Plaintiffs and the Defendants will not be tried, and the case can proceed to trial solely on the issue of damages in each of the cases involving the Passenger Plaintiffs. The Parties filed a stipulation on September 18, 2026, reflecting this agreement. The stipulation does not apply to the airline crew cases.

**Trial Scheduling:** The Court informed the Parties that it would be unavailable beginning on May 13, 2027, and instructed the Parties to confer on either moving up the April 12, 2027, trial date or allocating trial time before trial begins. The Parties are continuing to confer on allocation of trial time, particularly in light of the Parties' stipulation that any trial involving the Passenger

Plaintiffs will no longer include liability. The Parties are confident, however, the present April 12, 2027, date will provide sufficient time to complete initial damages-only trial or trials involving 4 to 6 Passenger Plaintiffs.

**Scheduling Order Modifications:** Since the last Joint Status Report filed on August 5, 2026, Plaintiffs made an unopposed motion to extend certain expert disclosure deadlines (Dkt. 162), which was granted by Minute Order on August 20, 2026.

The Parties further corresponded with the Court via email to confirm subsequent jointly requested extensions. Pursuant to the Court's instruction, the Parties will report changes to the case schedule that do not impact the trial date in Joint Status Reports going forward.

The most recent changes to the case schedule from the last version of the schedule set forth in the Court's August 20, 2026 Minute Order are as follows:

| **Deadline** | **Previous Date** | **Extended Date** |
|---|---|---|
| Plaintiffs' Expert Disclosures | September 7, 2026 | Remains the same for individual case damages experts not extended by agreement.[1] |
| PSC Expert Disclosures | | September 25, 2026 |
| Defendants' Expert Disclosures | October 8, 2026 | October 26, 2026 |
| Rebuttal Expert Disclosures | October 29, 2026 | November 16, 2026 |

[1] Individual Case Damages Expert Disclosures will be governed by the Aug. 20, 2026, Minute Order, unless extended by agreement and tracked by the Discovery Committee.

The Parties also previously requested that they be allowed to extend expert damages discovery deadlines on a case-by-case basis by agreement, with all extensions tracked by the Discovery Committee (see August JSR, Dkt. 155), and have been proceeding on that basis.

**Discovery:** Liability discovery in the passenger cases has ceased due to the Parties' stipulation, but fact and expert damages discovery continues. A significant amount of Plaintiffs made their individual case damages expert disclosures to Defendants on September 7th, with further disclosures occurring on a rolling basis throughout September. Plaintiffs will make expert disclosures concerning common damages issues and pain and suffering on September 25, 2026. At the same time, the Parties continue to conduct depositions and additional written discovery on damages issues.

The Joint Discovery Committee continues to meet weekly.

**Cases Filed:** One new case has been filed since the last status report: *Diaz v. American Airlines, Inc.*, Case No. 26-cv-03227. The Parties respectfully submit that the additional case may also be consolidated with the lead case. Attached to this report is a [Proposed] Consolidation Order.

In total, 57 of the 60 passenger decedent cases and 1 of 2 airline pilot decedent cases have been filed. One of the two flight attendant decedent cases reached a pre-filing settlement agreement, as reported in prior JSRs (see Dkt. 121). The Court previously consolidated all cases pending on December 29, 2025 (Dkt. 57), February 3, 2026 (Dkt. 75), March 6, 2026 (Dkt. 108), April 7, 2026 (Dkt. 113), May 6, 2026 (Dkt. 122), June 2, 2026 (Dkt. 129); July 7, 2026 (Dkt. 149); and August 6, 2026 (Dkt. 156).

Dated: September 21, 2026

Respectfully submitted,

**PLAINTIFFS**
KREINDLER & KREINDLER LLP

By: */s/ Vincent C. Lesch*
Brian J. Alexander
(Bar ID: NY0679)
Justin T. Green
(Bar ID: NY0692)
Anthony Tarricone
(Bar ID: 492480)
Daniel O. Rose
(applicant *pro hac vice*)
Vincent C. Lesch
(Bar ID: NY0675)
Evan Katin-Borland
(Bar ID: NY0674)
Erin R. Applebaum
(Applicant *pro hac vice*)
485 Lexington Avenue, 28th Floor
New York, New York 10017
(212) 687-8181
balexander@kreindler.com
jgreen@kreindler.com
atarricone@kreindler.com
drose@kreindler.com
vlesch@kreindler.com
ekatinborland@kreindler.com
eapplebaum@kreindler.com

CLIFFORD LAW OFFICE, P.C.
Robert A. Clifford
(Bar ID: IL0135)
Kevin P. Durkin
(Bar ID: IL0136)
Tracy Brammeier
(Bar ID: IL0137)
John V. Kalantzis
(applicant *pro hac vice*)
120 N. LaSalle Street Suite 3600
Chicago, Illinois 60602
(312) 899-9090
rac@cliffordlaw.com

**DEFENDANTS**
McDERMOTT WILL & SCHULTE LLP

By: */s/ Paul W. Hughes*
Margaret H. Warner
(Bar No. 359009)
Paul W. Hughes
(Bar No. 997235)
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
phughes@mcdermottlaw.com
mwarner@mcdermottlaw.com

*Attorneys for Defendants*
*American Airlines, Inc., and*
*PSA Airlines, Inc.*

U.S. DEPARTMENT OF JUSTICE

By: */s/ Bradley J. Preamble*
Bradley J. Preamble
Senior Aviation Counsel
Ashley Dempsey
Senior Trial Counsel
Laine Goodhue
Trial Attorney
Civil Division, Torts Branch
Aviation, Space & Admiralty
P.O. Box 14271
Washington, DC 20044-1471
Tel: (202) 616-4025
Email: bradley.j.preamble@usdoj.gov
Email: ashley.dempsey@usdoj.gov
Email: laine.m.goodhue@usdoj.gov

*Attorneys for Defendant*
*United States of America*

kpd@cliffordlaw.com
tab@cliffordlaw.com
jvk@cliffordlaw.com

SPEISER KRAUSE, P.C.
Douglas A. Latto
(Bar ID: NY0672)
Kenneth P. Nolan
(applicant *pro hac vice*)
Jeanne M. O'Grady
(admission pending)
Frank H. Granito, III
(applicant *pro hac vice*)
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
(914) 220-5333
dal@speiserkrause.com
f3g@speiserkrause.com
jog@speiserkrause.com
kpn@speiserkrause.com

*Attorneys for Plaintiffs*

SMITH LaCIEN LLP

By: /s/ *Todd A. Smith*
Todd A. Smith
Bar # 1006900
Matthew S. Leonard
Bar # IL0147
70 West Madison Street
Suite 2250
Chicago, Illinois 60602
tsmith@smithlacien.com
mleonard@smithlacien.com

*Attorneys for the Lilley Estate Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of September 2026, the foregoing document was served by electronic filing on all counsel of record through the Court's ECF system.

/s/ Vincent C. Lesch
Vincent C. Lesch

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| A. | [Proposed] Consolidation Order |