**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025**

This Filing Relates to:
*All Cases*

Lead Case No.: 1:25-cv-03382-ACR

**CONSOLIDATION ORDER**

As discussed in the Court's Case Management and Scheduling Order entered on November 12, 2025 (ECF Doc. 42), the Court orders the following regarding consolidation of additional cases:

**Additional Cases for Consolidation.** The following case related to the fatal mid-air collision in Washington, D.C., on January 29, 2025, filed in this court is hereby consolidated with this lead case:

| **#** | **Caption** | **Case No.** |
|---|---|---|
| 1. | *Diaz, Jr. v. American Airlines, Inc., et al.* | 1:26-cv-03227 |

**Filing of Future Pleadings.** From this date forward, all pleadings in the above consolidated case shall be filed ONLY in this lead case. Parties are advised NOT to elect the "SPREAD TEXT" option when filing in ECF, as this will result in repetitive docketing. The only exception to this instruction is proof of service of each individual case and any Answers to individual case Complaints, which should continue to be filed in each individual case docket.

Dated: September 22, 2026

ANA C. REYES
United States District Court Judge