**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025** | Lead Case No: 1:25-cv-03382-ACR |
| *This Filing Relates to:*<br>*All Cases* | |

**JOINT STATUS REPORT**

The Plaintiffs Steering Committee ("PSC"), Defendants American Airlines, Inc. and PSA Airlines, Inc. (hereinafter "the Airline Defendants"), and Defendant United States (hereinafter collectively "the Parties") respectfully submit this Joint Status Report ("JSR") as directed by the Court's Case Management and Scheduling Order (Dkt. 42) and the Court's February 27, 2026, Minute Order.

**Mediations:** The Parties have scheduled numerous cases for in-person and remote mediations over the next 2-3 weeks before the agreed mediator, Judge Donald P. O'Connell (ret.). The Parties also continue to work cooperatively to set additional cases for mediation in the coming months.

**Discovery:** The Parties continue to conduct numerous depositions and additional written discovery on damages issues. The Joint Discovery Committee continues to meet weekly.

**Cases Filed:** No new cases have been filed since the last status report. To date, 57 of the 60 passenger decedent cases and 1 of 2 airline pilot decedent cases have been filed. One of the two flight attendant decedent cases reached a pre-filing settlement agreement, as reported in prior JSRs (see Dkt. 121). The Court previously consolidated all cases pending on December 29, 2025

(Dkt. 57), February 3, 2026 (Dkt. 75), March 6, 2026 (Dkt. 108), April 7, 2026 (Dkt. 113), May 6, 2026 (Dkt. 122), June 2, 2026 (Dkt. 129); July 7, 2026 (Dkt. 149); August 6, 2026 (Dkt. 156); and September 22, 2026 (Dkt. 168).

**Extension of Time to Answer:** The *Lilley* Plaintiffs and Defendant United States have agreed to extend the time for the United States to file its answer to the Short Form Complaint until October 12, 2026.

Dated: October 5, 2026

Respectfully submitted,

**PLAINTIFFS**
KREINDLER & KREINDLER LLP

By: */s/ Vincent C. Lesch*
Brian J. Alexander
(Bar ID: NY0679)
Justin T. Green
(Bar ID: NY0692)
Anthony Tarricone
(Bar ID: 492480)
Daniel O. Rose
(applicant *pro hac vice*)
Vincent C. Lesch
(Bar ID: NY0675)
Evan Katin-Borland
(Bar ID: NY0674)
Erin R. Applebaum
(Applicant *pro hac vice*)
485 Lexington Avenue, 28th Floor
New York, New York 10017
(212) 687-8181
balexander@kreindler.com
jgreen@kreindler.com
atarricone@kreindler.com
drose@kreindler.com
vlesch@kreindler.com
ekatinborland@kreindler.com
eapplebaum@kreindler.com

**DEFENDANTS**
McDERMOTT WILL & SCHULTE LLP

By: */s/ Margaret H. Warner*
Margaret H. Warner
(Bar No. 359009)
Paul W. Hughes
(Bar No. 997235)
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
phughes@mcdermottlaw.com
mwarner@mcdermottlaw.com

*Attorneys for Defendants*
*American Airlines, Inc., and*
*PSA Airlines, Inc.*

U.S. DEPARTMENT OF JUSTICE

By: */s/ Bradley J. Preamble*
Bradley J. Preamble
Senior Aviation Counsel
Ashley Dempsey
Senior Trial Counsel
Laine Goodhue
Trial Attorney
Civil Division, Torts Branch
Aviation, Space & Admiralty

CLIFFORD LAW OFFICE, P.C.
Robert A. Clifford
(Bar ID: IL0135)
Kevin P. Durkin
(Bar ID: IL0136)
Tracy Brammeier
(Bar ID: IL0137)
John V. Kalantzis
(applicant *pro hac vice*)
120 N. LaSalle Street Suite 3600
Chicago, Illinois 60602
(312) 899-9090
rac@cliffordlaw.com
kpd@cliffordlaw.com
tab@cliffordlaw.com
jvk@cliffordlaw.com

SPEISER KRAUSE, P.C.
Douglas A. Latto
(Bar ID: NY0672)
Kenneth P. Nolan
(applicant *pro hac vice*)
Jeanne M. O'Grady
(admission pending)
Frank H. Granito, III
(applicant *pro hac vice*)
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
(914) 220-5333
dal@speiserkrause.com
f3g@speiserkrause.com
jog@speiserkrause.com
kpn@speiserkrause.com

*Plaintiffs Steering Committee*

SMITH LaCIEN LLP

By: /s/ *Todd A. Smith*

Todd A. Smith
Bar # 1006900
Matthew S. Leonard
Bar # IL0147
70 West Madison Street
Suite 2250

P.O. Box 14271
Washington, DC 20044-1471
Tel: (202) 616-4025
Email: bradley.j.preamble@usdoj.gov
Email: ashley.dempsey@usdoj.gov
Email: laine.m.goodhue@usdoj.gov

*Attorneys for Defendant*
*United States of America*

Chicago, Illinois 60602
tsmith@smithlacien.com
mleonard@smithlacien.com

*Attorneys for the Lilley Estate Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of October 2026, the foregoing document was served by electronic filing on all counsel of record through the Court's ECF system.

/s/ Vincent C. Lesch
Vincent C. Lesch