**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025** | Lead Case No: 1:25-cv-03382-ACR |
| *This Filing Relates to:*<br>*All Cases* | |

# JOINT STATUS REPORT

The Plaintiffs Steering Committee ("PSC"), the Lilley Plaintiffs, Defendants American Airlines, Inc. and PSA Airlines, Inc. (hereinafter "the Airline Defendants"), and Defendant United States (hereinafter collectively "the Parties") respectfully submit this Joint Status Report ("JSR") as directed by the Court's Case Management and Scheduling Order (Dkt. 42) and the Court's February 27, 2026, Minute Order.

**Mediations:** The Parties have mediated 23 cases with Judge Donald. P. O'Connell. To date, 14 cases have reached tentative settlements, including both flight attendant cases and 12 passenger cases. One flight attendant case is fully settled and the claimants have been paid, and the remaining settlements are tentative and pending final Department of Justice and Court approvals. The Parties are actively negotiating final release and settlement agreement documents. 50 cases remain unresolved.

The Parties also continue to work cooperatively to set all remaining cases for mediation in the coming months before the current February 1, 2027, mediation deadline. The Parties also agreed to engage a second mediator, William L. Nagle, to supplement Judge O'Connell and more

efficiently mediate all cases. Judge O'Connell and Mr. Nagle are in contact to coordinate mediations and multiple cases have been set for mediation with Mr. Nagle in November.

**Settlement Court Approval:** Some settlements will require Court approval for reasons such as the involvement of minor beneficiaries or other applicable State law requirements. Most jurisdictions allow the trial court hearing the wrongful death claims to approve the settlement. Accordingly, Plaintiffs expect to file motions for settlement approval with the Court. Given the Court's role as a factfinder under the Federal Tort Claims Act with respect to Plaintiffs' claims against the United States in these matters, the Parties respectfully request that the Court appoint a Magistrate Judge to hear and approve any potential settlement approval motions.

**Cases Filed:** One new case has been filed since the last status report: *Tassan v. American Airlines, Inc.*, Case No. 26-cv-03799. The Parties respectfully submit that the additional case may also be consolidated with the lead case. Attached to this report is a [Proposed] Consolidation Order.

To date, 58 of the 60 passenger decedent cases and 1 of 2 airline pilot decedent cases have been filed. Both flight attendant decedent cases reached pre-filing settlements. The Court previously consolidated all cases pending on December 29, 2025 (Dkt. 57), February 3, 2026 (Dkt. 75), March 6, 2026 (Dkt. 108), April 7, 2026 (Dkt. 113), May 6, 2026 (Dkt. 122), June 2, 2026 (Dkt. 129); July 7, 2026 (Dkt. 149); August 6, 2026 (Dkt. 156); and September 22, 2026 (Dkt. 168).

**Discovery:** The Parties continue to conduct numerous depositions and additional written discovery on damages issues. The Joint Discovery Committee continues to meet weekly.

Dated: November 9, 2026

Respectfully submitted,

**PLAINTIFFS**
KREINDLER & KREINDLER LLP

By: *__/s/ Vincent C. Lesch__*
Brian J. Alexander
(Bar ID: NY0679)
Justin T. Green
(Bar ID: NY0692)
Anthony Tarricone
(Bar ID: 492480)
Daniel O. Rose
(applicant *pro hac vice*)
Vincent C. Lesch
(Bar ID: NY0675)
Evan Katin-Borland
(Bar ID: NY0674)
Erin R. Applebaum
(Applicant *pro hac vice*)
485 Lexington Avenue, 28th Floor
New York, New York 10017
(212) 687-8181
balexander@kreindler.com
jgreen@kreindler.com
atarricone@kreindler.com
drose@kreindler.com
vlesch@kreindler.com
ekatinborland@kreindler.com
eapplebaum@kreindler.com

CLIFFORD LAW OFFICE, P.C.
Robert A. Clifford
(Bar ID: IL0135)
Kevin P. Durkin
(Bar ID: IL0136)
Tracy Brammeier
(Bar ID: IL0137)
John V. Kalantzis
(applicant *pro hac vice*)
120 N. LaSalle Street Suite 3600
Chicago, Illinois 60602
(312) 899-9090
rac@cliffordlaw.com
kpd@cliffordlaw.com
tab@cliffordlaw.com

**DEFENDANTS**
McDERMOTT WILL & SCHULTE LLP

By: *__/s/ Margaret H. Warner__*
Margaret H. Warner
(Bar No. 359009)
Paul W. Hughes
(Bar No. 997235)
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
phughes@mcdermottlaw.com
mwarner@mcdermottlaw.com

*Attorneys for Defendants*
*American Airlines, Inc., and*
*PSA Airlines, Inc.*

U.S. DEPARTMENT OF JUSTICE

By: *__/s/ Ashley Dempsey__*
Bradley J. Preamble
Senior Aviation Counsel
Ashley Dempsey
Senior Trial Counsel
Laine Goodhue
Trial Attorney
Civil Division, Torts Branch
Aviation, Space & Admiralty
P.O. Box 14271
Washington, DC 20044-1471
Tel: (202) 616-4025
Email: bradley.j.preamble@usdoj.gov
Email: ashley.dempsey@usdoj.gov
Email: laine.m.goodhue@usdoj.gov

*Attorneys for Defendant*
*United States of America*

jvk@cliffordlaw.com

SPEISER KRAUSE, P.C.
Douglas A. Latto
(Bar ID: NY0672)
Kenneth P. Nolan
(applicant *pro hac vice*)
Jeanne M. O'Grady
(admission pending)
Frank H. Granito, III
(applicant *pro hac vice*)
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
(914) 220-5333
dal@speiserkrause.com
f3g@speiserkrause.com
jog@speiserkrause.com
kpn@speiserkrause.com

*Plaintiffs Steering Committee*

SMITH LaCIEN LLP

By: /s/ *Todd A. Smith*

Todd A. Smith
Bar # 1006900
Matthew S. Leonard
Bar # IL0147
70 West Madison Street
Suite 2250
Chicago, Illinois 60602
tsmith@smithlacien.com
mleonard@smithlacien.com

*Attorneys for the Lilley Estate Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of November 2026, the foregoing document was served by electronic filing on all counsel of record through the Court's ECF system.

/s/ Vincent C. Lesch
Vincent C. Lesch

**NDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| A. | [Proposed] Consolidation Order |