**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025** | Lead Case No: 1:25-cv-03382-ACR |
| *This Filing Relates to:*<br>*All Cases* | |

**JOINT MOTION FOR SCHEDULING ORDER EXTENSION**

The Plaintiffs Steering Committee ("PSC"), Defendants American Airlines, Inc. and PSA Airlines, Inc. (hereinafter "the Airline Defendants"), and Defendant United States (hereinafter collectively "the Parties") jointly move the Court for extensions of the discovery deadline and the briefing deadlines concerning *Daubert* motions and motions for partial summary judgment.

The Parties address the Court's Standing Order requirements for a motion for time extension (see Dkt. 8, ¶ 9(b)) as follows:

**i. The Original Date of the Deadlines the Motion is Seeking to Extend**

The current deadline dates and requested extended dates are as follows:

[CONTINUED ON FOLLOWING PAGE]

| **Deadline** | **Current Date** | **Extended Date** |
|---|---|---|
| End of discovery | Dec. 15, 2026 | Jan. 22, 2027 |
| Last Day to File Summary Judgment and *Daubert* motions | Jan. 8, 2027 | Jan. 29, 2027 |
| Mandatory Mediation | Feb. 1, 2027 | Feb.1, 2027 |
| Oppositions to Summary Judgment and *Daubert* motions | Feb. 5, 2027 | Feb. 19, 2027 |
| Motions *in limine* | Feb. 8, 2027 | Feb. 8, 2027 |
| Replies on Summary Judgment and *Daubert* motions | Feb. 19, 2027 | Mar. 1, 2027 |
| Oppositions to motions *in limine* | Feb. 22, 2027 | Feb. 22, 2027 |
| Replies to motions *in limine* | Mar. 1, 2027 | Mar. 1, 2027 |
| Joint Pretrial Statement | Mar. 1, 2027 | Mar. 1, 2027 |
| Pre-trial conference | Mar. 12, 2027 | Mar. 12, 2027 |
| Trial | Apr. 12, 2027 | Apr. 12, 2027 |

The highlighted deadlines above are those for which the Parties are seeking an extension. Deadlines without highlights remain unchanged.

At the time the original schedule was set (*see* Dkt. 36, and Dkt. 42), the Parties anticipated extensive summary judgment motion practice, including a motion by the Airline Defendants asserting that all of Plaintiffs' claims against them were preempted by various federal aviation statues and regulations and a motion by the United States invoking the discretionary-function exception to the Federal Tort Claims Act. Due to the Parties' stipulation that liability will not be tried (Dkt. 167), the anticipated number and complexity of summary judgment motions is significantly reduced as discussed further below.

The Court previously set a Feb. 19, 2027, hearing date for the Airlines preemption summary judgment motion, and briefing deadlines for that motion as follows: Airline Defendants' motion due Dec. 21, 2026; Plaintiffs' opposition due Jan. 22, 2027; and Airline Defendants' reply due Feb. 12, 2027. (*See* Minute Order, May 1, 2026). Due to the Parties' stipulation, that preemption summary judgment motion will no longer be filed and the Parties respectfully submit the Feb. 19, 2027, hearing date and associated briefing deadlines can be taken off calendar.

**ii. <u>Number of Previous Extensions.</u>**

None. The current deadlines above were set by the original Case Management and Scheduling Order in this case (*see* Dkt. 36-3, Proposed Scheduling Order; and Dkt. 42, Case Management and Scheduling Order) and have not been previously extended.

**iii. <u>Good Cause Exists for Granting this Motion</u>**

The Parties respectfully submit that there is good cause, under Fed. R. Civ. P. 16(b)(4) to extend these deadlines because it will allow the Parties to complete expert discovery and then expeditiously brief *Daubert* and partial summary judgment motions in an orderly manner.

The Parties seek an extension of the discovery deadline to complete the significant number of expert depositions, in addition to damages fact discovery in later filed cases. While liability is no longer at issue because of the Parties' stipulation (Dkt. 167), 10 experts have been disclosed on common issues related to Plaintiffs' claims for alleged pain and suffering damages (to the extent those damages may be recoverable under the state law applicable to each Passenger Case) with further disclosures by Plaintiffs possible when Plaintiffs serve rebuttal reports. Additionally, a significant number of economist and other individual damages expert depositions remain in the 50 unresolved passenger cases. Currently, the Airline Defendants and the United States are each

proceeding with an economist, essentially doubling the number of case specific experts that need to be deposed.[1]

The Parties are working cooperatively to complete these expert depositions efficiently and discussing ways to streamline the process and accommodate the holidays.

