UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025**

This Filing Relates to:
*All Cases*

Lead Case No.: 1:25-cv-03382-ACR

**ORDER GRANTING**

**SCHEDULING ORDER EXTENSION**

Upon consideration of the Joint Motion for Scheduling Order Extension and for good cause shown, the Plaintiffs' motion is GRANTED and the Case Management and Scheduling Order in this case is extended as follows:

| **Deadline** | **Prior Date** | **Extended Date** |
|---|---|---|
| End of discovery | Dec. 15, 2026 | Jan. 22, 2027 |
| Last Day to File Summary Judgment and *Daubert* motions | Jan. 8, 2027 | Jan. 29, 2027 |
| Oppositions to Summary Judgment and *Daubert* motions | Feb. 5, 2027 | Feb. 19, 2027 |
| Replies on Summary Judgment and *Daubert* motions | Feb. 19, 2027 | Mar. 1, 2027 |

Dated: November 20, 2026

Ana C. Reyes

ANA C. REYES
United States District Court Judge