Extending the end of discovery beyond the original filing deadline for *Daubert* and summary judgment motions necessitates an accompanying extension of briefing deadlines. Now that the Parties have stipulated that the issue of liability will not be tried – only damages – and that Defendants will not file any motion seeking their dismissal as a party, the amount and complexity of pre-trial motions is significantly reduced from what the Parties expected when the original deadlines were set. Defendants, however, still may file partial summary judgment motions on damages issues, to the extent the Parties cannot narrow the need for motion practice on these issues through the meet and confer process. The Parties also anticipate *Daubert* motions concerning certain of the approximately 10 pain and suffering experts, as well as potentially other individual case damages experts, including the aforesaid economists and/or vocational experts.

The Parties respectfully submit that the extended deadlines still provide sufficient time for the Parties to brief and the Court to consider and decide these pre-trial motions. The Parties continue to discuss ways to reduce the number of motions, including Plaintiffs' proposal that the Parties mutually agree not to file *Daubert* motions concerning economists, to which Defendants will give due consideration following their depositions. The Parties believe that as the issues are narrowed through expert depositions and remaining discovery, as well as settlements, the volume of *Daubert* and summary judgment motions will continue to decrease and the remaining motions will be able to be briefed and decided within the extended timelines.

---

[1] While the Airline Defendants and the United States have separately disclosed economists, they are working to consolidate those experts and anticipate presenting only one economist at trial in each Passenger Case.

**iv. <u>Effect, if any, Granting This Motion Will Have on Existing Deadlines</u>**

None. This extension will not impact the presently set trial date, as shown above. The deadlines for briefing motions *in limine* also will not be impacted by the requested extensions.

**v. <u>Suggested Opposition and Reply Deadlines or Alternative Hearing Dates</u>**

Suggested briefing deadlines reached in consultation with all Parties are included in the table above in Section i.

**vi. <u>The Opposing Party's Position on the Motion</u>**

N/A because this is a joint motion and unopposed.

A proposed order granting this scheduling order extension is attached as Exhibit A.

Dated: November 13, 2026

Respectfully submitted,

**PLAINTIFFS**
KREINDLER & KREINDLER LLP

By: *<u>/s/ Vincent C. Lesch</u>*
Brian J. Alexander
(Bar ID: NY0679)
Justin T. Green
(Bar ID: NY0692)
Anthony Tarricone
(Bar ID: 492480)
Daniel O. Rose
(*pro hac vice*)
Vincent C. Lesch
(Bar ID: NY0675)
Evan Katin-Borland
(Bar ID: NY0674)
Erin R. Applebaum
(*pro hac vice*)
485 Lexington Avenue, 28th Floor
New York, New York 10017
(212) 687-8181
balexander@kreindler.com

**DEFENDANTS**
McDERMOTT WILL & SCHULTE LLP

By: *<u>/s/ Margaret H. Warner</u>*
Margaret H. Warner
(Bar No. 359009)
Paul W. Hughes
(Bar No. 997235)
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
phughes@mcdermottlaw.com
mwarner@mcdermottlaw.com

*Attorneys for Defendants*
*American Airlines, Inc., and*
*PSA Airlines, Inc.*

U.S. DEPARTMENT OF JUSTICE

By: *<u>/s/ Ashley Dempsey</u>*

jgreen@kreindler.com
atarricone@kreindler.com
drose@kreindler.com
vlesch@kreindler.com
ekatinborland@kreindler.com
eapplebaum@kreindler.com

CLIFFORD LAW OFFICE, P.C.
Robert A. Clifford
(Bar ID: IL0135)
Kevin P. Durkin
(Bar ID: IL0136)
Tracy Brammeier
(Bar ID: IL0137)
John V. Kalantzis
(applicant *pro hac vice*)
120 N. LaSalle Street Suite 3600
Chicago, Illinois 60602
(312) 899-9090
rac@cliffordlaw.com
kpd@cliffordlaw.com
tab@cliffordlaw.com
jvk@cliffordlaw.com

SPEISER KRAUSE, P.C.
Douglas A. Latto
(Bar ID: NY0672)
Kenneth P. Nolan
(applicant *pro hac vice*)
Jeanne M. O'Grady
(admission pending)
Frank H. Granito, III
(applicant *pro hac vice*)
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
(914) 220-5333
dal@speiserkrause.com
f3g@speiserkrause.com
jog@speiserkrause.com
kpn@speiserkrause.com

*Attorneys for Plaintiffs*

Bradley J. Preamble
Senior Aviation Counsel
Ashley Dempsey
Senior Trial Counsel
Laine Goodhue
Trial Attorney
Civil Division, Torts Branch
Aviation, Space & Admiralty
P.O. Box 14271
Washington, DC 20044-1471
Tel: (202) 616-4025
Email: bradley.j.preamble@usdoj.gov
Email: ashley.dempsey@usdoj.gov
Email: laine.m.goodhue@usdoj.gov

*Attorneys for Defendant*
*United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of November 2026, the foregoing document was served by electronic filing on all counsel of record through the Court's ECF system.

/s/ Vincent C. Lesch
Vincent C. Lesch

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| A. | [Proposed] Order Granting Motion for Scheduling Order Extension |